# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Elizabeth Mirabelli ; Lori Ann West

*Plaintiff*

V.

See attachment

*Defendant*

Civil Action No. 23cv0768-BEN-WVG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul Michael Jonna
PO Box 9120
Rancho Santa Fe, CA 92067
858-759-9930

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date: 4/27/23



John Morrill
*CLERK OF COURT*

S/                              M. Williams
*Signature of Clerk or Deputy Clerk*

AO 441    Summons in a Civil Action (Page 2)

**Civil Action No.** 23cv0768-BEN-WVG                                        Date Issued: 4/27/23

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

    This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

    ☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

    ☐ I left the summons at the individual's residence or place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

    ☐ I served the summons on *(name of the individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

    ☐ I returned the summons unexecuted because _____; or

    ☐ Other *(specify)*:


    My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

    I declare under penalty of perjury that this information is true.

Date: _____                              _____
                                                                                  *Server's Signature*

                                                                                 _____
                                                                                 *Printed name and title*

                                                                                 _____
                                                                                    *Server's address*

<u>NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE</u>

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 23cv0768-BEN-WVG

Defendants
Mark Olson, in his official capacity as President of the EUSD Board of Education; Frank Huston, in his official capacity as Vice President of the EUSD Board of Education; Joan Gardner, in her official capacity as a member of the EUSD Board of Education; Doug Paulson, in his official capacity as a member of the EUSD Board of Education; Zesty Harper, in her official capacity as a member of the EUSD Board of Education; Luis Rankins-Ibarra, in his official capacity as Superintendent of EUSD; John Albert, both in his personal capacity and in his official capacity as Assistant Superintendent of EUSD; Trent Smith, both in his personal capacity and in his official capacity as Director of Integrated Student Services for EUSD; Tracy Schmidt, both in her personal capacity and in her official capacity as Director of Integrated Student Supports for EUSD; Steve White, both in his personal capacity and in his official capacity as Principal of Rincon Middle School at EUSD; Tony Thurmond, in his official capacity as the California State Superintendent of Public Instruction; Linda Darling-Hammond, in her official capacity as President of the California State Board of Education; Cynthia Glover Woods, in her official capacity as Vice President of the California State Board of Education; Francisco Escobedo, in his official capacity as a member of the California State Board of Education; Brenda Lewis, in her official capacity as a member of the California State Board of Education; James J. McQuillen, in his official capacity as a member of the California State Board of Education; Sharon Olken, in her official capacity as a member of the California State Board of Education; Gabriela Orozco-Gonzalez, in her official capacity as a member of the California State Board of Education; Kim Pattillo Brownson, in her official capacity as a member of the California State Board of Education; Haydee Rodriguez, in her official capacity as a member of the California State Board of Education; Alison Yoshimoto-Towery, in her official capacity as a member of the California State Board of Education; Naomi Porter, in her official capacity as a member of the California State Board of Education