Charles S. LiMandri, SBN 110841
 cslimandri@limandri.com
Paul M. Jonna, SBN 265389
 pjonna@limandri.com
Mark D. Myers, SBN 235719
 mmyers@limandri.com
Jeffrey M. Trissell, SBN 292480
 jtrissell@limandri.com
Milan L. Brandon II, SBN 326953
 mbrandon@limandri.com
LiMANDRI & JONNA LLP
P.O. Box 9120
Rancho Santa Fe, CA 92067
Telephone: (858) 759-9930
Facsimile: (858) 759-9938

Thomas Brejcha, *pro hac vice*\*
 tbrejcha@thomasmoresociety.org
Peter Breen, *pro hac vice*\*
 pbreen@thomasmorsociety.org
THOMAS MORE SOCIETY
309 W. Washington St., Ste. 1250
Chicago, IL 60606
Tel: (312) 782-1680
\*Application forthcoming

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MIRABELLI, an individual, and LORI ANN WEST, an individual,<br><br>  Plaintiffs,<br><br>  v.<br><br>MARK OLSON, in his official capacity as President of the EUSD Board of Education, et al.,<br><br>  Defendants. | Case No.: 3:23-cv-0768-BEN-WVG<br><br>**Notice of Motion and Plaintiffs' Motion for a Preliminary Injunction**<br><br>Judge:   Hon. Roger T. Benitez<br>Courtroom:   5A<br>Hearing Date:   June 26, 2023<br>Hearing Time:   10:30 a.m. |

**TO: THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on June 26, 2023 at 10:30 a.m., in Courtroom 5A of this Court, located at 221 West Broadway, San Diego, CA 92101, Plaintiffs Elizabeth Mirabelli and Lori Ann West, by and through counsel, will and hereby do move this Court pursuant to Fed. R. Civ. P. 65(b) and S.D. Cal. CivLR 7.1 for a preliminary injunction prohibiting the EUSD Defendants (EUSD Board President Mark Olson, Board Vice President Frank Huston, Board Clerk Joan Gardner, Board Member Doug Paulson, Board Member Zesty Harper, Superintendent Luis Rankins-Ibarra, Assistant Superintendent John Albert, Integrated Student Services Director Trent Smith, Integrated Student Supports Director Tracy Schmidt, Rincon Middle School Principal Steve White) and the CDE Defendants (State Superintendent Tony Thurmond, California State Board President Darling-Hammond, State Board Vice President Cynthia Glover Woods, State Board Member Francisco Escobedo, State Board Member Brenda Lewis, State Board Member James J. McQuillen, State Board Member Sharon Olken, State Board Member Gabriela Orozco-Gonzalez, State Board Member Kim Pattillo Brownson, State Board Member Haydee Rodriguez, State Board Member Alison Yoshimoto-Towery, State Board Member Naomi Porter) from taking adverse action against them because of their speech or refusal to speak as a result of their religious beliefs which preclude them from misleading parents about the terms that they and other teachers use to address their children.

Specifically, Plaintiffs Mirabelli and West request:

1. A preliminary injunction prohibiting the EUSD Defendants from taking adverse action against Mrs. Mirabelli or Mrs. West under EUSD Board Policies 0410 and 5145.3, EUSD Administrative Regulation 5145.3, the Rights of Gender Diverse Students presentation, or any other policy or regulation for communicating in the following manner:

    a. Communicating with parents using the legal name of a transgender or gender diverse student, while also mentioning that the student is referred to at school using a preferred name; and

    b. Notifying parents of a student's request to be referred to using a name that is different than the student's legal name or a pronoun inconsistent with the student's biological/natal sex.

2. A preliminary injunction prohibiting the CDE Defendants from interfering in any way, including by taking action against the EUSD Defendants, with Mrs. Mirabelli's and Mrs. West's ability to communicate with the parents of transgender or gender diverse students in accordance with this Court's order.

This motion is made on the grounds that the EUSD Defendants and the CDE Defendants seek to compel Mrs. Mirabelli's and Mrs. West's speech in violation of their rights to freedom of speech and free exercise of religion. Defendants' deprivation of Mrs. Mirabelli's and Mrs. West's constitutional liberty is causing them irreparable injury. The relief Mrs. Mirabelli and Mrs. West request would not harm any lawful interest of the Defendants and granting them the requested relief would serve the public interest.

Further, Mrs. Mirabelli and Mrs. West request that the Court waive any bond requirement in issuing the injunction because enjoining Defendants from unconstitutionally violating Mrs. Mirabelli's and Mrs. West's constitutional rights will not financially affect Defendants.

This motion is supported by the accompanying Memorandum of Points and Authorities, by the Verified Complaint, by the declarations of Plaintiffs Elizabeth Mirabelli and Lori Ann West, by the expert declaration of Dr. Erica A. Anderson, Ph.D., by the accompanying Request for Judicial Notice, by the Notice of Manual Filing of Flash Drive Tentatively Under Seal, and by such further argument and evidence that may be adduced at any hearing on this matter or of which the Court may take judicial notice.

|    |                       |     |                                   |
|----|-----------------------|-----|-----------------------------------|
| 1  |                       |     |                                   |
| 2  |                       |     | Respectfully submitted,           |
| 3  |                       |     | LiMANDRI & JONNA LLP              |
| 4  |                       |     |                                   |
| 5  | Dated: May 15, 2023   | By: | /s/ Charles S. LiMandri           |
| 6  |                       |     | Charles S. LiMandri               |
| 7  |                       |     | Paul M. Jonna                     |
|    |                       |     | Mark D. Myers                     |
| 8  |                       |     | Jeffrey M. Trissell               |
| 9  |                       |     | Milan L. Brandon II               |
|    |                       |     | Attorneys for Plaintiffs          |

# CERTIFICATE OF SERVICE

*Elizabeth Mirabelli v. Mark Olson, President of the EUSD Board of Education, et al.*
USDC Court Case No.: 3:23-cv-00768-BEN-WVG

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; my business address is P.O. Box 9120, Rancho Santa Fe, California 92067, and that I served the following document(s):

- **Notice of Motion and Plaintiffs' Motion for a Preliminary Injunction;**
- **Memorandum of Points & Authorities in Support of Plaintiffs' Motion for a Preliminary Injunction;**
- **Declaration of Dr. Erica E. Anderson, PhD, in Support of Plaintiffs' Motion for a Preliminary Injunction;**
- **Declaration of Plaintiff Elizabeth Mirabelli in Support of Motion for a Preliminary Injunction;**
- **Declaration of Plaintiff Lori Ann West in Support of Motion for a Preliminary Injunction;**
- **Notice of Manual Filing of Flash Drive, Tentatively Under Seal, in Support of Plaintiffs' Motion for a Preliminary Injunction;**
- **Request for Judicial Notice in Support of Plaintiffs' Motion for a Preliminary Injunction; and**
- **[Proposed] ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION.**

on the interested parties in this action by placing a true copy in a sealed envelope, addressed as follows:

| | |
|---|---|
| Thomas Prouty, Deputy General Counsel<br>California Department of Education<br>1430 "N" Street, Suite 5319<br>Sacramento, CA 95814<br>Tel: 916-319-0860; Fax: 916-322-2549<br>E-Mail: tprouty@cde.ca.gov<br>**Attorneys for CDE Defendants** | Daniel R. Shinoff, Esq.<br>Artiano Shinoff<br>3636 Fourth Avenue, Suite 200<br>San Diego, CA 92103<br>Tel: 619-232-3122<br>E-Mail: Dshinoff@as7law.com<br>E-Mail: nlay@as7law.com<br>**Attorneys for EUSD Defendants** |

__X__ **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Rancho Santa Fe, California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on this date following our ordinary practices. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____ **(BY ELECTRONIC MAIL)** I served a true copy, electronically on designated recipients via electronic transmission of said documents.

__X__ **(BY ELECTRONIC FILING/SERVICE)** I caused such document(s) to be Electronically Filed and/or Service using the ECF/CM System for filing and transmittal of the above documents to the above-referenced ECF/CM registrants.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

Executed on May 15, 2023, at Rancho Santa Fe, California.

Kathy Denworth

1