1  Charles S. LiMandri, SBN 110841
    cslimandri@limandri.com
2  Paul M. Jonna, SBN 265389
    pjonna@limandri.com
3  Jeffrey M. Trissell, SBN 292480
    jtrissell@limandri.com
4  Milan L. Brandon II, SBN 326953
    mbrandon@limandri.com
5  LiMANDRI & JONNA LLP
6  P.O. Box 9120
   Rancho Santa Fe, CA 92067
7  Telephone: (858) 759-9930
   Facsimile: (858) 759-9938

   Thomas Brejcha, *pro hac vice*\*
    tbrejcha@thomasmoresociety.org
   Peter Breen, *pro hac vice*\*
    pbreen@thomasmorsociety.org
   THOMAS MORE SOCIETY
   309 W. Washington St., Ste. 1250
   Chicago, IL 60606
   Tel: (312) 782-1680
   \*Application forthcoming


   *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MIRABELLI, an individual, and LORI ANN WEST, an individual,<br><br>    Plaintiffs,<br><br>        v.<br><br>MARK OLSON, in his official capacity as President of the EUSD Board of Education, et al.,<br><br>        Defendants. | Case No.: 3:23-cv-0768-BEN-WVG<br><br>**Declaration of Dr. Erica E. Anderson, PhD, in Support of Plaintiffs' Motion for a Preliminary Injunction**<br><br>Judge:          Hon. Roger T. Benitez<br>Courtroom:   5A<br>Hearing Date:  June 26, 2023<br>Hearing Time: 10:30 a.m. |

# TABLE OF CONTENTS

I.    CREDENTIALS & SUMMARY OF OPINIONS ........................................1

II.   BACKGROUND ON TERMS AND SOURCES .......................................... 4

III.  A CHILD OR ADOLESCENT WHO EXHIBITS A DESIRE TO
      CHANGE NAME AND PRONOUNS SHOULD RECEIVE A
      CAREFUL PROFESSIONAL ASSESSMENT BEFORE
      TRANSITIONING ........................................................................ 6

      A.   A child's or adolescent's request or desire to go by a
           different name and pronouns is a sign that may indicate the
           presence of gender dysphoria—and may be the first specific
           sign. ................................................................................. 6

      B.   The recent surge of children and adolescents reporting a
           transgender identity suggests that social and cultural factors
           may play a significant role. ................................................ 6

      C.   A child's or adolescent's experience or perception of a
           transgender identity may or may not persist. ...................... 9

      D.   When children or adolescents begin to experience gender
           incongruence, they should receive a careful evaluation and
           assessment by a professional mental health provider before
           transitioning, for a variety of reasons. ............................... 9

IV.   SOCIAL TRANSITION IS AN IMPORTANT
      PSYCHOTHERAPEUTIC INTERVENTION THAT CAN
      CHANGE OUTCOMES IN CHILDREN AND
      ADOLESCENTS ...................................................................... 12

      A.   Multiple respected voices agree that social transition does
           or may affect gender identity outcomes, increasing the
           likelihood that identification with a transgender identity
           will persist. ..................................................................... 12

      B.   Social transition erects psychosocial barriers to potential
           desistence. ....................................................................... 16

V.    SOCIAL TRANSITION IS NOT ALWAYS THE BEST
      OPTION FOR A CHILD OR ADOLESCENT .......................................... 17

      A.   Some children and adolescents stop wanting to transition
           after an exploratory process to understand the cause of
           their feelings and self-perceptions. ................................... 17

i

B.    We are becoming more aware of cases in which young
people have transitioned and later desist or are
detransitioning. ........................................................................ 18

C.    Social transition sets children down a path that often leads
to medical interventions. ......................................................... 20

D.    Social transition upon request without assessment and a
treatment plan is not endorsed by *any* medical or mental
health organization ................................................................. 21

VI.    PARENTAL INVOLVEMENT IS ESSENTIAL AT EVERY
STAGE IN THE PROCESS ....................................................... 24

A.    Parental involvement is essential as a practical matter in
order for a child or adolescent to be seen by a mental-health
provider. .................................................................................. 24

B.    Parental involvement is important for accurate diagnosis, as
parents often have a critical perspective on the history and
likely causes of a child's or adolescent's gender questioning
feelings ..................................................................................... 25

C.    Parental involvement is necessary for treatment of gender
dysphoria and/or other diagnosed coexisting conditions. ........ 26

D.    A school-facilitated transition without parental consent and
buy-in interferes with the parents' ability to pursue a
careful, investigative assessment before undergoing a
gender identity transition. ....................................................... 27

E.    A school-facilitated transition without parental consent and
buy-in creates unnecessary and additional tension in the
parent-child relationship. ....................................................... 28

F.    No professional body that I am aware of has endorsed
school-facilitated social transition of minors without
parental knowledge and consent ............................................. 29

VII.    CONCLUDING SUMMATION OF OPINIONS ..................................... 30

I, Dr. Erica E. Anderson, declare and state as follows:

1.    I am a clinical psychologist currently practicing in Berkeley, California. I received a Ph.D. in clinical psychology from Fuller Theological Seminary in 1978. I have been actively working as a clinical psychologist for over 40 years, with extensive experience working with clients of all ages. I am licensed in California, Minnesota, and formerly Pennsylvania (no longer active there).

2.    I have been retained by Plaintiffs to provide an expert medical opinion in this matter regarding the Escondido Union School District's gender identity policies as related to excluding parents from any decision-making. I have reviewed the Plaintiffs' complaint filed in this matter on April 27, 2023, including its exhibits, and the memorandum of points and authorities in support of Plaintiffs' motion for a preliminary injunction. My opinions are below. They are based on my own personal knowledge, as applied to the facts of this case, and I could and would testify to them in court if called upon to do so.

## I.    CREDENTIALS & SUMMARY OF OPINIONS

3.    For the past seven years, my work has focused primarily on children and adolescents dealing with gender-identity related issues. Between 2016 and 2021, I served as a clinical psychologist and member of the medical staff with a behavioral pediatrics appointment at the Child and Adolescent Gender Clinic at Benioff Children's Hospital at the University of California, San Francisco. From 2016 to the present, I have also operated a private consulting and clinical psychology practice serving children and adolescents and their parents, as well as adults and couples. During the past seven years, I estimate that I have seen hundreds of children and adolescents for gender-identity-related issues. Many, though not all, have transitioned—either socially, medically, or both—to a gender identity that differs from their natal sex, with my guidance and support.

4.    I am a life member of the American Psychological Association and a member of the World Professional Association for Transgender Health (WPATH). I

1  served as the President of the United States Professional Association for
2  Transgender Health (USPATH) and as a board member for WPATH between 2019
3  and 2021.

4      5.    I myself am a transgender woman. I was born a natal male, but
5  transitioned to living openly in a female identity in 2011. As a result, I have a unique
6  perspective and shared experience with those exploring their gender identity.

7      6.    A more thorough overview of my professional experience, publications,
8  and list of prior cases I have testified in is provided in my curriculum vitae, a copy of
9  which is attached as Exhibit A.

10     7.    I am being compensated for my time spent in connection with this case
11 at a rate of $500.00 per hour/$750.00 per hour for depositions and time in court.

12     8.    A summary of my opinions is as follows:

13         a.    A child or adolescent who exhibits a desire to change name
14         and pronouns should receive a careful professional assessment prior to
15         transitioning. (Section III).

16         b.    A request to change name and pronouns may be the first
17         visible sign that the child or adolescent may be dealing with gender
18         dysphoria or related coexisting mental-health issues. (Section III.A).

19         c.    A child or adolescent's experience of gender incongruence
20         may be influenced by societal or cultural factors and may or may not
21         persist. (Sections III.B, III.C).

22         d.    A careful assessment by professionals prior to transitioning
23         is critical to understand the causes of the child's or adolescent's feelings
24         of gender incongruence, the likelihood that those feelings will persist, to
25         provide guidance about the implications of any kind of transition, to
26         diagnose and treat any gender dysphoria or coexisting conditions, and to
27         provide ongoing support to both youth and parents during any
28         transition. (Section III.D).

e.     Social transition itself is an impactful psychotherapeutic intervention that has the potential to increase the likelihood of persistence of gender incongruence. Transitioning socially can also be psychologically hard to reverse for a child or adolescent. (Section IV).

f.     For some children experiencing gender incongruence, social transition is not the best approach. Some cease desiring to transition after an exploratory process and/or therapy to understand the source of their feelings, and some who do transition later come to regret it. (Sections V.A, V.B).

g.     Social transition often leads to other medical interventions later in life, some of which are irreversible. (Section V.C).

h.     No professional medical association that I am aware of recommends social transition of children and adolescents without a careful assessment and treatment plan. (Section V.D).

i.     Parental involvement is necessary to obtain professional assistance for a child or adolescent experiencing gender incongruence, to provide accurate diagnosis, and to treat any gender dysphoria or other coexisting conditions. (Sections VI.A, VI.B, VI.C).

j.     A school-facilitated transition without parental consent interferes with parents' ability to pursue a careful assessment and/or therapeutic approach prior to transitioning, prevents parents from making the decision about whether a transition will be best for their child, and creates unnecessary tension in the parent-child relationship. Nor is facilitating a double life for some children, in which they present as transgender in some contexts but cisgender in other contexts, in their best interests. (Sections VI.D, VI.E).

///
///

DECLARATION OF DR. ERICA E. ANDERSON, PHD
IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

k. No professional medical association that I am aware of recommends that school officials facilitate the social transition of a child or adolescent without parental knowledge and consent. (Section VI.F.)

l. The Escondido Union School District's gender identity policies, as attached to the complaint, are inconsistent with the best practices of all leading mental health professional associations and are more likely to lead to student harm than safety. (Section VII)

## II.  BACKGROUND ON TERMS AND SOURCES

9. Throughout this report, I use the term "social transition" (and variations) to refer primarily to adopting a new name and/or pronouns that differ from one's natal sex. A social transition can include more than just name-and-pronoun changes—individuals adopting a transgender identity sometimes change their hairstyle, clothing, or their appearance in other ways, begin using opposite-sex facilities, and/or make other social changes. In the literature, however, the phrase "social transition" is primarily used to refer to name-and-pronoun changes. "Social transition" is used as a contrast to medical transition, which refers to various medical interventions to bring one's physical appearance closer into alignment with one's asserted gender identity, such as puberty blockers, cross-sex hormone therapy, and various surgical interventions.

10. The term "gender dysphoria," as defined in the American Psychiatric Association's current *Diagnostic and Statistical Manual of Mental Disorders* ("DSM-5"), refers to "clinically significant distress or impairment related to gender incongruence" (i.e., a mismatch between one's natal sex and one's felt, perceived, or desired gender identity). I use the phrases "gender incongruence" or "gender variance" as broad catch-all terms for those who experience, perceive, or desire a gender identity that differs from their natal sex. As the DSM-5 notes, not everyone who is gender variant experiences gender dysphoria, in the sense of clinically significant distress.

DECLARATION OF DR. ERICA E. ANDERSON, PHD
IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

DocuSign Envelope ID: 585685D8-E268-42C8-9D17-884FDA9CC1C6

11.     WPATH is a scientific, professional, and educational organization that, among other things, produces a set of recommendations for transgender health care. It's "Standards of Care" document ("SOC") is one of the more widely known and cited set of guidelines for transgender care, though its recommendations are not universally agreed upon by professionals in the field. As noted above, I recently served as the president of USPATH (the United States arm of WPATH) and on the board of WPATH. In late 2021, however, I resigned from my offices within USPATH and WPATH because I disagreed in important respects with some of the directions the organization was going. Until September last year (2022), the latest version of WPATH's SOC was its 7th version, released in 2012 ("SOC7").[1] The 8th version was released publicly on September 6, 2022 ("SOC8").[2] How the SOC8 will be received by the wider mental health community beyond the WPATH membership remains to be seen. For this reason, and given how recently SOC8 was released, its size, and the time it will take to fully process and consider its recommendations, I rely more heavily in this report on SOC7, though I quote from SOC8 as well.

///

///

///

///

///

///

///

---

[1] The World Professional Association for Transgender Health, *Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People* (Version 7, 2012), *available at* https://www.wpath.org/publications/soc ("WPATH SOC7").

[2] *Standards of Care for the Health of Transgender and Gender Diverse People, Version 8*, WPATH, International J. Trans. Health 2022, Vol. 23, No. S1, S1–S258 (2022), *available at* https://www.tandfonline.com/doi/pdf/10.1080/26895269.2022.2100644 ("WPATH SOC8").

### III.   A CHILD OR ADOLESCENT WHO EXHIBITS A DESIRE TO CHANGE NAME AND PRONOUNS SHOULD RECEIVE A CAREFUL PROFESSIONAL ASSESSMENT BEFORE TRANSITIONING

**A.**   **A child's or adolescent's request or desire to go by a different name and pronouns is a sign that may indicate the presence of gender dysphoria—and may be the first specific sign.**

12.   As WPATH notes, "many adolescents and adults presenting with gender dysphoria do not report a history of childhood gender nonconforming behaviors," so "it may come as a surprise to others (parents, other family members, friends, and community members) when a youth's gender dysphoria first becomes evident in adolescence."[3]

13.   As WPATH's more recent SOC8 acknowledges, a recent "phenomenon occurring in clinical practice is the increased number of adolescents seeking care who have not seemingly experienced, expressed (or experienced and expressed) gender diversity during their childhood years."[4] Such "late-onset gender dysphoria and [transgender] identification may come as a significant surprise" to parents and others.[5]

**B.**   **The recent surge of children and adolescents reporting a transgender identity suggests that social and cultural factors may play a significant role.**

14.   Recent surveys indicate that the number of children and adolescents asserting a transgender identity has dramatically increased in recent years. As WPATH's SOC8 notes, there has been a "sharp increase in the number of

---

[3] WPATH SOC7 at 12.

[4] WPATH SOC8 at S45.

[5] American Psychological Association, *Guidelines for Psychological Practice With Transgender and Gender Nonconforming People*, APA 70(9):832–64, at 843 (2015) ("APA Guidelines").

1  adolescents requesting gender care" recently, both in the United States and

2  internationally.[6]

3      15.   Recent surveys also show a significantly higher percentage of young

4  people asserting a transgender identity than older adults. A recent survey by the Pew

5  Research Center reported that 5.1% of adults ages 18–29 identify as transgender or

6  non-binary, whereas only 1.6% of adults ages 30–49 identify as transgender or non-

7  binary.[7] Similarly, a 2021 Gallup poll reported that 2.1% of Gen Z adults (born 1997-

8  2003) identify as transgender (up from 1.8% in 2020), while only 1% of Millenials

9  (born 1981-1996), .6% of Gen X adults (born 1965-1980), and .1% of Baby Boomers

10  (born 1946-1964) reported a transgender identity.[8]

11      16.   These changes are consistent with what I have seen in my clinical

12  practice in recent years. While I have not attempted to quantify this, the number of

13  youth and parents of youth contacting me for assistance with gender-identity issues

14  has increased in recent years, and continues to increase year after year.

15      17.   Various surveys and studies have also shown an increase in the ratio of

16  natal female adolescents reporting gender incongruence. Until recently, more natal

17  male children and adolescents have presented with gender incongruence than natal

18  females, but that ratio has flipped in recent years, with far more adolescent girls

19

20

---

21  [6] WPATH SOC8 at S43.

22  [7] Anna Brown, *About 5% of young adults in the U.S. say their gender is different from their

23  sex assigned at birth*, Pew Research Center (June 7, 2022),
   https://www.pewresearch.org/fact-tank/2022/06/07/about-5-of-young-adults-in-

24  the-u-s-say-their-gender-is-different-from-their-sex-assigned-at-birth/.

25  [8] Jeffrey M. Jones, *LGBT Identification in U.S. Ticks Up to 7.1%*, Gallup (Feb. 17,

26  2022), https://news.gallup.com/poll/389792/lgbt-identification-ticks-up.aspx;
   Jeffrey M. Jones, *LGBT Identification Rises to 5.6% in Latest U.S. Estimate*, Gallup

27  (Feb. 24, 2021), https://news.gallup.com/poll/329708/lgbt-identification-rises-
   latest-estimate.aspx.

28

experiencing gender incongruence than adolescent boys.[9] WPATH's SOC8, for example, notes that gender clinics in recent years have reported natal female adolescents "initiating care 2.5-7.1 times more frequently as compared to" natal male adolescents.[10]

18.   That change in the sex ratios of children and adolescents asserting a transgender identity is consistent with my experience in my clinical practice. In the last few years, I estimate that I see roughly twice as many natal female adolescents for gender-identity-related issues than natal male adolescents. I also conduct parent consultations for gender-related issues much more often for natal female youth.

19.   To my knowledge, to date these dramatic changes in the population of children and adolescents reporting a transgender identity and the differences between age cohorts have not been adequately studied or explained, but these statistics suggest that cultural and/or societal factors may contribute—even substantially—to a young person's experience of gender variance.[11] Indeed, WPATH SOC8 acknowledges that the recent phenomenon of "adolescents seeking care who have not seemingly experienced, expressed (or experienced and expressed) gender diversity during their childhood years" suggests that for some young people, "susceptibility to social influence impacting gender may be an important differential to consider."[12]

///

///

---

[9] *E.g.*, Kenneth J. Zucker, *Adolescents with Gender Dysphoria: Refections on Some Contemporary Clinical and Research Issues*, Archives of Sexual Behavior 48(7) at 1983–1992 (2019).

[10] WPATH SOC8 at S43.

[11] *See* WPATH SOC8 at S44 (noting that "research [has] demonstrated [that] psychosocial and social factors also play a role").

[12] WPATH SOC8 at S45.

DECLARATION OF DR. ERICA E. ANDERSON, PHD
IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

### C.   A child's or adolescent's experience or perception of a transgender identity may or may not persist.

20.    Multiple studies across different groups and times have reported that, for the vast majority of children, gender incongruence does not persist (most of these studies involved children who did not transition). As WPATH notes, these studies show a persistence rate between 6% and 27%.[13] One researcher summarized these studies as follows: "every follow-up study of [gender diverse] children, without exception, found the same thing: Over puberty, the majority of [gender diverse] children [identifying before puberty] cease to want to transition."[14]

21.    In my clinical practice, I have worked with youth who, after a period of exploration and therapy as appropriate, ultimately conclude that they no longer desire to transition to a different gender identity.

### D.   When children or adolescents begin to experience gender incongruence, they should receive a careful evaluation and assessment by a professional mental health provider before transitioning, for a variety of reasons.

22.    Given the broad variety of factors that can contribute to a child's or adolescent's experience of gender incongruence and the reality that those feelings may be transitory, a mental health provider's first job is a careful evaluative process to understand the causes of the child's or adolescent's gender incongruence, assess the likelihood that those feelings will persist, and to help the child or adolescent and their parents process those feelings and make decisions about next steps.[15]

---

[13] WPATH SOC7 at 11.

[14] James M. Cantor, *Transgender and Gender Diverse Children and Adolescents: Fact-Checking of AAP Policy*, Journal of Sex & Marital Therapy, 46(4), 307–313 (2019).

[15] *See* WPATH SOC8 at S45 ("Since it is impossible to definitively delineate the contribution of various factors contributing to gender identity development for any given young person, a comprehensive clinical approach is important and necessary.").

23.     WPATH's SOC7, for example, recommends a "thorough assessment" of "gender dysphoria and mental health" to "explore the nature and characteristics of a child's or adolescent's gender identity," as well as a "psychodiagnostic and psychiatric assessment" that covers "areas of emotional functioning, peer and other social relationships, and intellectual functioning/school achievement," "an evaluation of the strengths and weaknesses of family functioning," any "emotional or behavioral problems," and any "unresolved issues in a child's or youth's environment."[16] Similarly, the Endocrine Society recommends "a complete psychodiagnostic assessment" including "an assessment of the decision-making capability of the youth."[17] Endocrinology is the subspecialty in medicine having to do with hormones. Pediatric endocrinologists are the physicians who prescribe puberty blockers or cross-sex hormones in the gender clinics.

24.     While young people sometimes "self-transition," responsible mental health practice requires that this assessment should occur *before* a child or adolescent socially transitions. WPATH SOC7 notes that mental health professionals "should strive to maintain a therapeutic relationship with gender nonconforming children/adolescents and their families throughout any *subsequent* social changes," (i.e., after the diagnostic process it recommends), which "ensures that decisions about gender expression and the treatment of gender dysphoria are thoughtfully and recurrently considered."[18] Similarly, the Endocrine Society's Guidelines "advise that decisions regarding the social transition of prepubertal youths with GD/gender

---

[16] WPATH SOC7 at 15.

[17] Wylie C. Hembree, et al., *Endocrine Treatment of Gender-Dyshporic/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline*, Endocrine Society, J Clin Endocrinol Metab, 102(11):3869–3903 at 3877 (Nov. 2017) ("Endocrine Society Guidelines").

[18] WPATH SOC7 at 16.

1 incongruence are made with the assistance of [a mental health provider] or another
2 experienced professional."[19]

3     25.    In my practice, consistent with WPATH's recommendations, I employ
4 a comprehensive evaluative and exploratory process before recommending any form
5 of transition, including a social transition, and I certainly would never recommend
6 any kind of medical interventions before a careful assessment. My clients often find
7 this process helpful—and many of them seek it out—even if they ultimately
8 transition, which many do.

9     26.    Another reason for a comprehensive assessment by a mental health
10 professional is to determine whether and to what extent the child or adolescent is
11 experiencing gender dysphoria (i.e., clinically significant distress associated with their
12 experience of gender incongruence). As noted above, not every child or adolescent
13 who exhibits gender variance experiences distress about that variance, but many do,
14 and, as WPATH notes and I have personally encountered in my practice, children
15 and adolescents can be "intensely distressed about it" and require professional
16 support.[20]

17     27.    Yet another reason for a professional assessment is to identify and
18 address any coexisting mental health concerns. Gender incongruence is often
19 accompanied by other mental health issues, like anxiety, depression, self-harm, and
20 others. WPATH's SOC8, for example, notes studies showing that transgender youth
21 have higher rates of depression, emotional and behavioral problems, suicide attempts
22 and ideation, self-harm, eating disorders, autism spectrum disorders/characteristics,
23 and other mental health challenges than the general population.[21] Thus, WPATH
24 and other professional associations recommend screening children and adolescents

[19] Endocrine Society Guidelines at 3870.

[20] WPATH SOC7 at 12.

[21] WPATH SOC8 at S62.

DocuSign Envelope ID: 585685D9-E269-4208-9D17-80AEDA9CG1C6

presenting with gender incongruence for coexisting mental health issues and treating those as necessary.[22]

28.     The assistance of a mental-health professional can also be critically important *during* any social transition. As the Endocrine Society's Guidelines note, a social transition "may test the person's resolve, the capacity to function in the affirmed gender, and the adequacy of social, economic, and psychological supports," and processing the transition is often "a major focus of the counseling" during the transition.[23] I have seen firsthand the benefits of having professional support during a social transition. In my experience, youth are not always prepared for all of the challenges associated with transitioning.

## IV.   SOCIAL TRANSITION IS AN IMPORTANT PSYCHOTHERAPEUTIC INTERVENTION THAT CAN CHANGE OUTCOMES IN CHILDREN AND ADOLESCENTS

### A.   Multiple respected voices agree that social transition does or may affect gender identity outcomes, increasing the likelihood that identification with a transgender identity will persist.

29.     As noted above, numerous studies prior to the widespread adoption of social transition reported that gender incongruence did not persist through adolescence for a majority of children who experience it.

30.     By contrast, a recent study of 317 transgender youth found that, 5 years after transitioning, 94% continued to identify as transgender, whereas only 6% had retransitioned back to a cisgender or nonbinary identity.[24] A significant difference between this study and the prior studies is that all of the children in this study had

---

[22] WPATH SOC7 at 24–25; Endocrine Society Guidelines at 3876; APA Guidelines at 845.

[23] Endocrine Society Guidelines at 3877.

[24] Kristina R. Olson, *Gender Identity 5 Years After Social Transition*, Pediatrics 2022;150(2):e2021056082 (Aug. 2022), https://doi.org/10.1542/peds.2021-056082.

1   already socially transitioned. The dramatic difference in persistence rates reported in
2   prior studies and this and similar studies of children who have transitioned demands
3   an explanation and raises multiple questions. While there are a variety of possible
4   explanations for this difference in persistence rates, one possible explanation that
5   cannot yet be ruled out is that social transition itself has a causal effect on persistence
6   rates by reinforcing a child's or adolescent's beliefs about their identity.

7       31.     Indeed, multiple well-respected researchers in this area have raised this
8   concern. A study in 2013, which reported higher persistence rates among children
9   who had transitioned, noted that "[c]hildhood social transitions were important
10  predictors of persistence, especially among natal boys. Social transitions were
11  associated with more intense GD in childhood, but have never been independently
12  studied regarding the *possible impact of the social transition itself on cognitive*
13  *representation of gender identity or persistence.*"[25] The authors went on to note that "the
14  hypothesized link between social transitioning and the cognitive representation of the
15  self" may "influence the future rates of persistence."[26] "Until there is more
16  knowledge about this mechanism," the authors wrote, they endorsed the approach in
17  WPATH SOC7 of deferring to parents and helping them "weigh the potential
18  benefits and challenges" and "make decisions regarding the timing and process of
19  any gender role changes for their young children."[27]

20      32.     Another well-known researcher and long-time practitioner in this field,
21  Dr. Kenneth J. Zucker, commented on this study as follows: "With the emergence in
22  the last 10–15 years of a pre-pubertal gender social transition as a type of psychosocial
23  treatment [citations omitted]—initiated by parents on their own (without formal

24  [25] Steensma, T. D., at al., *Factors Associated with Desistence and Persistence of Childhood*
25  *Gender Dysphoria: A Quantitative Follow-Up Study.* Journal of the American Academy
26  of Child & Adolescent Psychiatry, 52(6), 582–590, at 588 (2013).

27  [26] *Id.* at 589.

28  [27] *Id.* (quoting WPATH SOC7 at 17).

clinical consultation) or with the support/advice of professional input—it is not clear if the desistance rates reported in the four core studies will be 'replicated' in contemporary samples. Indeed, the data for birth-assigned males in Steensma et al. (2013a) already suggest this: of the 23 birth-assigned males classified as persisters, 10 (43%) had made a partial or complete social transition prior to puberty compared to only 2 (3.6%) of the 56 birth-assigned males classified as desisters. Thus, *I would hypothesize that when more follow-up data of children who socially transition prior to puberty become available, the persistence rate will be extremely high.*"[28] Dr. Zucker then adds that, in his view, "parents who support, implement, or encourage a gender social transition (and clinicians who recommend one) are implementing a psychosocial treatment that will increase the odds of long-term persistence."

33.   The Endocrine Society Guidelines also recognize that "[s]ocial transition is associated with the persistence of GD/gender incongruence as a child progresses into adolescence. It may be that the presence of GD/gender incongruence in prepubertal children is the earliest sign that a child is destined to be transgender as an adolescent/adult (20). However, social transition (in addition to GD/gender incongruence) has been found to contribute to the likelihood of persistence."[29]

34.   A recent, comprehensive review by Dr. Hillary Cass of the U.K.'s model of transgender care, notes that "it is important to view [social transition] as an active intervention because it may have significant effects on the child or young person in terms of their psychological functioning. There are different views on the benefits versus the harms of early social transition. Whatever position one takes, it is

---

[28] Zucker, K., *The myth of persistence: Response to "A critical commentary on follow-up studies and 'desistance' theories about transgender and gender non-conforming children" by Temple Newhook et al.*, International Journal of Transgenderism 19(2) 231–245 (2018).

[29] Endocrine Society Guidelines at 3879.

1  important to acknowledge that it is not a neutral act, and better information is needed
2  about outcomes."[30]

3      35.    I share the concerns of these researchers and writers that transitioning
4  may affect the likelihood of persistence, *especially* transitions without a careful
5  assessment by a mental health professional prior to transitioning.

6      36.    Again, the effects of social transition on a child's or adolescent's
7  psychological development are still open to conjecture and hypothesis, since, to my
8  knowledge, there have not yet been adequate long-term studies of social transitions
9  during childhood or adolescence, as this is a relatively recent phenomenon. Indeed,
10  WPATH's SOC8, released last year acknowledges that "there is a dearth of
11  empirical literature regarding best practices related to the social transition process."[31]

12      37.    WPATH and others have acknowledged that, in light of the paucity of
13  long-term evidence about the effects, social transitions during childhood and
14  adolescence are a controversial issue among mental-health professionals in this field.
15  WPATH's SOC7, for example, notes that "[Social transition in early childhood] is a
16  controversial issue," that "divergent views are held by health professionals," and
17  that "[t]he current evidence base is insufficient to predict the long-term outcomes of
18  completing a gender role transition during early childhood."[32] Another group of
19  researchers that is attempting to study this recently wrote: "Relatively unheard-of 10
20  years ago, early childhood social transitions are a contentious issue within the clinical,
21  scientific, and broader public communities. [citations omitted]. Despite the
22  increasing occurrence of such transitions, we know little about who does and does not

23

---

24  [30] Cass, H., *Independent review of gender identity services for children and young people:*
25  *Interim report* (2022), https://cass.independent-review.uk/publications/interim-
26  report/.

27  [31] WPATH SOC8 at S76.

28  [32] *See* WPATH SOC7 at 17.

DECLARATION OF DR. ERICA E. ANDERSON, PhD
IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

1  transition, the predictors of social transitions, and *whether transitions impact children's*
2  *views of their own gender.*"[33]

3      38.   Thus, while social transition is too often described as nothing more than
4  a harmless "exploration" of gender and identity, at this time we cannot rule out that
5  a social transition may have a causal effect on a child's or adolescent's future
6  development of their internal sense of identity. On the contrary, the early research we
7  have is consistent with the hypothesis that social transition causes some children to
8  persist who otherwise might have desisted from experiencing gender dysphoria and
9  transgender identification.

**B.   Social transition erects psychosocial barriers to potential desistence.**

12     39.   One way in which social transition may *decrease desistence* is the
13  psychological difficulty children and adolescents may face in transitioning back to an
14  identity aligned with their natal sex after publicly transitioning to a transgender
15  identity.

16     40.   One group of researchers, in a qualitative study of 25 gender variant
17  youth, found that "some girls, who were almost (but not even entirely) living as boys
18  in their childhood years, experienced great trouble when they wanted to return to the
19  female gender role."[34] In light of that possibility, they "suggest[ed] a cautious
20  attitude towards the moment of transitioning." I agree.

21     41.   WPATH also recognizes that "[a] change back to the original gender
22  role can be highly distressing and even result in postponement of this second social

---

[33] James R. Rae, *Predicting Early-Childhood Gender Transitions*, Psychological Science Vol. 30(5) 669–681 at 669–70 (2019).

[34] Steensma, T. D., et al., *Desisting and persisting gender dysphoria after childhood: A qualitative follow-up study*, Clin. Child. Psychol. Psychiatry (Jan. 7, 2011), http://ccp.sagepub.com/content/early/2011/01/06/1359104510378303.

DECLARATION OF DR. ERICA E. ANDERSON, PHD
IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

transition on the child's part."[35] So does the Endocrine Society: "If children have completely socially transitioned, they may have great difficulty in returning to the original gender role upon entering puberty."[36]

42.    In short, a social transition represents one of the most difficult psychological changes a person can experience. For all these reasons embarking upon a social transition based solely upon the self-attestation of the youth without consultation with parents and appropriate professionals is unwise.

43.    Further to place teachers in the position of accepting without question the preference of a minor and further direct such teachers to withhold the information from parents concerning their minor children is hugely problematic.

## V.    SOCIAL TRANSITION IS NOT ALWAYS THE BEST OPTION FOR A CHILD OR ADOLESCENT

### A.    Some children and adolescents stop wanting to transition after an exploratory process to understand the cause of their feelings and self-perceptions.

44.    As discussed above, multiple studies have reported that many children who experience gender incongruence ultimately revert to identifying with their natal sex. I personally have worked with youth, who, after an exploratory and therapeutic process, ultimately decided that transitioning was not the best approach for them.

45.    WPATH's SOC8 argues that "recognition that a child's gender may be fluid and develop over time [citations omitted] is not sufficient justification to negate or deter social transition for a pre-pubescent child when it would be beneficial."[37] I understand the SOC8's caveat, "when it would be beneficial," as an implicit

---

[35] WPATH SOC7 at 17; *see also* WPATH SOC8 at S78 ("Another often identified social transition concern is that a child may suffer negative sequelae if they revert to the former gender identity that matches their sex designated at birth.").

[36] Endocrine Society Guidelines at 3879.

[37] WPATH SOC8 at S76.

recognition that a social transition is not *always* beneficial for every child or adolescent experiencing gender incongruence. Indeed, SOC8 repeatedly "emphasizes the importance of a nuanced and individualized clinical approach to gender assessment,"[38] both for children and for adolescents.[39] While SOC8's focus is on medical interventions, the same is true for social transitions.

46.   WPATH's SOC8 asserts that the fluidity of gender variance during youth is not a reason to "negate or deter social transition," however, the reality that gender variant feelings can be fluid for many young people warrants caution before making any significant changes, including a social transition. Part of a mental-health provider's role is to counsel patients to exercise caution and explore what they are feeling before making major changes.[40]

## B. We are becoming more aware of cases in which young people have transitioned and later desist or are detransitioning.

47.   Yet another reason for caution is the growing awareness of "detransitioners"—youth who previously transitioned to a transgender identity but later decide to revert to an identity that aligns with their natal sex. Many of these youth express regret about their prior transition.[41] Some go further and express anger at providers who they feel gave them an inadequate evaluation.[42]

---

[38] WPATH SOC8 at S68.

[39] WPATH SOC8 at S45 ("Given the emerging nature of knowledge regarding adolescent gender identity development, an individualized approach to clinical care is considered both ethical and necessary.").

[40] *E.g.*, APA Guidelines at 843 (noting that, for adolescents in which "late-onset gender-dysphoria and TGNC identification [ ] come[s] as a significant surprise," "[m]oving more slowly and cautiously in these cases is often advisable.").

[41] WPATH SOC8 at S47.

[42] *E.g.*, Grace Lidinsky-Smith, *There's No Standard for Care When it Comes to Trans Medicine*, Newsweek (June 25, 2021), https://www.newsweek.com/theres-no-standard-care-when-it-comes-trans-medicine-opinion-1603450.

48.   This population has not yet been adequately studied or quantified—indeed it has only recently been acknowledged in the literature—but the existence of this population is undeniable at this point.[43] WPATH's SOC8 recognizes that "detransitioning may occur in young transgender adolescents and health care professionals should be aware of this."[44]

49.   In a recent survey of 237 detransitioners (92% of which were natal females), 70% reported that one reason for their detransition was the realization that their "gender dysphoria was related to other issues."[45] Half reported that transition did not help with the dysphoria, and 34% reported that their dysphoria "resolved itself over time." Nearly half of those surveyed (45%) reported "not feeling properly informed about the health implications of the accessed treatments and interventions before undergoing them." And 60% listed "learning to cope with feelings of regret" as one of their psychological needs during the detransitioning process.

50.   The recent and dramatic increase in the number of natal female adolescents who assert a transgender identity, and the reality reflected in the study above that a subset of these later detransition and regret transitioning, also warrants caution before rushing into a social transition. As WPATH acknowledges, this recent trend among adolescent girls may be driven in part by "excessive peer and social media influence."[46] A number of recent surveys have documented a significant deterioration in the health of adolescents in recent years, especially during the

---

[43] *E.g.*, Irwig, M.S., *Detransition Among Transgender and Gender-Diverse People—An Increasing and Increasingly Complex Phenomenon*, J. Clin. Endocrinology & Metab. (June 9, 2022), https://doi.org/10.1210/clinem/dgac356.

[44] WPATH SOC8 at S47.

[45] Vandenbussche, E., *Detransition-Related Needs and Support: A Cross-Sectional Online Survey*, Journal of Homosexuality, 69:9, 1602–1620 (2022).

[46] WPATH SOC8 at S58.

DECLARATION OF DR. ERICA E. ANDERSON, PHD
IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

1  pandemic and among adolescent girls.[47] We are also becoming increasingly aware of
2  the effect of social media on adolescent girls in particular—that population appears to
3  be uniquely susceptible to negative mental health outcomes and imitations of
4  behavior related to heavy social media use.[48]

5     51.    I regularly monitor an online community of detransitioners on reddit
6  (/r/detrans), and have observed many similar stories reported in that online
7  community.

8     52.    The potential for a difficult detransition process in the future and regret
9  over a prior transition are important considerations that a mental-health provider
10  should help a child or adolescent and their parents understand before they decide to
11  undertake a social transition.

**C.  Social transition sets children down a path that often leads to medical interventions.**

14    53.    Yet another reason for caution is that social transition often leads to
15  medical interventions, many of which have permanent, long-term effects (or the
16  effects are not yet fully known).[49] Not everyone who socially transitions goes on to
17  pursue medical interventions, but many do.

18    54.    In the Olson study discussed above, only 37 of the 317 participants
19  (11.7%) had started puberty blockers when the study began. By the end of the study

---

[47] *E.g.*, CDC, *Adolescent Behaviors and Experiences Survey* (Mar. 31, 2022), https://www.cdc.gov/healthyyouth/data/abes.htm

[48] *E.g.*, Amy Orben, *Windows of development sensitivity to social media*, Nature Communications 13, 1649 (2022); Robert H. Shmerling, *Tics and TikTok: Can social media trigger illness?*, Harvard Health Publishing, Harvard Medical School (Jan. 18, 2022), https://www.health.harvard.edu/blog/tics-and-tiktok-can-social-media-trigger-illness-202201182670.

[49] *E.g.*, WPATH SOC8 at S46 (noting the "lifelong implications of medical treatment").

(five years later), 190 of the 317 participants (59.9%) had started either puberty blockers and/or cross-sex hormones.[50]

55. The fact that a high percentage of children who socially transition later feel the need to undergo medical interventions to maintain or further align their appearance with the identity adopted during a social transition further highlights the fact that social transition is itself a major health and mental health decision that may lead to important long-term consequences in the life of the child, for good or ill. This is itself an important consideration that children and adolescents, and their parents, should understand and weigh when deciding whether to undertake a social transition. Without the involvement of a mental health professional, they are unlikely to obtain the information and counsel necessary to make an informed decision.

**D. Social transition upon request without assessment and a treatment plan is not endorsed by *any* medical or mental health organization.**

56. For the reasons I have explained above, an assessment process and plan can be critically important *before* a child or adolescent transitions. I recognize that some children and adolescents do socially transition before meeting with a mental-health professional. But the fact that some individuals and families disregard sound practice is a problem that mental health professionals and schools should work to address, not a reason to ignore sound practice.

57. As far as I am aware, no medical or mental health organization recommends that adults facilitate a social transition upon a child or adolescent's request without a careful evaluation by an appropriately trained mental health professional. WPATH's SOC7 recommends a careful, psychological assessment and guidance from a mental health professional to help parents "weigh the potential

---

[50] Olson (2022) at 2, 4.

DECLARATION OF DR. ERICA E. ANDERSON, PHD
IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

1  benefits and challenges" of a social transition.[51] The Endocrine Society's Guidelines

2  "advise that decisions regarding the social transition of prepubertal youths with

3  GD/gender incongruence are made with the assistance of an MHP or another

4  experienced professional" (the guidelines do not say anything different about

5  adolescents).[52] The American Psychological Association recommends that

6  "[p]sychologists are encouraged to complete a comprehensive evaluation and ensure

7  the adolescent's and family's readiness to progress," to discuss "the advantages and

8  disadvantages of social transition during childhood and adolescence" with parents

9  and their children, and to assist parents and their children with "developmentally

10  appropriate decision-making about their education, health care, and peer networks, as

11  these relate to children's and adolescent's gender identity and gender expression."[53]

12      58.    While its recommendations focus on medical interventions, WPATH's

13  SOC8 likewise recognizes that "a comprehensive clinical approach is important and

14  necessary" and recommends "a comprehensive biopsychosocial assessment of

15  adolescents who present with gender-identity concerns."[54] SOC8 even emphasizes

16  that "[t]reatment in this context (e.g., with limited or no assessment) has no

17  empirical support and therefore carries the risk that the decision to start gender-

18  affirming medical interventions may not be in the long-term best interest of the young

19  person at that time."[55]

20      59.    In a few places, although it is not entirely clear about this, certain

21  statements in SOC8 could be read to suggest that social transition should be

22  _____

[51] WPATH SOC7 at 14–15, 17.

23  [52] Endocrine Society Guidelines at 3870.

24  [53] APA Guidelines at 843.

25  [54] WPATH SOC8 at S45, S50; *see also id.* ("Given the emerging nature of knowledge

26  regarding adolescent gender identity development, an individualized approach to

27  clinical care is considered both ethical and necessary.").

[55] WPATH SOC8 at S51.

28

DECLARATION OF DR. ERICA E. ANDERSON, PHD
IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

implemented immediately upon the request of a child or adolescent. SOC8 says that "social transition should originate from the child and reflect the child's wishes in the process of making the decision to initiate a social transition process,"[56] and that any "efforts at blocking reversible social expression or transition [like] choosing not to use the youth's identified name and pronouns" are "disaffirming behaviors" that are always inappropriate and equivalent to conversion therapy.[57]

60.    To the extent that one reads these statements as an endorsement of the view that children and adolescents should always immediately be allowed to socially transition upon request, this goes too far. As I have noted above, social transition may not in fact be easily "reversible." As a result, it can be appropriate for parents to say "no" to a social transition (whether at school or elsewhere) to, among other things, allow time for assessment and exploration with the help of a mental health professional before making such a significant change. Part of parents' job is to help their children avoid making bad decisions. That ordinary parental role is not remotely comparable to or properly characterized as "conversion therapy." As WPATH's SOC7 recognizes, it is appropriate for parents to decide whether to "allow" a social transition for their children.[58] Neither SOC 7 nor SOC 8 suggest that school personnel should decide whether a minor should socially transition, let alone doing so and hiding this information from parents.

///
///
///
///
///

---

[56] WPATH SOC8 at S76.

[57] WPATH SOC8 at S53.

[58] WPATH SOC7 at 17.

## VI. PARENTAL INVOLVEMENT IS ESSENTIAL AT EVERY STAGE IN THE PROCESS

### A. Parental involvement is essential as a practical matter in order for a child or adolescent to be seen by a mental-health provider.

61.    Aside from a few limited exceptions, medical and mental-health providers generally cannot see or treat a minor without informed consent from the parent(s)/legal guardian(s), both as a matter of state laws and as a matter of medical ethics.[59]

62.    As WPATH's section on adolescents recognizes, many adolescents lack the "skills for future thinking, planning, big picture thinking, and self-reflection" that are necessary for informed decision-making.[60] Adolescents' decisions are often influenced by factors that are unrelated to their long-term best interests, like "a sense of urgency that stems from hypersensitivity to reward," a "heightened focus on peer relationships," and "increased risk-taking behaviors."[61] In light of the ongoing and unfinished development of emotional and cognitive maturity during adolescence, "[i]n most settings, for minors, the legal guardian is integral to the informed consent process."[62]

63.    Parental involvement is also necessary as a practical matter. Many children and adolescents could not get to any appointments with a mental-health provider without their parents' assistance. And most children and adolescents do not

---

[59] *E.g.*, WPATH SOC8 at S61 ("In most settings, for minors, the legal guardian is integral to the informed consent process: if a treatment is to be given, the legal guardian (often the parent[s]/caregiver[s]) provides the informed consent to do so.").

[60] WPATH SOC8 at S62.

[61] WPATH SOC8 at S44.

[62] WPATH SOC8 at S61.

1    have their own health insurance and would have no way to pay for those

2    appointments.

3        64.    For these and other reasons, in my practice, I will not (nor have I ever,

4    that I can recall) see a minor child or adolescent without informed consent from a

5    parent/legal guardian. During my years at the Child and Adolescent Gender Clinic at

6    UCSF, we routinely would decline to see minors without a parent present. And our

7    standard practice was to obtain an informed consent form from a parent prior to

8    initiating any form of treatment. If a minor presented for treatment without a parent

9    present or if there were questions about which parent had decision-making authority,

10   we would cease further contact until we could confirm that we had proper informed

11   consent from the parent or parents with decision-making authority.

12              **B.    Parental involvement is important for accurate diagnosis, as**

13              **parents often have a critical perspective on the history and**

14              **likely causes of a child's or adolescent's gender questioning**
                **feelings.**

15       65.    Parents are often the only people who have frequently and regularly

16   interacted with a child or adolescent throughout the child's or adolescent's entire

17   life, and therefore they have a unique view of the child's development over time.

18   Indeed, parents often have more knowledge than even the child or adolescent does of

19   whether their child or adolescent exhibited any signs of gender incongruence or

20   gender dysphoria during the earliest years of life.

21       66.    Thus, parental involvement is a critical part of the diagnostic process to

22   evaluate how long the child or adolescent has been experiencing gender

23   incongruence, whether there might be any external cause of those feelings, and a

24   prediction of how likely those feelings are to persist.

25       67.    WPATH, for example, notes that "parent(s)/caregiver(s) may provide

26   key information for the clinical team, such as the young person's gender and overall

27   developmental, medical, and mental health history as well as insights into the young

28

1  person's level of current support, general functioning, and well-being."[63]

2  68.    And, as WPATH notes, "a parent/caregiver report may provide critical
3  context in situations in which a young person experiences very recent or sudden self-
4  awareness of gender diversity and a corresponding gender treatment request, or when
5  there is concern for possible excessive peer and social media influence on a young
6  person's current self-gender concept."[64] In my practice, it is a common occurrence
7  that the reconstructed history from a child or adolescent does not match the reported
8  history from the parent. Likewise, children and adolescents often acknowledge that
9  they have consumed many hours of social media from other transgender youth and
10 have absorbed these experiences in some personal way.

11 69.    Indeed, WPATH's SOC8 recommends "involving parent(s) or primary
12 caregiver(s) in the assessment process … in almost all situations," and adds that
13 "including parent(s)/caregiver(s) in the assessment process to encourage and
14 facilitate increased parental understanding and support of the adolescent may be one
15 of the most helpful practices available."[65] In my practice, I find it critical that I, the
16 parents, and the child come to consensus about the truth about each individual child.

17 70.    In assessing an individual child or adolescent, it is my own practice to
18 meet with the parent(s) before seeing a child or adolescent, to get their perspective
19 on when, where, and how their child's feelings began, and I will often meet with
20 parents throughout the assessment process as well, as necessary.

### C.    Parental involvement is necessary for treatment of gender dysphoria and/or other diagnosed coexisting conditions.

23 71.    Given the need for informed consent, as explained above, parental
24 involvement is a necessary prerequisite for any kind of treatment by a medical

[63] WPATH SOC8 at S58.

[64] WPATH SOC8 at S58.

[65] WPATH SOC8 at S58.

professional, whether for gender dysphoria or any coexisting mental-health condition. For example, a child experiencing depression/anxiety related to gender incongruence ordinarily could not receive counseling or medication to treat the depression/anxiety without the informed consent of a parent/guardian.

72.     Parents should also be involved to make important decisions about next steps for their minor child or adolescent, especially given the somewhat complicated risk-benefit calculus in this context and the limited knowledge about long-term effects and outcomes. WPATH's SOC7, for example, recommends that mental health professionals "help *families* to make decisions regarding the timing and process of any gender role changes for their young children," and to provide "counsel and support" even "[i]f parents do not allow their young child to make a gender role transition."[66] Similarly, WPATH's SOC8 recommends that mental health providers "should provide guidance *to parents/caregivers* and supports to a child when a social gender transition is being considered" and to "facilitate the parents/caregivers' success in making informed decisions about the advisability and/or parameters of a social transition for their child."[67]

73.     In my practice, I always contact the parent(s) at the end of the assessment process to share my thoughts and recommendations so that they can ultimately make the decision about what is best for their child.

> **D.     A school-facilitated transition without parental consent and buy-in interferes with the parents' ability to pursue a careful, investigative assessment before undergoing a gender identity transition.**

74.     If a school facilitates a social transition at school without parental consent and buy-in, it necessarily interferes with the parents' ability to take a

---

[66] WPATH SOC7 at 17.

[67] WPATH SOC8 at S78.

1  cautious approach and pursue an evaluation and assessment before allowing their
2  child or adolescent to make significant changes to their identity.

3      75.    A school-facilitated transition without parental consent also interferes
4  with parents' ability to pursue a treatment approach that does not involve an
5  immediate transition—such as an exploratory process to understand the cause of the
6  feelings or self-perceptions of gender incongruence.

7      76.    Finally, a school-facilitated transition without parental consent
8  necessarily interferes with the parent(s)' ability to say "no" to a social transition,
9  which can be appropriate in some circumstances.

10          **E.      A school-facilitated transition without parental consent and
11                   buy-in creates unnecessary and additional tension in the
12                   parent-child relationship.**

13     77.    A school-facilitated transition over the objection of parents (or possibly
14  worse, without their knowledge) necessarily creates tension in the parent-child
15  relationship. A common principle in the training for psychotherapists who work with
16  children and adolescents is to never create or aggravate any tensions in the parent-
17  child relationship. By facilitating a social transition at school over the parents'
18  objection, a school would drive a wedge between the parent and child.

19     78.    Similarly, facilitating a double life for some children, in which they
20  present as transgender in some contexts but cisgender in other contexts, is not in
21  their best interest.

22     79.    WPATH recognizes that "social transition for children typically can
23  only take place with the support and acceptance of parents/caregivers."[68] Likewise,
24  "adolescents are typically dependent on their caregivers/parents for guidance in

25
26
27
28

---

[68] WPATH SOC8 at S77.

DECLARATION OF DR. ERICA E. ANDERSON, PHD
IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

1   numerous ways," including as they "navigate[ ] through the process of deciding

2   about treatment options."[69]

3        80.   As WPATH notes elsewhere, "[p]arent and family support of TGD

4   youth is a primary predictor of youth well-being."[70] Circumventing, bypassing, or

5   excluding parents from decisions about a social transition undermines the main

6   support structure for a child or adolescent who desperately needs support.

7

8           **F.**     **No professional body that I am aware of has endorsed school-facilitated social transition of minors without parental knowledge and consent.**

9

10        81.   I am not aware of any professional body that has endorsed school-

11   facilitated social transitions without parental consent. As noted above, WPATH's

12   SOC7 recommends that *mental-health professionals* advise, but ultimately defer to,

13   parents whether or not they "allow their young children to make a social transition to

14   another gender role."[71] The Endocrine Society's Guidelines "advise that decisions

15   regarding the social transition of prepubertal youths with GD/gender incongruence

16   are made with the assistance of an MHP or another experienced professional" (which

17   would require the informed consent of the parents).[72] And the American

18   Psychological Association advises psychologists to discuss "the advantages and

19   disadvantages of social transition during childhood and adolescence" with parents

20   and their children, to promote discussion between parents and their children about

21   "developmentally appropriate decision making."[73]

22

23

24   [69] WPATH SOC8 at S49.

25   [70] WPATH SOC8 at S58.

26   [71] WPATH SOC7 at 17.

27   [72] Endocrine Society Guidelines at 3870.

28   [73] APA Guidelines at 843.

DECLARATION OF DR. ERICA E. ANDERSON, PHD
IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

## VII.  CONCLUDING SUMMATION OF OPINIONS

82.    In light of the above, it is my expert opinion that Escondido Union School District's policies excluding parental involvement and decision-making regarding the care of their gender incongruent or gender dysphoric children is contrary to widely accepted mental health principles and practice. I am not aware of any professional body that would endorse EUSD's policies which envision adult personnel socially transitioning a child or adolescent without evaluation of mental health professionals and without the consent of parents or over their objection.

83.    Rather, when a child presents with a desire to use a new name or pronouns, the very first step should be a careful professional assessment by a mental health professional with expertise in child gender incongruence. The first step should not be, as EUSD's policies provide, the immediate and unhesitating affirmance of the child's request without parental involvement or knowledge.

84.    Social transition, undertaken by EUSD school personnel, is an impactful psychotherapeutic intervention. It may or may not be the best therapeutic approach for any specific child. EUSD's policies, which require immediate social transition of children who request it, may increase persistence among children who have desisted had they received evaluation by a competent mental health professional. Persistence for such children is not in their best long-term interest.

85.    Finally, EUSD's policies are contrary to best practices regarding maintaining the relationship between parents and their children. Best mental health practices abhor activity that drives a wedge between parents and children, creating distrust and tension. In all cases, parental consent is required to provide medical and psychological treatment to minors. In part, this is because the science of mental health recognizes that the best evidence regarding a minor's mental and emotional well-being comes from first-hand accounts by parents, rather than biased accounts from immature children.

///

DECLARATION OF DR. ERICA E. ANDERSON, PHD
IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

1   86.   In sum, the Escondido Union School District's gender identity policies
2   which exclude parental involvement and decision-making regarding the care of their
3   children are contrary to best mental health practices. Rather than ensuring student
4   safety and overall mental-health well-being, EUSD's policies are discordant with the
5   practices of all mental health professional associations and are more likely to lead to
6   student harm.

7   I declare under penalty of perjury under the laws of the United States and the
8   State of California that the foregoing is true and correct.

9   Executed on May 11, 2023, in Berkeley, California.

DocuSigned by:

*Dr. Erica Anderson*

DE472E04315D410...

Erica E. Anderson, PhD

DECLARATION OF DR. ERICA E. ANDERSON, PHD
IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

**EXHIBIT A**

# Curriculum Vitae
## Erica E. Anderson, Ph.D.
### 510-910-1578
drericaanderson@gmail.com
https://www.drericaanderson.com

## Summary

Educator, academic administrator, clinical psychologist, consultant, and healthcare executive with experience in the development, promotion, and operation of health, human service, and information technology businesses and professional educational programs. Practicing clinical psychologist, media resource, expert witness and consultant..

## Education

- 1973 – 1978 Ph.D. (Clinical Psychology) Graduate School of Psychology, Fuller Theological Seminary, Pasadena, California
- 1973 – 1977 M.A. (Theology) Graduate School of Theology, Fuller Theological Seminary
- 1970 – 1973 B.A. Summa Cum Laude (Honors Psychology), University of Minnesota
- 1969 – 1970 Whittier College (Dean's List)

## Licenses Held

- Licensed Psychologist
- State of California
- State of Minnesota
- Commonwealth of Pennsylvania (inactive)

## Clinical Training in Psychology

- 1978 – 1979 Program in Health Psychology, Health Sciences Center (Hospital) University of Minnesota
- 1977 – 1978 Veterans Administration Hospital, Long Beach, California
- 1977 Andrus Gerontology Center, University of Southern California
- 1976 – 1977 Los Angeles County Medical Center, University of Southern California
- 1975 – 1978 Child Development Clinic, The Psychological Center, Pasadena, CA
- 1975 Children's Health Center (Hospital), Minneapolis, Minn.

## Academic/Teaching Positions Held

- 2019 – Present Global Education Institute, World Professional Association for Transgender Health
- 2018 – Present University of California, Berkeley, Adjunct faculty

- 2012 – 2018 John F. Kennedy University
  - 2012 – 2018 Professor of Clinical Psychology
  - 2014 Uber Chair of Graduate Psychology & Professor of Psychology
  - 2013 – 2014 Interim Dean, College of Graduate and Professional Studies
  - 2012 – 2013 Professor and Chair, Doctoral Program in Clinical Psychology (Psy.D)
- 2009 – 2012 Thomas Jefferson University, School of Population Studies, Senior Fellow
- 2006 – 2012 Immaculata University, Health Science and Services Department, Associate Professor of Healthcare Management
- 2005 – 2006 Chestnut Hill College, School of Graduate Studies, Adjunct Professor
- 1998 – 2001 Widener University Psy.D./ MBA program, Adjunct Clinical Professor
- 1989 Fuller Theological Seminary, Graduate School of Psychology, Adjunct Associate Professor
- 1979 – 1983  University of Minnesota Minneapolis, Minnesota, School of Public Health, Program in Health Psychology, Assistant Professor
- 1975 – 1977 Pasadena City College, Instructor in Psychology

**Experience**

- 2016 – present Private Clinical and Consulting Practice, Oakland/Berkeley, California
- 2016 – 2021 Medical Staff in Pediatric Endocrinology/Behavioral Pediatrics, supporting the Child and Adolescent Gender Clinic at the University of California San Franciso Benioff Children's Hosptial
- 2009 –2012 Thomas Jefferson University, Senior Fellow, School of Population Health
- 2006 – 2012 Immaculata University, Chair, Health Science and Services Department
- 2001 – 2006 Anderson Health Strategies, L.L.C., Consulting
- 1997 – 2001 Integra, Inc., President, Chief Executive Officer, Board Member
- 1996 – 1997 Anderson Health Strategies, L.L.C., Consulting
- 1994 – 1996 Merck-Medco/Merit Behavioral Care Corporation, Executive Vice President & General Manager
- 1991 – 1994 College Health Enterprises, Senior Vice President
- 1986 – 1991 PacifiCare Health Systems & Columbia General Life, Lifelink, Inc., Chief Operating Officer (Lifelink) & Vice President (Columbia General)
- 1979 – 1986 Kiel Professional Services, Inc., President & Chief Operating Officer
- 1979 – 1986 Private Practice, Licensed Consulting Psychologist, Minneapolis/St. Paul, Minnesota

**Selected Memberships & Awards**
- American Psychological Association Life member
- American College of Healthcare Executives (previous)
- World Professional Association for Transgender Health
- Phi Beta Kappa
- American Academy of Achievement – Outstanding Achievement Award
- Summa Cum Laude Graduate Honors in Psychology
- National Register of Health Service Providers in Psychology
- American Public Health Association (previous)
- Association of University Programs in Healthcare Administration( previous

**Selected Scholarly & Professional Consultancies**
- 2021 – present American Psychological Association, Task Force on Guidelines for transgender and non-binary persons
- 2013 – 2016 Accreditation Site Visitor, Commission on Accreditation,  American Psychological Association
- 2015 – 2018 Clinical Criteria Reviewer World Health Organization ICD-XI
- 2012 – 2016 Editorial Consultant Professional Psychology Research and Practice
- 2009 – 2011 Academy of Management, Independent Reviewer
- 1993 – 1995 Behavior Healthcare Tomorrow Journal, Editorial Consultant
- 1982 – 1984 Hennepin County District Court, Minneapolis MN, First Examiner (Psychiatric & Substance Abuse Involuntary   Commitments)
- 1981 – 1985 Wilder Foundation St. Paul, Minnesota Psychologist Consultant
- 1981 – 1983 Journal of Gerontology. Editorial Consultant
- 1979 – 1983 Ebenezer Society Minneapolis, Minnesota, Psychologist Consultant

**Organizations and Boards Served:**
- 2019 – present Past President, Northern California Group Psychotherapy Society
- 2019 – 2021 USPATH (United States Affiliate of WPATH), President
- 2019 – 2021 WPATH World Professional Association for Transgender Health, Board Member
- 2016 – 2020 Joan's House (not for profit shelter/transitional program for homeless and recently incarcerated transgender persons), Board Chair
- 2014 – 2017 American Transpersonal Psychology Association, Board Member
- 2012 – 2014 Committees served at John F. Kennedy University
  - Faculty Quality Committee (Chair)
  - Graduate & Professional Studies
  - Continuing Education Committee

DocuSign Envelope ID: 585685D9-E269-4298-9D17-30AEDA9CG1C6

- 2007–2012 Advisory Group, Nuclear Medicine Program Lancaster General
- 2007–2012 Advisory Group, Surgical Technology Program Lancaster General
- 2007–2012 Chester County Healthcare Task Force, Chester County, Pennsylvania
- 2006 – 2012 Committees served at Immaculata University:
  - College of Undergraduate Studies Curriculum & Policy Committee
  - President's Council, Entrepreneurship Committee
  - College of Lifelong Learning Curriculum Committee
  - Advisory Group MSN Program Division of Nursing
- 1998 – 2001 Integra, Inc., Board of Directors
- 1992 – 1999 Track Advisor Behavioral Health & Hospital Tracks National Managed Health Care Congress (NMHCC)
- 1990 – 1992 Industrial Social Work Advisory Board, School of Social Work, University of Southern California, Los Angeles
- 1988 – 1990 Promotions Committee, Self Insurance Institute of America, Phoenix, Arizona
- 1991 – 1993 Reimbursement & Managed Care Committee-Co Chair, California Psychological Association
- 1991 – 1994 Board of Directors Division I (Clinical), California Psychological Association
- 1982 Mental Health and Aging Task Force, Hennepin County Human Services Minneapolis
- 1981 – 1983 Board of Directors-Community Services Division, Ebenezer Society & American Lutheran Church
- 1980 – 1985 Examiner, District Court, Involuntary Commitments, Hennepin County
- 1984 – 1986 Public Information-Chair Minnesota Psychological Association
- 1983 – 1985 Ethics Committee Minnesota Psychological Association
- 1979 – 1983 Committees served at the University of Minnesota
  - All University Council on Aging-Policy Committee
  - Ethics Committee
  - Education Committee School of Public Health
  - Dean's Ad Hoc Promotion Committee-Dean's Appointment

**Television credits**:
- 2021 CBS 60 Minutes
- 2017 Gaygalen (Sweden)
- 2016 All for Sverige (Sweden)

**Expert Testimony at Trial or By Deposition Within the Last 4 Years:**
- *Spry v. Costco Wholesale Company*, No. 19-2-14927-2, Superior Court, State of Washington, County of King, Expert testimony via affidavit and deposition (2019 – 2021)
- *Monroe v. Jeffreys*, No. 18-156-NJR United States District Court, Southern District of Illinois, Expert testimony at trial (August 2021)

**Publications in the Last 10 Years**:

- Erica Anderson, Jacob R. Eleazer, Zoe Kristensen, Colt M. St. Amand, Abigail M. Baker, Anthony N. Correro II, Maria Easter Cottingham, Kate L. M. Hinrichs, Brett A. Parmenter, Julija Stelmokas & Emily H. Trittschuh (2022): *Affirmative neuropsychological practice with transgender and gender diverse individuals and communities*, The Clinical Neuropsychologist, DOI:10.1080/13854046.2022.2073915

- Alireza Hamidian Jahromi, Sydney R. Horen, Amir H. Dorafshar, Michelle L. Seu, Asa Radix, Erica Anderson, Jamison Green, Lin Fraser, Liza Johannesson, Giuliano Testa & Loren S.M. Schechter (2021) *Uterine transplantation and donation in transgender individuals; proof of concept*, International Journal of Transgender Health, 22:4, 349-359, DOI:10.1080/26895269.2021.1915635

- Erica Anderson, *A new and poorly understood group ofgender-questioning youth areoverwhelming the system. We need topause and accept that we may be inUNCHARTED territory, writes clinicalpsychologist and transgender womanDR. ERICA ANDERSON*, Daily Mail (May 2022), https://www.dailymail.co.uk/news/article-10826793/New-poorly-understood-group-gender-questioning-youth-overwhelming-DR-ERICA-ANDERSON.%E2%80%A6

- Jenny Jarvie, *A transgender psychologist reckons with how to support a new generation of trans teens*, Los Angeles Times (April 2022), https://www.latimes.com/world-nation/story/2022-04-12/a-transgender-psychologist-reckons-with-how-to-support-a-new-generation-of-trans-teens

- Erica Anderson, *Opinion: The health establishment is failing young adults who question their gender*, San Francisco Examiner (March 2022), https://www.sfexaminer.com/archives/opinion-the-health-establishment-is-failing-young-adults-who-question-theirgender/article_52832479-1ddd-596b-b64b-6c7b60addbdf.html

- Erica Anderson, *Opinion: When it comes to trans youth, we're in danger of losing our way*, San Francisco Examiner (January 2022), https://www.sfexaminer.com/archives/opinion-when-it-comes-to-trans-youth-we-re-in-danger-of-losing-ourway/article_833f674f-3d88-5edf-900c-7142ef691f1a.html

- Lisa Selin Davis, *A Trans Pioneer Explains Her Resignation from the US Professional Association for Transgender Health*, Quillette (January 2022), https://quillette.com/2022/01/06/a-transgender-pioneer-explains-why-she-stepped-down-from-uspath-and-wpath/

- Laura Edwards-Leeper and Erica Anderson, *The mental health establishment is failing trans kids*, Washington Post (November 2021), https://www.washingtonpost.com/outlook/2021/11/24/trans-kids-therapy-psychologist/

- Lawrence Rubin, *Erica Anderson on Working Therapeutically Across the Gender Spectrum*, Pyschotherapy.net (2019), https://www.psychotherapy.net/interview/lgbt/therapy-across-gender-spectrum