ARTIANO SHINOFF
Daniel R. Shinoff, Esq. (SBN 99129)
dshinoff@as7law.com
Maurice A. Bumbu, Esq. (SBN 325343)
mbumbu@as7law.com
3636 Fourth Avenue, Suite 200
San Diego, California  92103
Telephone: 619-232-3122
Facsimile: 619-232-3264

Attorney for Defendant School Employees

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MIRABELLI, an individual, and LORI ANN WEST, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> MARK OLSON, et al, <br><br> Defendants. | Case No.:   23CV0768 BEN WVG <br><br> **SCHOOL DISTRICT DEFENDANTS MOTION TO DISMISS PLAINTIFFS' COMPLAINT** <br>  **[FED. R. CIV. P. 12(b)(6)]** <br><br> Judge:   Hon. Roger T. Benitez <br> Dept.:   5A <br> Date:    June 26, 2023 <br> Time:    10:30 a.m. <br> **JURY TRIAL DEMANDED** |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Please take notice that on June 26, 2023 at 10:30 a.m., or as soon thereafter as the matter may be heard in Department 5A of the above-entitled court, located at 221 West Broadway, San Diego, California, 92101, individual Defendants, MARK OLSON, in his official capacity as President of the EUSD Board of Education; FRANK HUSTON, in his official capacity as Vice President of the EUSD Board of Education; JOAN GARDNER, in her official capacity as a member of the EUSD Board of Education; DOUG PAULSON, in his official capacity as a member of the EUSD Board of Education; ZESTY HARPER, in her official capacity as a member of the EUSD Board of Education; LUIS RANKINS-IBARRA, in his official capacity as Superintendent of EUSD; JOHN ALBERT, both in his personal capacity and in his official capacity as Assistant Superintendent of EUSD; TRENT SMITH, both in his personal capacity and in his official capacity as Director of Integrated Student

1

1  Services for EUSD; TRACY SCHMIDT, both in her personal capacity both in her personal capacity
2  and in her official capacity as Director of Integrated Student Supports for EUSD; STEVE WHITE,
3  both in his personal capacity and in his official capacity as Principal of Rincon Middle School at
4  EUSD, (collectively, "School Employee Defendants"), for themselves alone, will and hereby do move
5  the Court for an order dismissing the Complaint, filed against them on April 27, 2023, pursuant to
6  Federal Rule of Civil Procedure 12(b)(6).

7      This Motion to Dismiss is based upon the grounds that all of the claims fail because the school
8  policies do not violate the Plaintiffs' rights of speech or religion, so that the complaint does not state
9  claims for which relief may be granted. In addition, in the event the Court denies any part of this
10 motion, these Defendants seek an order that they are entitled to qualified immunity against all claims
11 for damages.

12     The motion is further based upon this Notice and upon the attached Memorandum of Points
13 and Authorities, filed herewith; upon the Complaint and the documents attached thereto, upon the
14 records and files in this action; and upon such further evidence and argument as may be presented
15 prior to or at the time of hearing on the motion.

16 Dated: May 23, 2023

    ARTIANO SHINOFF

    By: _____
    Daniel R. Shinoff
    Maurice A. Bumbu
    Attorney for Defendants MARK OLOSN, et al

SCHOOL DISTRICT DEFENDANTS MOTION TO DISMISS PLAINTIFFS' COMPLAINT

{AS7 Law San Diego/001290/000012/PL/S0554249.DOCX}