# PROOF OF SERVICE

## (FOR THE SOUTHERN DISTRICT OF CALIFORNIA)

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of San Diego in the office of a member of the bar of this court at whose direction the service was made. My business address is 3636 Fourth Avenue, Suite 200, San Diego, California 92103.

On May 23, 2023, I served the following document(s):

**1. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SCHOOL EMPLOYEE DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

**2. SCHOOL DISTRICT DEFENDANTS MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

☒ **BY ELECTRONIC SERVICE** via e-mail without electronic error on May 23, 2023, by Nopealey Lay at nlay@as7law.com.

☒ **BY ELECTRONIC SERVICE** On the date executed below, I served the document(s) listed above via Court's System Filing.

| | |
|---|---|
| Charles S. LiMandri, Esq<br>Paul M. Jonna, Esq<br>Jeffrey M. Trissell, Esq<br>Milan L. Brandon II., Esq<br>LIMANDRI & JONNA LLP<br>Rancho Santa Fe, CA 92067<br>Tel: 858-759-9930<br>Facsimile: 858-759-9938<br>cslimandri@limandri.com<br>pjonna@limandri.com<br>mmyers@limandri.com<br>jtrissell@limandri.com<br>mbrandon@limandri.com | Thomas Brejcha, pro hac vice*<br>Peter Breen, pro hac vice*<br>THOMAS MORE SOCIETY<br>309 W. Washington St., Ste. 1250<br>Chicago, IL 60606<br>Tel: 312-782-1680<br>tbrejcha@thomasmoresociety.org<br>pbreen@thomasmorsociety.org |

**Attorneys for Plaintiffs, ELIZABETH MIRABELLI and LORI ANN WEST**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 23, 2023, at San Diego, California.

*Nopealey Lay*
Nopealey Lay

{AS7 Law San Diego/001290/000012/SH/S0552019.DOCX}