LEN GARFINKEL State Bar No. 114815
General Counsel
BRUCE YONEHIRO, State Bar No. 142405
Assistant General Counsel
TERRENCE OHLER, State Bar No. 164424
Acting Assistant General Counsel
REBECCA P. FEIL. State Bar No. 273064
Deputy General Counsel
CHRISTOPHER MANDARANO, State Bar No. 263625
Deputy General Counsel
California Department of Education
1430 N Street, Room 5319
Sacramento, California 95814
Telephone: 916-319-0860
Facsimile: 916-322-2549
Email: rfeil@cde.ca.gov

Attorneys for Defendants Tony Thurmond in his official capacity as State Superintendent of Public Instruction and State Board of Education Members in their official capacities

*(Defendants Tony Thurmond in his official capacity and State Board of Education Members in their official capacity are Governmental Parties Exempt from the Provisions of FRCP 7.1)*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELIZABETH MIRABELLI, an individual, and LORI ANN WEST, an individual,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**MARK OLSON, Superintendent of EUSD, et al.,**<br><br>    Defendants. | Case No. 3:23-cv-0768-BEN-WVG<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorneys are hereby entering an appearance as counsel of record for Defendants Tony Thurmond, Linda Darling-Hammond, Cynthia Glover Woods, Francisco Escobedo, Brenda Lewis, James J. McQuillen, Sharon Olken, Gabriela Orozco-Gonzalez, Kim Pattillo Brownson, Haydee Rodriguez, Alison Yoshimoto-Towery and Naomi Porter, in their official capacities:

Rebecca Feil
California Department of Education
1430 N Street, Suite 5319
Sacramento, CA 95818
916-319-0860
Fax: 916-322-2549
Email: rfeil@cde.ca.gov

Christopher Mandarano
California Department of Education
1430 N Street, Suite 5319
Sacramento, CA 95818
916-319-0860
Fax: 916-322-2549.
Email: cmandarano@cde.ca.gov

Dated: June 12, 2023                    Respectfully submitted,

                                        LEN GARFINKEL
                                        General Counsel
                                        BRUCE YONEHIRO
                                        Assistant General Counsel
                                        TERRENCE OHLER
                                        Acting Assistant General Counsel

                                  By:   /s/ Rebecca P. Feil
                                        REBECCA P. FEIL
                                        Deputy General Counsel
                                        Attorney for State-level Defendants

                                  By:   /s/ Christopher Mandarano
                                        CHRISTOPHER MANDARANO
                                        Deputy General Counsel
                                        Attorney for State-level Defendants