LEN GARFINKEL State Bar No. 114815
General Counsel
BRUCE YONEHIRO, State Bar No. 142405
Assistant General Counsel
TERRENCE OHLER, State Bar No. 164424
Acting Assistant General Counsel
REBECCA P. FEIL. State Bar No. 273064
Deputy General Counsel
CHRISTOPHER MANDARANO, State Bar No. 263625
Deputy General Counsel
California Department of Education
1430 N Street, Room 5319
Sacramento, California 95814
Telephone: 916-319-0860
Facsimile:  916-322-2549
Email: rfeil@cde.ca.gov

Attorneys for Defendants Tony Thurmond in his official capacity as State Superintendent of Public Instruction and State Board of Education Members in their official capacities

*(Defendants Tony Thurmond in his official capacity and State Board of Education Members in their official capacity are Governmental Parties Exempt from the Provisions of FRCP 7.1)*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELIZABETH MIRABELLI, an individual, and LORI ANN WEST, an individual,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**MARK OLSON, Superintendent of EUSD, et al.,**<br><br>    Defendants. | Case No. 3:23-cv-0768-BEN-WVG<br><br>**NOTICE OF APPEARANCE** |

1  PLEASE TAKE NOTICE that the undersigned attorneys are hereby entering an
2  appearance as counsel of record for Defendants Tony Thurmond, Linda Darling-
3  Hammond, Cynthia Glover Woods, Francisco Escobedo, Brenda Lewis, James J.
4  McQuillen, Sharon Olken, Gabriela Orozco-Gonzalez, Kim Pattillo Brownson, Haydee
5  Rodriguez, Alison Yoshimoto-Towery and Naomi Porter, in their official capacities:

7  Rebecca Feil
8  California Department of Education
   1430 N Street, Suite 5319
9  Sacramento, CA 95818
10 916-319-0860
   Fax: 916-322-2549
11 Email: rfeil@cde.ca.gov
12 Christopher Mandarano
13 California Department of Education
   1430 N Street, Suite 5319
14 Sacramento, CA 95818
15 916-319-0860
   Fax: 916-322-2549.
16 Email: cmandarano@cde.ca.gov

18 Dated: June 12, 2023                    Respectfully submitted,

19                                         LEN GARFINKEL
20                                         General Counsel
                                           BRUCE YONEHIRO
21                                         Assistant General Counsel
                                           TERRENCE OHLER
22                                         Acting Assistant General Counsel

23                               By:       /s/ Rebecca P. Feil
                                           REBECCA P. FEIL
24                                         Deputy General Counsel
25                                         Attorney for State-level Defendants

26                               By:       /s/ Christopher Mandarano
27                                         CHRISTOPHER MANDARANO
                                           Deputy General Counsel
28                                         Attorney for State-level Defendants