AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of California

Elizabeth Mirabelli, an individual, and Lori Ann West, a )
*Plaintiff* )
v. ) Case No. 23-cv-0768 BEN WVG
Mark Olson, Superintendent of EUSD, et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant School Employees - Escondido Union School District.

Date: 06/13/2023

/s/ Daniel R. Shinoff
*Attorney's signature*

Daniel R. Shinoff SBN 99129
*Printed name and bar number*
Artiano Shinoff
3636 Fourth Avenue, Suite 200
San Diego, CA 92103

*Address*

dshinoff@as7law.com
*E-mail address*

(619) 232-3122
*Telephone number*

(619) 232-3264
*FAX number*