ARTIANO SHINOFF
Daniel R. Shinoff, Esq. (SBN 99129)
dshinoff@as7law.com
Jack M. Sleeth, Jr., Esq. (SBN 108638)
jsleeth@as7law.com
Maurice A. Bumbu, Esq. (SBN 325343)
mbumbu@as7law.com
3636 Fourth Avenue, Suite 200
San Diego, California  92103
Telephone: 619-232-3122
Facsimile: 619-232-3264

Attorney for Defendant School Employees

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIZABETH MIRABELLI, an individual, and LORI ANN WEST, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MARK OLSON, Superintendent of EUSD, et al.<br><br>Defendants. | Case No.:   23CV0768 BEN WVG<br><br>**NOTICE OF WITHDRAWAL OF DOCUMENT [ECF NO. 12]** |

On June 12, 2023, Defendants School Employees of Escondido Union School District filed an Opposition to Motion for Preliminary Injunction (Document no. 12).  The Court rejected the filing as the signature on the document was not of the CM/ECF account holder.  The document is being refiled with the correct CM/ECF account holder and thus Defendants requests that Document number 12 be withdrawn from the docket.

Dated: June 13, 2023                                   ARTIANO SHINOFF


                                                        By:   /s/ Daniel R. Shinoff
                                                              Daniel R. Shinoff
                                                              Jack M. Sleeth Jr.
                                                              Maurice A. Bumbu
                                                        Attorney for Defendants MARK OLSON, et al

{AS7 Law San Diego/001290/000012/PL/S0555292.DOCX}