LEN GARFINKEL State Bar No. 114815
General Counsel
BRUCE YONEHIRO, State Bar No. 142405
Assistant General Counsel
REBECCA P. FEIL. State Bar No. 273064
Deputy General Counsel
CHRISTOPHER MANDARANO, State Bar No. 263625
Deputy General Counsel
California Department of Education
1430 N Street, Room 5319
Sacramento, California 95814
Telephone: 916-319-0860
Facsimile:  916-322-2549
Email: rfeil@cde.ca.gov

Attorneys for Defendants Tony Thurmond in his official capacity as State Superintendent of Public Instruction and State Board of Education Members in their official capacities

*(Defendants Tony Thurmond in his official capacity and State Board of Education members in their official capacity are governmental parties exempt from the provisions of FRCP 7.1)*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MIRABELLI, an individual, and LORI ANN WEST, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>MARK OLSON, Superintendent of EUSD, et al.,<br><br>    Defendants. | Case No. 3:23-cv-0768-BEN-WVG<br><br>**NOTICE OF SUBSTITUTION OF DOCUMENTS [ECF NO. 23 AND 23-1]** |

1  On June 26, 2023, the State-level Defendants filed a Notice of Motion and Motion to
2  Dismiss, and a Memorandum of Points and Authorities in Support of the same
3  (Document number 23 and 23-1).  Attorneys for the State-level Defendants were made
4  aware that comments from attorneys inadvertently remained in the Memorandum of
5  Points and Authorities.  Such comments are privileged and the State-level Defendants do
6  not intend any waiver of privilege.  The State-level Defendants ask that the court replace
7  the previously filed documents with the two documents that are being refiled, with the
8  only change being the deletion of the inadvertent disclosures.  Thus, the State-level
9  Defendants request that documents numbered 23 and 23-1 be substituted in the docket.
10 Dated:  June 27, 2023               Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　LEN GARFINKEL
　　　　　　　　　　　　　　　　　　　　　General Counsel
　　　　　　　　　　　　　　　　　　　　　BRUCE YONEHIRO
　　　　　　　　　　　　　　　　　　　　　Assistant General Counsel

　　　　　　　　　　　　　　　By:   /s/ Rebecca P. Feil
　　　　　　　　　　　　　　　　　　　　　REBECCA P. FEIL
　　　　　　　　　　　　　　　　　　　　　Deputy General Counsel
　　　　　　　　　　　　　　　　　　　　　Attorney for State-level Defendants