LEN GARFINKEL State Bar No. 114815
General Counsel
BRUCE YONEHIRO, State Bar No. 142405
Assistant General Counsel
REBECCA P. FEIL. State Bar No. 273064
Deputy General Counsel
CHRISTOPHER MANDARANO, State Bar No. 263625
Deputy General Counsel
California Department of Education
1430 N Street, Room 5319
Sacramento, California 95814
Telephone: 916-319-0860
Facsimile:  916-322-2549
Email: rfeil@cde.ca.gov

Attorneys for Defendants Tony Thurmond in his official capacity as State Superintendent of Public Instruction and State Board of Education Members in their official capacities

*(Defendants Tony Thurmond in his official capacity and State Board of Education Members in their official capacity are Governmental Parties Exempt from the Provisions of FRCP 7.1)*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MIRABELLI, an individual, and LORI ANN WEST, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>MARK OLSON, Superintendent of EUSD, et al.,<br><br>    Defendants. | Case No. 3:23-cv-0768-BEN-WVG<br><br>**STATE-LEVEL DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS (FRCP §§ 12(b)(1); 12(b)(6))**<br><br>Hearing Date: August 7, 2023<br>Time:    10:30 A.M.<br>Courtroom:    5A<br>Judge:    Hon. Roger T. Benitez |

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on DATE, 2023 at TIME., or as soon thereafter as the matter may be heard in the above-entitled court, located at 221 West Broadway San Diego, California, defendants TONY THURMOND, in his official capacity as the California State Superintendent of Public Instruction and LINDA DARLING-HAMMOND, CYNTHIA GLOVER WOODS, FRANCISCO ESCOBEDO, BRENDA LEWIS, JAMES J. MCQUILLEN, SHARON OLKEN, GABRIELA OROZCO-GONZALEZ, KIM PATTILLO BROWNSON, HAYDEE RODRIGUEZ, ALISON YOSHIMOTO-TOWERY, and NAOMI PORTER, in their official capacities as members of the California State Board of Education will move the court to dismiss the action pursuant to FRCP 12(b)(1) and 12(b)(6) because plaintiff's lack standing and plaintiffs' complaint fails to state a claim upon which relief can be granted.

    The motion is based on the grounds that: Plaintiffs fail to establish Article III standing as to their Section 1983 claims against the State-level Defendants and State-level Defendants are immune from this lawsuit under the Eleventh Amendment. The motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, and the pleadings and papers filed herein.

Dated: June 26, 2023                       Respectfully submitted,

                                            LEN GARFINKEL  
                                            General Counsel  
                                            BRUCE YONEHIRO  
                                            Assistant General Counsel

                              By:    /s/ Rebecca P. Feil  
                                            REBECCA P. FEIL  
                                            Deputy General Counsel  
                                            Attorney for State-level Defendants

                              By:    /s/ Christopher Mandarano  
                                            CHRISTOPHER MANDARANO  
                                            Deputy General Counsel  
                                            Attorney for State-level Defendants