LEN GARFINKEL State Bar No. 114815
General Counsel
BRUCE YONEHIRO, State Bar No. 142405
Assistant General Counsel
REBECCA P. FEIL. State Bar No. 273064
Deputy General Counsel
CHRISTOPHER MANDARANO, State Bar No. 263625
Deputy General Counsel
California Department of Education
1430 N Street, Room 5319
Sacramento, California 95814
Telephone: 916-319-0860
Facsimile: 916-322-2549
Email: rfeil@cde.ca.gov
Attorneys for Defendants Tony Thurmond in his official capacity as State
Superintendent of Public Instruction and State Board of Education Members in their
official capacities

*(Defendants Tony Thurmond in his official capacity and State Board of Education members in their official capacity are governmental parties exempt from the provisions of FRCP 7.1)*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELIZABETH MIRABELLI, an individual, and LORI ANN WEST, an individual,**<br><br>    **Plaintiffs,**<br><br>    **v.**<br><br>**MARK OLSON, Superintendent of EUSD, et al.,**<br><br>    **Defendants.** | **Case No. 3:23-cv-0768-BEN-WVG**<br><br>**THE STATE-LEVEL DEFENDANTS' OBJECTION TO PLAINTIFFS' NOTICE OF RELATED CASE**<br><br>**Hearing Date: August 23, 2023**<br>**Time:**     **2:00 P.M.**<br>**Courtroom:**   **5A**<br>**Judge:**     **Hon. Roger T. Benitez** |

Pursuant to the United States District Court Southern District of California Local Rule 40.1(g), the State-Level Defendants object to Plaintiffs' most recent filing entitled "Notice of Related Case" (Dkt. 36) on three distinct grounds.  First, Plaintiffs fail to satisfy the requirements of S.D. Cal. Civ. LR 40.1(f). Second, the case and other documents filed in the notice do not bear a relationship to this matter. Third, Plaintiffs improperly submit further argument that is not related to a Rule 40.1 Notice, and this should be stricken as an improper sur-reply.

## I.   ARGUMENTS

### A. Plaintiffs Failed to Provide a Detailed Statement as Required Rule 40.1(f)

Pursuant to Rule 40.1(f), Counsel is required to provide a:

> …[N]otice of related case, stating the title, number and filing date of each action or proceeding believed to be related, together with a detailed statement of their relationship and the reasons why assignment to a single district judge is or is not likely to effect a saving of judicial effort and other economies.

Here, Plaintiffs' filing does not comply with Rule 40.1(f) because it does not state any reasons, much less a detailed statement, as to why assignment of *People of the State of California v. Chino Valley Unified School District*, No. CIV SB 2317301 (Cal. Super Ct., San Bernardino Cnty., Aug. 28, 2023) to a single district judge is (or is not) likely to effect a saving of judicial effort.  Indeed, Plaintiffs could not provide such a statement because, as noted below, the case identified is not related to this one as defined in the rules.

### B. The Cases are Unrelated

Local Rule 40.1(g) defines a related action as one where both of the cases:

> 1. Involve some of the same parties and are based on the same or similar claims, or 2. Involve the same property, transaction, patent, trademark, or event, or 3. Involve substantially the same facts and the same questions of law.

While both the current matter and the complaint in *Chino Valley* arise from issues related to the disclosure to parents of a student's transgender status in a school setting, that is where the similarity ends.

Plaintiffs do not allege, nor could they, that these cases involve any of the same parties or are based on the same or similar claims.  Plaintiffs do not allege, nor could they, that these cases involve the same facts or questions of law. The *Chino Valley* complaint's four causes of action arise solely under the provisions of the California constitution or state law concerning privacy and discrimination filed by the California Attorney General against a school district's policy requiring disclosure of a student's transgender status to parents. Here, Plaintiffs complaint alleges that they were denied their First Amendment right to free exercise when Escondido Unified School District ("EUSD") denied them a religious accommodation exempting them from an administrative regulation that generally prohibits such disclosure.

Plaintiffs do not allege these cases involve the same property, transaction, patent, trademark or event.

### C. There is no Authority for the Additional Document Submitted

Within a pleading labeled a Notice of Related Case, Plaintiffs improperly submit further argument that is not related to a Rule 40.1 Notice.  This should be stricken as an improper sur-reply.

///
///
///
///
///
///
///
///
///
///
///
///

## II.   CONCLUSION

The State-level Defendants object to Plaintiffs' Notice of Related Case and respectfully request the Court strike Plaintiffs' filing (Dkt. 36) in its entirety.

Dated: August 29, 2023                    Respectfully submitted,

                                          LEN GARFINKEL
                                          General Counsel
                                          BRUCE YONEHIRO
                                          Assistant General Counsel

                              By:    /s/ Rebecca P. Feil
                                     REBECCA P. FEIL
                                     Deputy General Counsel
                                     Attorney for State-level Defendants

                              By:    /s/ Christopher Mandarano
                                     CHRISTOPHER MANDARANO
                                     Deputy General Counsel
                                     Attorney for State-level Defendants