UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MIRABELLI, an individual, and LORI ANN WEST, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>MARK OLSON, in his official capacity as President of the EUSD Board of Education, et al.,<br><br>    Defendants. | Case No.: 3:23-cv-0768-BEN-WVG<br><br>**Order Extending Time for Defendants to Respond to Complaint**<br><br><br>Judge:         Hon. Roger T. Benitez<br>Courtroom:  5A |

# ORDER

Pending before the Court is a joint ex parte application for an extension of time for Defendants to respond to the complaint. Good cause appearing, the Court **GRANTS** the joint ex parte application and **ORDERS** Defendants to respond to the complaint on or before **October 12, 2023.** In the event that Plaintiffs file a First Amended Complaint, the deadline to respond to the First Amended Complaint will automatically reset pursuant to Fed. R. Civ. P. 15(a)(3).

   IT IS SO ORDERED

Dated:  September 27, 2023

Hon. Roger T. Benitez
United States District Judge