LEN GARFINKEL State Bar No. 114815
General Counsel
BRUCE YONEHIRO, State Bar No. 142405
Assistant General Counsel
CHRISTOPHER MANDARANO, State Bar No. 263625
Deputy General Counsel
California Department of Education
1430 N Street, Room 5319
Sacramento, California 95814
Telephone: 916-319-0860
Facsimile: 916-322-2549
Email: cmandarano@cde.ca.gov
Attorneys for Defendants Tony Thurmond in his official capacity as State Superintendent of Public Instruction and State Board of Education Members in their official capacities

*(Defendants Tony Thurmond in his official capacity and State Board of Education Members in their official capacity are Governmental Parties Exempt from the Provisions of FRCP 7.1)*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MIRABELLI, an individual, and LORI ANN WEST, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> MARK OLSON, Superintendent of EUSD, et al., <br><br> Defendants. | Case No. 3:23-cv-0768-BEN-KSC <br><br> STATE-LEVEL DEFENDANTS' NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS <br> (FRCP § 12(c)) <br><br> Hearing Date: January 8, 2023 <br> Time: 10:30 a.m. <br> Courtroom: 5A <br> Judge: Hon. Roger T. Benitez |

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 8, 2023 at 10:30 a.m., or as soon thereafter as the matter may be heard in the above-entitled court, located at 221 West Broadway San Diego, California, defendants TONY THURMOND, in his official capacity as the California State Superintendent of Public Instruction and LINDA DARLING- HAMMOND, CYNTHIA GLOVER WOODS, FRANCISCO ESCOBEDO, BRENDA LEWIS, JAMES J. MCQUILLEN, SHARON OLKEN, GABRIELA OROZCO- GONZALEZ, KIM PATTILLO BROWNSON, HAYDEE RODRIGUEZ, ALISON YOSHIMOTO-TOWERY, and NAOMI PORTER, in their official capacities as members of the California State Board of Education will move the court for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12 (c) on the grounds that Plaintiffs fail to state a claim upon which relief can be granted as to the state-level defendants, and therefore the state-level defendants are entitled to judgment on the pleadings. The State-level Defendants will also seek to have the court vacate the preliminary injunction previously issued as to them.

The motion is based on the following grounds. The free speech claim (First Cause of Action) fails because this case involves government speech that is not entitled to protection, parents do not have a fundamental constitutional right to disclosure of their students' gender identity, and the CDE's nonbinding FAQs (like Escondido's policy) are rationally related to protecting student privacy, freedom from discrimination, and health and safety. The free exercise claims (Second and Third Causes of Action) fail because the CDE's nonbinding FAQs do not substantially burden religion in that they do not address religion at all, the FAQs are neutral and generally applicable, and they survive rational basis scrutiny as stated above. The Fourth Cause of Action for declaratory relief as to the CDE's FAQs fails because it is a remedy, not an independent cause of action.

///
///
///

The motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, and the pleadings and papers filed herein.  A Proposed Order is submitted as well.

Dated: November 13, 2023           Respectfully submitted,

                                                LEN GARFINKEL
                                                General Counsel
                                                BRUCE YONEHIRO
                                                Assistant General Counsel

                                      By:    /s/ Christopher Mandarano
                                                CHRISTOPHER MANDARANO
                                                Deputy General Counsel
                                                Attorneys for State-level Defendants