Charles S. LiMandri, SBN 110841
  cslimandri@limandri.com
Paul M. Jonna, SBN 265389
  pjonna@limandri.com
Mark D. Myers, SBN 235719
  mmyers@limandri.com
Jeffrey M. Trissell, SBN 292480
  jtrissell@limandri.com
Milan L. Brandon II, SBN 326953
  mbrandon@limandri.com
LiMANDRI & JONNA LLP
P.O. Box 9120
Rancho Santa Fe, CA 92067
Telephone: (858) 759-9930
Facsimile: (858) 759-9938

Thomas Brejcha, *pro hac vice*\*
  tbrejcha@thomasmoresociety.org
Peter Breen, *pro hac vice*\*
  pbreen@thomasmorsociety.org
THOMAS MORE SOCIETY
309 W. Washington St., Ste. 1250
Chicago, IL 60606
Tel: (312) 782-1680
\*Application forthcoming

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MIRABELLI, an individual, and LORI ANN WEST, an individual,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MARK OLSON, in his official capacity as President of the EUSD Board of Education, et al.,<br><br>　　　　Defendants. | Case No.: 3:23-cv-0768-BEN-WVG<br><br>**Declaration of Elizabeth Mirabelli in Support of Plaintiffs' Ex Parte Application for an Order to Show Cause re: Civil Contempt of Court and/or Clarification of the Preliminary Injunction Order**<br><br>Judge:　　　Hon. Roger T. Benitez<br>Courtroom:　5A |

I, Elizabeth Mirabelli, declare and state as follows:

1. I am a plaintiff in this action. I am a primary school teacher employed by the Escondido Union School District. I have been teaching middle-school English with EUSD for 26 years, with the most recent 18 at Rincon Middle School. I am double-board certified by the National Board for Professional Teaching Standards; I am a Master Teacher; and I have been named the Rincon Middle School Teacher of the Year. I currently teach seventh grade English. The matters discussed below are based on my own personal knowledge. I could and would testify to them if called upon to do so in court.

2. As stated in prior declarations, when the Escondido Union School District first advised me of its new gender identity policies, I became extremely distraught. My initial reaction was that the policies were harmful to the children under my care—and in that sense—I was concerned with how I could comply with the policies without violating my faith, including my duty to protect children from harm and seek their best interests. I was told by Defendant John Albert, head of Human Resources, at my initial accommodation meeting that I would be fired if I did not comply with the gender identity policies. Secondarily, I was worried about any liability I might have for deceiving parents. It was immediately clear to me that the Escondido Union School District was asking me to do something immoral and illegal.

3. Additionally, I was very afraid of bullying and retaliation at Rincon Middle School if I spoke up. Various teachers and staff at Rincon Middle School have been very outspoken about their views on gender identity. I have personally witnessed ongoing bias as well as vindictive retaliation towards colleagues and favoritism by administration. I was afraid that—even if district administrators did not take any adverse action against me—various Rincon personnel would take it into their own hands to retaliate.

4. Immediately after I filed this lawsuit on Thursday, April 27, 2023, my fears were proven justified. On Monday, May 1, I arrived in my classroom to find 15

2

Declaration of Elizabeth Mirabelli ISO Plaintiffs' Ex Parte Appl. for an OSC re: Civil Contempt of Court and/or Clarification

small posters set up around my classroom. It is unclear when these posters were put up. Either they were put up on Friday, April 28, when a substitute teacher was handling my classroom, or the students obtained access to the classroom at other times, when it should have been locked. However it happened, it necessarily required various school personnel to have coordinated with the children because classroom doors are kept locked and children are not allowed to be in a classroom without supervision.

5. Also during this week, I discovered that teachers at Rincon Middle School had been circulating a video apparently filmed by the band teacher on Friday, April 28, and emailed to all staff on Monday, May 1. In that video, approximately twenty students are shown singing the song "This is Me." That song was featured in the film "The Greatest Showman" and is about various circus performers proudly announcing that they will not hide their presence.

6. During the video, at least eight students are waving various small Pride Flags and one student repeatedly runs back and forth wearing a large Pride Flag as a cape. When I saw the video, I was deeply concerned. It appeared that the students were employed as pawns to express a political statement on behalf of the band teacher, Ms. Barlow. However, the duty of an educator is to teach their subject matter, not to forward personal beliefs and controversial issues. Children should never be used in this way—which is part of the reason that I filed this lawsuit.

7. EUSD has failed to take the incident seriously. Rather than providing clarification on professional conduct, EUSD leadership ignored the event and has failed to provide safeguards against further harassment. Instead of protecting me and attempting to calm things down, Rincon Middle School allowed various teachers to either directly harass me for this lawsuit or use students as intermediaries to harass me. This lack of intervention set the stage for further retaliation, when teachers held a protest at the staff meeting on Thursday of the same week.

///

8. At the end of the day on Monday, May 1, my attorney had written the attorney for the Escondido Union School District to ask that I be placed on paid administrative leave. When things deteriorated, as the week continued, this became more urgent and the school district agreed on Thursday, May 4, effective immediately. I did not return to work on Friday, May 5 and have been on administrative leave ever since.

9. Prior to going on administrative leave, I filed two complaints with EUSD. The first concerned the posters. EUSD needed to investigate and discover which employee had allowed students to put up the posters, or investigate and discover why and how students had been allowed to be unsupervised in a classroom. To date, little to no information has been shared with me, I was merely given assurances that the problems were resolved. The stonewalling by EUSD has left me with a great deal of uncertainty. Their lack of transparency shows that either they have no practical plan to protect my well-being or no intention to do so. They assert that they intend to protect me, however, they have not given me any evidence that they are equipped to carry this out.

10. The second complaint concerned the band teacher and the protest video. EUSD needed to investigate the circumstances under which that protest video came to be. It is reasonable to conclude that the video was made for the purpose of retaliation in response to the filing of a civil lawsuit, exercising my constitutional rights and religious beliefs, in a school-wide effort to turn colleagues against me.

11. To date, despite my attorney repeatedly requesting updates, I have never received a substantive report regarding these investigations. At the outset of the investigations, Mr. Shinoff stated that I was entitled to know the outcome of them. However, later, Mr. Shinoff told us that we were not entitled to know methods, details, or conclusions of the investigations, due to privacy concerns. Although the California Education Code stipulates timelines for such investigations, I have never agreed to an extension of time for EUSD to complete its investigations.

12. Following the Preliminary Injunction Ruling, I was anxious about the practicality of coming back to school. I love teaching and serving as a role model in the lives of young people, but the working environment at Rincon Middle School is extremely ugly, difficult, and even hostile. The school community does not accept or even accommodate my sincere Christian beliefs. I believe this is due to a lack of impartiality and neutrality on behalf of EUSD leadership, and a failure to enforce Board Policy 1325 on the promotion of controversial issues. I have been hoping that my attorney can negotiate a smooth return to work, but have been disheartened by EUSD's very slow pace at accomplishing anything, and their inability to negotiate concerns between employees.

13. My anxiety about a return to work was only heightened when I learned of the planned protest against myself and Mrs. West. Thankfully, that protest was ultimately relatively small in size, but the extreme anxiety and stress I experienced leading up to it was not small in size. I am currently seeking professional care in light of my severe anxiety.

14. Most recently, I have developed a nerve condition in my hands, arms, and neck. I do not know if it is related to my severe stress, but it is currently precluding me from returning to work.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on December 6, 2023, in Escondido, California.

*Elizabeth Mirabelli*
Elizabeth Mirabelli

---

5
DECLARATION OF ELIZABETH MIRABELLI ISO PLAINTIFFS' EX PARTE APPL. FOR AN OSC RE: CIVIL CONTEMPT OF COURT AND/OR CLARIFICATION