UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MIRABELLI, an individual, and LORI ANN WEST, an individual,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>MARK OLSON, in his official capacity as President of the EUSD Board of Education, et al.,<br><br>　　　　　　　Defendants. | Case No.: 3:23-cv-00768-BEN-WVG<br><br>**ORDER SETTING HEARING** |

　　On December 6, 2023, Plaintiffs filed an Ex Parte Motion for Order to Show Cause re Civil Contempt (the "Motion"), requesting the Court to issue an Order to Show Cause and alleging Defendants EUSD Board President Mark Olson, Board Vice President Frank Huston, Board Clerk Joan Gardner, Board Member Doug Paulson, Board Member Zesty Harper, Superintendent Luis Rankins-Ibarra, Assistant Superintendent John Albert, Integrated Student Services Director Trent Smith, Integrated Student Supports Director Tracy Schmidt, and Rincon Middle School Principal Steve White (collectively, "EUSD Defendants") have failed to abide by the Court's September 14, 2023 Preliminary Injunction Order. ECF No. 59. As of the date of this Order, EUSD Defendants have not responded to the Motion.

　　After considering the Motion, the Court **ORDERS** as follows:

1. A hearing on the Motion is set for January 10, 2024 at 10:00 a.m. in Courtroom 5A before Judge Roger T. Benitez.

2. EUSD Defendants may file a brief in opposition of the Motion no later than December 27, 2023.

3. Plaintiffs may file a Reply in support of the Motion no later than January 3, 2024.

**IT IS SO ORDERED.**

Dated: December 12, 2023

HON. ROGER T. BENITEZ
United States District Judge