**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIZABETH MIRABELLI, an individual, and LORI ANN WEST, an individual, <br><br> Plaintiffs, <br> v. <br><br> MARK OLSON, in his official capacity as President of the EUSD Board of Education, et al. <br><br> Defendants. | Case No.: 23-CV-0768-BEN-VET <br><br> **ORDER DENYING EX PARTE MOTIONS TO APPEAR REMOTELY FOR THE MOTION HEARINGS** <br><br><br> [ECF Nos. 66, 67] |

Defendants MARK OLSON, FRANK HUSTON, JOAN GARDNER, DOUG PAULSON, ZESTY HARPER, LUIS RANKINS-IBARRA, JOHN ALBERT, TRENT SMITH, TRACY SCHMIDT, and STEVE WHITE ("Defendant School Employees") requested leave to appear remotely for two motion hearings scheduled for January 8, 2024 and January 10, 2024. ECF Nos. 66, 67. After considering the papers, the Court **DENIES** Defendant School Employees' motions.

Date: January 4, 2024

_____
Hon. Roger T. Benitez
United States District Judge

1