UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MIRABELLI, an individual, and LORI ANN WEST, an individual,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>MARK OLSON, in his official capacity as President of the EUSD Board of Education, et al.,<br><br>　　　　　　Defendants. | Case No.: 3:23-cv-00768-BEN-VET<br><br>**ORDER DENYING-IN-PART PLAINTIFFS' EX PARTE MOTION FOR CLARIFICATION**<br><br>**[ECF No. 77]** |

On January 25, 2024 Plaintiffs filed an ex parte application for clarification of the Court's order to amend the complaint. ECF No. 77. After considering the Plaintiff's request, the Court **DENIES-IN-PART** the ex parte application. The Court **CLARIFIES** that ¶¶7, 35-37, 193, 230-58 of the proposed First Amended Complaint attached as Exhibits A & B of the ex parte application do properly relate to this Court's January 8, 2024 order. However, all other proposed amendments are outside the scope of the Court's January 8, 2024 order. Plaintiffs' First Amended Complaint shall include changes only to those paragraphs identified above.

　　**IT IS SO ORDERED.**

　　Dated: January 26, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. ROGER T. BENITEZ
　　　　　　　　　　　　　　　　　　　　United States District Judge