LEN GARFINKEL, State Bar No. 114815
General Counsel
BRUCE YONEHIRO, State Bar No. 142405
Assistant General Counsel
VIRGINIA CALE, State Bar No. 258557
Deputy General Counsel
CHRISTOPHER MANDARANO, State Bar No. 263625
Deputy General Counsel
California Department of Education
1430 N Street, Room 5319
Sacramento, California 95814
Telephone: 916-319-0860
Facsimile:  916-322-2549
Email: cmandarano@cde.ca.gov
Attorneys for Defendants Tony Thurmond in his official capacity as State
Superintendent of Public Instruction and State Board of Education Members in their
official capacities

*(Defendants Tony Thurmond in his official capacity and State Board of Education Members in their official capacity are Governmental Parties Exempt from the Provisions of FRCP 7.1)*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MIRABELLI, an individual, and LORI ANN WEST, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>MARK OLSON, Superintendent of EUSD, et al.,<br><br>    Defendants. | Case No. 3:23-cv-0768-BEN-VET<br><br>**ANSWER OF THE STATE-LEVEL DEFENDANTS TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Courtroom:  5A<br>Judge:    Hon. Roger T. Benitez |

## I.    ANSWER

COME NOW defendants TONY THURMOND, in his official capacity as the California State Superintendent of Public Instruction; LINDA DARLING- HAMMOND, in her official capacity as President of the California State Board of Education; CYNTHIA GLOVER WOODS, in her official capacity as Vice President of the California State Board of Education; FRANCISCO ESCOBEDO, in his official capacity as a member of the California State Board of Education; BRENDA LEWIS, in her official capacity as a member of the California State Board of Education; JAMES J. MCQUILLEN, in his official capacity as a member of the California State Board of Education; SHARON OLKEN, in her official capacity as a member of the California State Board of Education; GABRIELA OROZCO- GONZALEZ, in her official capacity as a member of the California State Board of Education; KIM PATTILLO BROWNSON, in her official capacity as a member of the California State Board of Education; HAYDEE RODRIGUEZ, in her official capacity as a member of the California State Board of Education; ALISON YOSHIMOTO-TOWERY, in her official capacity as a member of the California State Board of Education; and NAOMI PORTER, in her official capacity as a member of the California State Board of Education,  (collectively, "State-level Defendants" or "Defendants"), and in response to plaintiffs' Elizabeth Mirabelli's and Lori Ann West's ("Plaintiffs") complaint ("Complaint") on file herein, ECF 1, admit, deny, and allege as follows:

## II.    INTRODUCTION

1.      Answering Paragraph 1 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein. Paragraph 1 also contains legal argument that is incapable of being admitted or denied; to the extent that a response is required, Defendants deny said allegations.

///

///

2.      Answering Paragraph 2 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

3.      Answering Paragraph 3 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

4.      Answering Paragraph 4 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

5.      Answering Paragraph 5 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

6.      Answering Paragraph 6 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

7.      Answering Paragraph 7 of the Complaint said paragraph contains conclusions of law which do not require an answer. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to Plaintiff's residence, and on that basis deny each and every remaining allegation.

8.      Answering Paragraph 8 of the Complaint, said paragraph contains conclusions of law which do not require an answer. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny the allegations.

9.      Answering paragraph 9 of the Complaint, defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every remaining allegation.

///

10.     Answering Paragraph 10 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

11.     Answering Paragraph 11 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein. Furthermore, paragraph 11 contains conclusions of law which do not require an answer.

12.     Answering Paragraph 12 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein. Furthermore, paragraph 12 contains conclusions of law which do not require an answer.

13.     Answering Paragraph 13 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

14.     Answering Paragraph 14 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein. Paragraph 14 also contains legal argument that is incapable of being admitted or denied; to the extent that a response is required, Defendants deny said allegations.

15.     Answering Paragraph 15 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein. Paragraph 15 also contains legal argument that is incapable of being admitted or denied; to the extent that a response is required, Defendants deny said allegations. To the

extent that Paragraph 15 purports to characterize case law, the language and holding in the case speaks for itself and is incapable of being admitted or denied, such that no response is required.

16.     Answering Paragraph 16 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

### III.     JURISDICTION AND VENUE

17.     Answering Paragraph 17 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

18.     Answering Paragraph 18 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

19.     Answering Paragraph 19 of the Complaint, said paragraph contains conclusions of law which do not require an answer. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to Plaintiffs' residence, and on that basis deny the allegations. To the extent that said paragraph may be deemed to require a response, answering Defendants admit that Escondido Union School District ("EUSD") is located in Escondido, California, but deny each and every remaining allegation of said paragraph.

### IV.     THE PARTIES

20.     Answering paragraph 20 of the Complaint, Defendants have insufficient information to admit or deny the allegations in the paragraph, and, therefore deny each and every allegation of said paragraph.

21.     Answering paragraph 21 of the Complaint, Defendants have insufficient information to admit or deny the allegations in the paragraph, and, therefore deny each and every allegation of said paragraph.

22.     Answering paragraph 22 of the Complaint, Defendants admit that EUSD is a public school district in California whose legal obligations are set forth by statutes that speak for themselves and are incapable of being admitted or denied, such that no response is required. To the extent that Plaintiffs purport to otherwise characterize said obligations, Defendants deny said allegations.

23.     Answering paragraph 23 of the Complaint, Defendants admit that EUSD is located in Escondido, California in San Diego County, and that publicly available information from Ed-State.org reflects that as of census day 2022-23, EUSD had enrollment of 17,181 in grades K through 8th, and that in school year 2018-19, the only year reported in Ed Data, EUSD reported having 1059 teachers, 117 pupil services staff with credentials, and 747 classified staff. As to the remaining allegations, Defendants have insufficient information to admit or deny the remaining allegations in the paragraph, and, therefore deny each and every remaining allegation of said paragraph.

24.     Answering paragraph 24 of the Complaint, Defendants have insufficient information to admit or deny the allegations in the paragraph, and, therefore deny each and every allegation of said paragraph.

25.     Answering paragraph 25 of the Complaint, Defendants have insufficient information to admit or deny the allegations in the paragraph, and, therefore deny each and every allegation of said paragraph.

26.     Answering paragraph 26 of the Complaint, Defendants have insufficient information to admit or deny the allegations in the paragraph, and, therefore deny each and every allegation of said paragraph.

27.     Answering paragraph 27 of the Complaint, Defendants have insufficient information to admit or deny the allegations in the paragraph, and, therefore deny each and every allegation of said paragraph.

28.     Answering paragraph 28 of the Complaint, Defendants have insufficient information to admit or deny the allegations in the paragraph, and, therefore deny each and every allegation of said paragraph.

29.     Answering paragraph 29 of the Complaint, Defendants have insufficient information to admit or deny the allegations in the paragraph, and, therefore deny each and every allegation of said paragraph.

30.     Answering paragraph 30 of the Complaint, Defendants have insufficient information to admit or deny the allegations in the paragraph, and, therefore deny each and every allegation of said paragraph.

31.     Answering paragraph 31 of the Complaint, Defendants have insufficient information to admit or deny the allegations in the paragraph, and, therefore deny each and every allegation of said paragraph.

32.     Answering paragraph 32 of the Complaint, Defendants have insufficient information to admit or deny the allegations in the paragraph, and, therefore deny each and every allegation of said paragraph.

33.     Answering paragraph 33 of the Complaint, Defendants have insufficient information to admit or deny the allegations in the paragraph, and, therefore deny each and every allegation of said paragraph.

34.     Answering paragraph 34 of the Complaint, the State-level Defendants admit that the California Department of Education ("CDE") is a state agency whose legal obligations are set forth in statutes that speak for themselves and are incapable of being admitted or denied, and therefore no response is required. To the extent that Plaintiffs purport to otherwise characterize such obligations, Defendants deny said allegations. To the extent that paragraph 34 cites to constitutional provisions, they speak for themselves and are incapable of being admitted or denied, and therefore no response is required. To the extent that Plaintiffs purport to otherwise characterize such constitutional provisions, Defendants deny said allegations. Defendants admit that CDE is not a named Defendant. Defendants deny each and every remaining allegation in said paragraph.

35.     Answering paragraph 35 of the Complaint, the State-level Defendants admit that Gavin Newsom was the Governor of California whose legal obligations are set forth in statutes that speak for themselves and are incapable of being admitted or denied, and therefore no response is required. To the extent that Plaintiffs purport to otherwise characterize said obligations or make legal argument about them, Defendants deny said allegations. Defendants admit that the case caption states he is sued in his official capacity.

36.     Answering paragraph 36 of the Complaint, the State-level Defendants admit that Rob Bonta was the Attorney General of California whose legal obligations are set forth in statutes that speak for themselves and are incapable of being admitted or denied, and therefore no response is required. To the extent that Plaintiffs purport to otherwise characterize said obligations or make legal argument about them, Defendants deny said allegations. Defendants admit that the case caption states he is sued in his official capacity. Defendants deny each and every remaining allegation in said paragraph.

37.     Answering paragraph 37 of the Complaint, Defendants admit that Tony Thurmond has been the California Superintendent of Public Instruction since January 2019 and that his legal obligations are set forth in statutes that speak for themselves and are incapable of being admitted or denied, such that no response is required. To the extent that Plaintiffs purport to otherwise characterize said obligations or make legal argument about them, Defendants deny said allegations. Defendants admit that the case caption states he is sued in his official capacity. Defendants deny each and every remaining allegation in said paragraph.

38.     Answering paragraph 38 of the Complaint, the State-level Defendants admit that the State Board of Education ("SBE") is an 11-member body whose obligations are set forth in statutes that speak for themselves and are incapable of being admitted or denied, such that no response is required. To the extent that Plaintiffs purport to otherwise characterize said obligations or make legal argument about them, Defendants deny said allegations. Defendants admit that the SBE is not a named Defendant. With

respect to allegations as to why Plaintiffs sued the members of the SBE, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny said allegations.

39.     Answering paragraph 39 of the Complaint, the State-level Defendants admit that Linda Darling-Hammond is a member and President of the SBE. Defendants admit that the case caption states she is sued in her official capacity. Defendants deny each and every remaining allegation of said paragraph.

40.     Answering paragraph 40 of the Complaint, the State-level Defendants admit that Cynthia Glover Woods is a member and Vice President of the SBE. Defendants admit that the case caption states she is sued in her official capacity. To the extent that said paragraph may be deemed to require an answer, Defendants deny each and every remaining allegation of said paragraph.

41.     Answering paragraph 41 of the Complaint, the State-level Defendants admit that Francisco Escobedo is a member of the SBE. Defendants admit that the case caption states he is sued in his official capacity. To the extent that said paragraph may be deemed to require an answer, Defendants deny each and every remaining allegation of said paragraph.

42.     Answering paragraph 42 of the Complaint, the State-level Defendants admit that Brenda Lewis is a member of the SBE. Defendants admit that the case caption states she is sued in her official capacity. To the extent that said paragraph may be deemed to require an answer, Defendants deny each and every remaining allegation of said paragraph.

43.     Answering paragraph 43 of the Complaint, the State-level Defendants admit that James J. McQuillen is a member of the SBE. Defendants admit that the case caption states he is sued in his official capacity. To the extent that said paragraph may be deemed to require an answer, Defendants deny each and every remaining allegation of said paragraph.

///

44.     Answering paragraph 44 of the Complaint, the State-level Defendants admit that Sharon Olken is a member of the SBE. Defendants admit that the case caption states she is sued in her official capacity. To the extent that said paragraph may be deemed to require an answer, Defendants deny each and every remaining allegation of said paragraph.

45.     Answering paragraph 45 of the Complaint, the State-level Defendants admit that Gabriela Orozco-Gonzalez is a member of the SBE. Defendants admit that the case caption states she is sued in her official capacity. To the extent that said paragraph may be deemed to require an answer, Defendants deny each and every remaining allegation of said paragraph.

46.     Answering paragraph 46 of the Complaint, the State-level Defendants admit that Kim Pattillo Brownson is a member of the SBE. Defendants admit that the case caption states she is sued in her official capacity. To the extent that said paragraph may be deemed to require an answer, Defendants deny each and every remaining allegation of said paragraph.

47.     Answering paragraph 47 of the Complaint, the State-level Defendants admit that Haydee Rodriguez is a member of the SBE. Defendants admit that the case caption states she is sued in her official capacity. To the extent that said paragraph may be deemed to require an answer, Defendants deny each and every remaining allegation of said paragraph.

48.     Answering paragraph 48 of the Complaint, the State-level Defendants admit that Alison Yoshimoto-Towery is a member of the SBE. Defendants admit that the case caption states she is sued in her official capacity. To the extent that said paragraph may be deemed to require an answer, Defendants deny each and every remaining allegation of said paragraph.

49.     Answering paragraph 49 of the Complaint, the State-level Defendants admit that Naomi Porter was a member of the SBE at the time Plaintiffs filed their Complaint. Defendants admit that the case caption states she is sued in her official capacity. To the

extent that said paragraph may be deemed to require an answer, Defendants deny each and every remaining allegation of said paragraph.

## V.   FACTUAL ALLEGATIONS

50.    Answering Paragraph 50 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

51.    Answering Paragraph 51 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein. Said paragraph also contains conclusions of law that do not require an answer.

52.    Answering Paragraph 52 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and that basis deny each and every allegation contained therein.

53.    Answering Paragraph 53 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

54.    Answering Paragraph 54 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

55.    Answering Paragraph 55 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

///

56.     Answering Paragraph 56 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

57.     Answering Paragraph 57 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

58.     Answering Paragraph 58 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

59.     Answering Paragraph 59 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

60.     Answering Paragraph 60 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

61.     Answering Paragraph 61 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

62.     Answering Paragraph 62 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

63.     Answering Paragraph 63 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

64.     Answering Paragraph 64 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein. Said paragraph also contains conclusions of law that do not require an answer; to the extent a response is required, Defendants deny said allegations.

65.     Answering Paragraph 65 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

66.     Answering Paragraph 66 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

67.     Answering Paragraph 67 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

68.     Answering Paragraph 68 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

69.     Answering Paragraph 69 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations

///

contained in said paragraph, and on that basis deny each and every allegation contained therein.

70.     Answering Paragraph 70 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

71.     Answering Paragraph 71 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein. Said paragraph also contains legal argument and conclusions of law that do not require an answer; to the extent a response is required, Defendants deny said allegations.

72.     Answering Paragraph 72 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein. Said paragraph also contains conclusions of law that do not require an answer; to the extent a response is required, Defendants deny said allegations. Further answering Paragraph 72, to the extent Plaintiffs cite to case law, the language and holding of the cited case speaks for itself and is incapable of being admitted or denied; therefore no response is required. To the extent Plaintiffs purport to otherwise characterize such case law, Defendants deny said allegations.

73.     Answering Paragraph 73 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein. Said paragraph also contains conclusions of law that do not require an answer; to the extent a response is required, Defendants deny said allegations. Further answering Paragraph 73, to the extent Plaintiffs cite to case law, the language and holding of the cited cases speaks for itself and is incapable of being admitted or denied; therefore no
///

response is required. To the extent Plaintiffs purport to otherwise characterize such case law, Defendants deny said allegations.

74.     Answering Paragraph 74 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein. Said paragraph also contains conclusions of law that do not require an answer; to the extent a response is required, Defendants deny said allegations. Further answering Paragraph 74, to the extent Plaintiffs cite to case law, the language and holding of the cited cases speaks for itself and is incapable of being admitted or denied such that no response is required; to the extent Plaintiffs purport to otherwise characterize such case law, Defendants deny said allegations.

75.     Answering Paragraph 75 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein. Said paragraph also contains conclusions of law that do not require an answer; to the extent a response is required, Defendants deny said allegations. Further answering Paragraph 75, to the extent Plaintiffs cite to case law, the language and holding of the cited cases speaks for itself and is incapable of being admitted or denied such that no response is required; to the extent Plaintiffs purport to otherwise characterize such case law, Defendants deny said allegations.

76.     Answering Paragraph 76 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein. Said paragraph also contains conclusions of law that do not require an answer; to the extent a response is required, Defendants deny said allegations. Further answering Paragraph 76, to the extent Plaintiffs cite to case law, the language and holding of the cited cases speaks for itself and is incapable of being admitted or denied such that no ///

response is required; to the extent Plaintiffs purport to otherwise characterize such case law, Defendants deny said allegations.

77.     Answering Paragraph 77 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein. Said paragraph also contains conclusions of law that do not require an answer; to the extent a response is required, Defendants deny said allegations. Further answering Paragraph 77, to the extent Plaintiffs cite to case law, the language and holding of the cited cases speaks for itself and is incapable of being admitted or denied such that no response is required; to the extent Plaintiffs purport to otherwise characterize such case law, Defendants deny said allegations.

78.     Answering Paragraph 78 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

79.     Answering Paragraph 79 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein. To the extent that Plaintiff cites a statute, the statute speaks for itself and is incapable of being admitted or denied such that no response is required. To the extent that Plaintiff purport to otherwise characterize said authority, to the extent a response if required, Defendants deny such allegations.

80.     Answering Paragraph 80 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

81.     Answering Paragraph 81 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations

contained in said paragraph, and on that basis deny each and every allegation contained therein.

82.     Answering Paragraph 82 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

83.     Answering Paragraph 83 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

84.     Answering Paragraph 84 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

85.     Answering Paragraph 85 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

86.     Answering Paragraph 86 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

87.     Answering Paragraph 87 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

88.     Answering Paragraph 88 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations

contained in said paragraph, and on that basis deny each and every allegation contained therein.

89.    Answering Paragraph 89 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

90.    Answering Paragraph 90 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

91.    Answering Paragraph 91 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

92.    Answering Paragraph 92 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

93.    Answering Paragraph 93 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

94.    Answering Paragraph 94 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

95.    Answering Paragraph 95 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations

contained in said paragraph, and on that basis deny each and every allegation contained therein.

96.     Answering Paragraph 96 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

97.     Answering Paragraph 97 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

98.     Answering Paragraph 98 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

99.     Answering Paragraph 99 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

100.    Answering Paragraph 100 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

101.    Answering Paragraph 101 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

102.    Answering Paragraph 102 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations

contained in said paragraph, and on that basis deny each and every allegation contained therein.

103.   Answering Paragraph 103 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

104.   Answering Paragraph 104 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

105.   Answering Paragraph 105 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

106.   Answering Paragraph 106 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

107.   Answering Paragraph 107 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

108.   Answering Paragraph 108 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

109.   Answering Paragraph 109 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations

contained in said paragraph, and on that basis deny each and every allegation contained therein.

110.   Answering Paragraph 110 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

111.   Answering Paragraph 111 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

112.   Answering Paragraph 112 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

113.   Answering Paragraph 113 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

114.   Answering Paragraph 114 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein. Further answering Paragraph 114, it contains legal argument and conclusions of law that are incapable of being admitted or denied such that no response is required: to the extent that a response is required, Defendants deny said allegations.

115.   Answering Paragraph 115 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained
///

therein. Further answering Paragraph 115, to the extent Plaintiffs reference EUSD policy number BP 0410, Defendants contend that the policy speaks for itself.

116.   Answering Paragraph 116 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein. Further answering Paragraph 116, to the extent Plaintiffs reference EUSD policy numbers BP 0410 and 5145.3, Defendants contend that the policies speak for themselves.

117.   Answering Paragraph 117 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein. Said paragraph also contains conclusions of law that do not require an answer; to the extent a response is required, Defendants deny said allegations. Further answering Paragraph 117, to the extent Plaintiffs cite to case law, the language and holding of the cited cases speaks for itself and is incapable of being admitted or denied such that no response is required; to the extent Plaintiffs purport to otherwise characterize such case law, Defendants deny said allegations.

118.   Answering Paragraph 118 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

119.   Answering Paragraph 119 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein. Further answering Paragraph 119, to the extent Plaintiffs reference EUSD policy number BP 5145.3, Defendants contend that the policy speaks for itself.

120.   Answering Paragraph 120 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations

contained in said paragraph, and on that basis deny each and every allegation contained therein.

121. Answering Paragraph 121 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

122. Answering Paragraph 122 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

123. Answering Paragraph 123 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

124. Answering Paragraph 124 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

125. Answering Paragraph 125 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

126. Answering Paragraph 126 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

127. Answering Paragraph 127 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations

contained in said paragraph, and on that basis deny each and every allegation contained therein.

128.   Answering Paragraph 128 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

129.   Answering Paragraph 129 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

130.   Answering Paragraph 130 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

131.   Answering Paragraph 131 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein. Said paragraph also contains conclusions of law that do not require an answer; to the extent a response is required, Defendants deny said allegations. Further answering Paragraph 131, to the extent Plaintiffs cite to a statute, the statute speaks for itself and is incapable of being admitted or denied such that no response is required; to the extent Plaintiffs purport to otherwise characterize such authority, Defendants deny said allegations.

132.   Answering Paragraph 132 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

///

133.   Answering Paragraph 133 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

134.   Answering Paragraph 134 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

135.   Answering Paragraph 135 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

136.   Answering Paragraph 136 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

137.   Answering Paragraph 137 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

138.   Answering Paragraph 138 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

139.   Answering Paragraph 139 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

140.   Answering Paragraph 140 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

141.   Answering Paragraph 141 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

142.   Answering Paragraph 142 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

143.   Answering Paragraph 143 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

144.   Answering Paragraph 144 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

145.   Answering Paragraph 145 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

146.   Answering Paragraph 146 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

147.   Answering Paragraph 147 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

148.   Answering Paragraph 148 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein. Said paragraph also contains conclusions of law that do not require an answer; to the extent a response is required, Defendants deny said allegations. Further answering Paragraph 148, to the extent Plaintiffs cite to statutes, the statutes speak for themselves and are incapable of being admitted or denied such that no response is required; to the extent Plaintiffs purport to otherwise characterize such authority, Defendants deny said allegations.

149.   Answering Paragraph 149 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

150.   Answering Paragraph 150 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

151.   Answering Paragraph 151 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

152.   Answering Paragraph 152 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations

///

contained in said paragraph, and on that basis deny each and every allegation contained therein.

153.   Answering Paragraph 153 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

154.   Answering Paragraph 154 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein. Further answering Paragraph 154, to the extent Plaintiffs reference EUSD policy numbers BP 0100 and 4119.21, Defendants contend that the policies speak for themselves.

155.   Answering Paragraph 155 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

156.   Answering Paragraph 156 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

157.   Answering Paragraph 157 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein. Further answering Paragraph 157, to the extent Plaintiffs reference EUSD policy number BP 6144 and AR 6144, Defendants contend that the policies speak for themselves.

158.   Answering Paragraph 158 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations

contained in said paragraph, and on that basis deny each and every allegation contained therein.

159.   Answering Paragraph 159 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

160.   Answering Paragraph 160 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

161.   Answering Paragraph 161 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

162.   Answering Paragraph 162 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

163.   Answering Paragraph 163 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

164.   Answering Paragraph 164 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

165.   Answering Paragraph 165 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations

contained in said paragraph, and on that basis deny each and every allegation contained therein.

166.   Answering Paragraph 166 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

167.   Answering Paragraph 167 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

168.   Answering Paragraph 168 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

169.   Answering Paragraph 169 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

170.   Answering Paragraph 170 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

171.   Answering Paragraph 171 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

172.   Answering Paragraph 172 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations

contained in said paragraph, and on that basis deny each and every allegation contained therein.

173.   Answering Paragraph 173 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

174.   Answering Paragraph 174 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

175.   Answering Paragraph 175 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

176.   Answering Paragraph 176 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

177.   Answering Paragraph 177 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

178.   Answering Paragraph 178 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

179.   Answering Paragraph 179 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations

contained in said paragraph, and on that basis deny each and every allegation contained therein.

180.   Answering Paragraph 180 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

181.   Answering Paragraph 181 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

182.   Answering Paragraph 182 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

183.   Answering Paragraph 183 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

184.   Answering Paragraph 184 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

185.   Answering Paragraph 185 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

186.   Answering Paragraph 186 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations

contained in said paragraph, and on that basis deny each and every allegation contained therein.

187.    Answering Paragraph 187 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

188.    Answering Paragraph 188 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

189.    Answering Paragraph 189 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

190.    Answering Paragraph 190 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

191.    Answering Paragraph 191 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein. Said paragraph also contains conclusions of law which do not require an answer; to the extent that an answer may be deemed to be required, Defendants deny such allegations.

192.    Answering Paragraph 192 of the Complaint, Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations as to what EUSD did, and on that basis deny such allegations. Defendants admit that CDE's FAQs and Legal Advisory are "not a formal agency interpretation" and affirmatively allege

that Plaintiffs have asserted that "the FAQ page is non-binding." Dkt. 10, p. 22, n. 11. To the extent that this paragraph indicates that the Legal Advisory or FAQ page are not subject to "any judicial deference," that would be a conclusion of law, which is incapable of being admitted or denied and does not require an answer by Defendants. The FAQs and Legal Advisory speak for themselves and are incapable of being admitted or denied such that no response is required; to the extent Plaintiffs purport to otherwise characterize the FAQs and the Legal Advisory or the relationship between them, Defendants deny said allegations. To the extent that Plaintiffs cite case law, the language and holding of the cited case speaks for itself and is incapable of being admitted or denied. To the extent that said paragraph may be deemed to require an answer, Defendants deny each and every remaining allegation of said paragraph.

193.   Answering Paragraph 193 of the Complaint, Defendants admit that Cal. Educ. Code § 221.5(f) states that "A pupil shall be permitted to participate in sex-segregated school programs and activities, including athletic teams and competitions, and use facilities consistent with his or her gender identity, irrespective of the gender listed on the pupil's records." The statute speaks for itself and is incapable of being admitted or denied. To the extent that this paragraph purports to otherwise characterize the statute, it contains legal conclusions that are incapable of being admitted or denied and therefore no response is required; to the extent a response is required, To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every remaining allegation of said paragraph.

194.   Answering Paragraph 194 of the Complaint, Defendants are without sufficient knowledge or information of the "website" to which the paragraph refers in order to form a belief as to the truth of the allegations contained in said paragraph, or knowledge or information  regarding any contention of EUSD so as to form a belief as to the truth of the allegations in said paragraph, and on that basis deny each and every allegation contained therein.  To the extent the paragraph is deemed to refer to CDE's FAQs, the FAQs speak for themselves and are incapable of being admitted or denied; to

the extent the Plaintiffs purport to otherwise characterize the FAQs, Defendants deny said allegations.

195.   Answering paragraph 195 of the Complaint, said paragraph contains conclusions of law that do not require an answer. Further answering Paragraph 195, to the extent Plaintiffs cite to constitutional provisions and case law, the language and holding of the constitutional provisions and cited cases speaks for itself and is incapable of being admitted or denied such that no response is required.

196.   Answering paragraph 196 of the Complaint, said paragraph contains conclusions of law that do not require an answer. Further answering Paragraph 196, to the extent Plaintiffs cite to case law, the language and holding of the cited cases speaks for itself and is incapable of being admitted or denied such that no response is required.

197.   Answering paragraph 197 of the Complaint, said paragraph contains conclusions of law which are incapable of being admitted or denied and do not require an answer. Further answering Paragraph 197, to the extent Plaintiffs cite to case law, the language and holding of the cited cases speaks for itself and is incapable of being admitted or denied such that no response is required. To the extent that Plaintiffs purport to otherwise characterize said cases, Defendants deny said allegations. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

198.   Answering paragraph 198 of the Complaint, said paragraph contains conclusions of law which do not require an answer. are incapable of being admitted or denied and do not require an answer. Further answering Paragraph 198, to the extent Plaintiffs cite to case law, the language and holding of the cited cases speaks for itself and is incapable of being admitted or denied such that no response is required. To the extent that Plaintiffs purport to otherwise characterize said cases, Defendants deny said allegations. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

///

199.   Answering paragraph 199 of the Complaint, the cited statute speaks for itself and is incapable of being admitted or denied.

200.   Answering paragraph 200 of the Complaint, the cited statute speaks for itself and is incapable of being admitted or denied.

201.   Answering paragraph 201 of the Complaint, said paragraph contains conclusions of law which do not require an answer. The cited FAQs speak for themselves. To the extent the footnote purports to characterize case law, the case law speaks for itself and is incapable of being admitted or denied.

202.   Answering Paragraph 202 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

203.   Answering paragraph 203 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

204.   Answering paragraph 204 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

205.   Answering paragraph 205 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

206.   Answering paragraph 206 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

207.   Answering paragraph 207 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

208.   Answering paragraph 208 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

209.   Answering paragraph 209 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

210.   Answering paragraph 210 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

211.   Answering paragraph 211 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

212.   Answering paragraph 212 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

213.   Answering paragraph 213 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

214.   Answering paragraph 214 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

215.   Answering paragraph 215 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein. Further, said paragraph contains legal conclusions and arguments which are incapable of being admitted or denied.

216.   Answering paragraph 216 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

217.   Answering paragraph 217 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

218.   Answering paragraph 218 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

219.   Answering paragraph 219 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

## VI.   THE STATE OFFICIALS ARE NECESSARY DEFENDANTS

220.   Answering paragraph 220 of the Complaint, said paragraph contains legal conclusions and arguments which are incapable of being admitted or denied. Further

answering Paragraph 220, to the extent Plaintiffs cite to case law, the language and holding of the cited cases speaks for itself and is incapable of being admitted or denied such that no response is required. To the extent Plaintiffs purport to otherwise characterize such case law, Defendants deny said allegations.

221. Answering paragraph 221 of the Complaint, paragraph 221 contains conclusions of law which do not require an answer. To the extent that plaintiffs cite statutes, they speak for themselves and are incapable of being admitted or denied. To the extent that Plaintiffs purport to otherwise characterize said statutes, Defendants deny said allegations. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

222. Answering paragraph 222 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that plaintiffs cite statutes, they speak for themselves and are incapable of being admitted or denied. To the extent that Plaintiffs purport to otherwise characterize said statutes, Defendants deny said allegations. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

223. Answering paragraph 223 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein. Paragraph 223 also contains conclusions of law and argument which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

224. Answering paragraph 224 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that plaintiffs cite statutes, they speak for themselves and are incapable of being admitted or denied. To the extent that Plaintiffs purport to otherwise characterize said statutes, Defendants deny said allegations. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

225.   Answering paragraph 225 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that plaintiffs cite statutes, they speak for themselves and are incapable of being admitted or denied. To the extent that Plaintiffs purport to otherwise characterize said statutes, Defendants deny said allegations. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

226.   Answering paragraph 226 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that plaintiffs cite regulations, they speak for themselves and are incapable of being admitted or denied. To the extent that Plaintiffs purport to otherwise characterize said regulations, Defendants deny said allegations. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

227.   Answering Paragraph 227 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the actions of the Westminster School District in 2003, and on that basis deny the allegations. Said paragraph contains conclusions of law which do not require an answer. To the extent that plaintiffs cite statutes and regulations, they speak for themselves and are incapable of being admitted or denied. To the extent that said paragraph may be deemed to require a response, answering Defendants admit that the Westminster School District is located in Orange County, California, but deny each and every remaining allegation of said paragraph.

228.   Answering Paragraph 228 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the actions of the Westminster School District, and on that basis deny the allegations. Said paragraph contains conclusions of law which do not require an answer. To the extent that plaintiffs cite statutes and regulations, they speak for themselves and are incapable of being admitted or denied

///

to the extent that said paragraph may be deemed to require a response, answering Defendants deny each and every remaining allegation of said paragraph.

229.   Answering Paragraph 229 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the actions of the Westminster School District in 2004, and on that basis deny the allegations. Said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require a response, answering Defendants deny each and every remaining allegation of said paragraph.

230.   Answering Paragraph 230 of the Complaint, Defendants admit that the CDE issued a Legal Advisory in 2004 regarding Gender Equity and Discrimination Laws in California Public Schools. Said paragraph contains conclusions of law and legal argument which do not require an answer. To the extent that said paragraph may be deemed to require a response, answering Defendants deny each and every remaining allegation of said paragraph.

231.   Answering Paragraph 231 of the Complaint, Defendants admit that the CDE issued a Legal Advisory in 2004 regarding Gender Equity and Discrimination Laws in California Public Schools and the text of said Legal Advisory speaks for itself. To the extent that Plaintiffs purport to otherwise characterize said Advisory, Defendants deny said allegations. To the extent that said paragraph may be deemed to require a response, answering Defendants deny each and every remaining allegation of said paragraph.

232.   Answering Paragraph 232 of the Complaint, Defendants admit that the CDE issued a Legal Advisory in 2004 regarding Gender Equity and Discrimination Laws in California Public Schools and the text of said Legal Advisory speaks for itself. To the extent that Plaintiffs purport to otherwise characterize said Advisory, Defendants deny said allegations. Paragraph 232 also contains legal argument which is incapable of being admitted or denied and does not require an answer. To the extent that said paragraph

///

may be deemed to require a response, answering Defendants deny each and every remaining allegation of said paragraph.

233.    Answering Paragraph 233 of the Complaint, said paragraph cites statutes that speak for themselves and are incapable of being admitted or denied. To the extent Plaintiffs purport to otherwise characterize such statutes, Defendants deny said allegations. To the extent that said paragraph may be deemed to require a response, answering Defendants deny each and every remaining allegation of said paragraph.

234.    Answering Paragraph 234 of the Complaint, Defendants admit that the School Success and Opportunity Act was enacted in 2013. To the extent that plaintiffs cite statutes, they speak for themselves and are incapable of being admitted or denied. To the extent Plaintiffs purport to otherwise characterize such statutes, Defendants deny said allegations. To the extent that said paragraph may be deemed to require a response, answering Defendants deny each and every remaining allegation of said paragraph.

235.    Answering Paragraph 235 of the Complaint, Defendants admit that the CDE published a Legal Advisory on gender identity in 2016 and the text of said Legal Advisory speaks for itself. The CDE admits that it has published FAQs related to AB 1266, which speak for themselves. Paragraph 235 contains legal argument which is incapable of being admitted or denied and does not require an answer. To the extent that said paragraph may be deemed to require a response, answering Defendants deny each and every remaining allegation of said paragraph.

236.    Answering Paragraph 236 of the Complaint, Defendants admit that the CDE published a Legal Advisory on gender identity in 2016 and the text of said Legal Advisory speaks for itself. To the extent Plaintiffs purport to otherwise characterize the Advisory, Defendants deny said allegations. To the extent that plaintiffs cite statutes, they speak for themselves and are incapable of being admitted or denied. To the extent Plaintiffs purport to otherwise characterize the Advisory, Defendants deny said allegations. To the extent that said paragraph may be deemed to require a response, answering Defendants deny each and every remaining allegation of said paragraph.

237.   Answering Paragraph 237 of the Complaint, Defendants admit that the CDE published a Legal Advisory on gender identity in 2016 and the text of said Legal Advisory speaks for itself. Answering Defendants further admit that the CDE published the FAQ page related to AB 1266 and the text of said FAQ page speaks for itself. To the extent Plaintiffs purport to otherwise characterize the Legal Advisory or FAQs, Defendants deny said allegations. To the extent that plaintiffs cite statutes, they speak for themselves and are incapable of being admitted or denied. To the extent that said paragraph may be deemed to require a response, answering Defendants deny each and every remaining allegation of said paragraph.

238.   Answering Paragraph 238 of the Complaint, Defendants admit that the CDE published the FAQ page related to AB 1266 and the text of said FAQ page speaks for itself. To the extent Plaintiffs purport to otherwise characterize the Legal Advisory or FAQs, Defendants deny said allegations. To the extent that Paragraph 238 addresses CSBA and EUSD Board policies, they speak for themselves and are incapable of being admitted or denied. Paragraph 238 contains legal argument that is incapable of being admitted or denied and does not require an answer.  To the extent that said paragraph may be deemed to require a response, answering Defendants deny each and every remaining allegation of said paragraph.

239.   Answering Paragraph 239 of the Complaint, Defendants admit that the CDE issued a press release on July 21, 2023, and the language of said press release speaks for itself. To the extent Plaintiffs purport to otherwise characterize the press release, Defendants deny said allegations. To the extent that said paragraph may be deemed to require a response, answering Defendants deny each and every remaining allegation of said paragraph.

240.   Answering Paragraph 240 of the Complaint, Defendants admit that the California Attorney General filed a lawsuit against Chino Valley Unified School District ("CVUSD") on August 28, 2023. The language of the complaint in this lawsuit speaks for itself. To the extent Plaintiffs purport to otherwise characterize the lawsuit,

Defendants deny said allegations. To the extent that said paragraph may be deemed to require a response, answering Defendants deny each and every remaining allegation of said paragraph.

241.    Answering Paragraph 241 of the Complaint, Defendants admit that the California Attorney General filed a lawsuit against CVUSD on August 28, 2023. The language of the complaint in this lawsuit speaks for itself. To the extent Plaintiffs purport to otherwise characterize the lawsuit, Defendants deny said allegations. To the extent that said paragraph may be deemed to require a response, answering Defendants deny each and every remaining allegation of said paragraph.

242.    Answering Paragraph 242 of the Complaint, Defendants admit that the California Attorney General obtained a temporary restraining order against Chino Valley Unified School District in the state court matter *People v. Chino Valley Unified School District* on September 6, 2023. The language of the order of the court speaks for itself. Answering Defendants further admit that the court in this action issued a preliminary injunction against EUSD and the state defendants on September 14, 2023. The language of the court order speaks for itself. Answering Defendants further admit that the state court in *People v. Chino Valley Unified School District* granted a preliminary injunction to California Attorney General that was the subject of a written order on January 11, 2024. The language of the court order speaks for itself. To the extent that said paragraph may be deemed to require a response, answering Defendants deny each and every remaining allegation of said paragraph.

243.    Answering Paragraph 243 of the Complaint, Defendants admit that that Attorney General issued a press release that speaks for itself. To the extent Plaintiffs purport to otherwise characterize the lawsuit, Defendants deny said allegations. Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph with respect to the alleged actions of the California Attorney General, and on that basis deny each and every allegation contained therein.

244.   Answering Paragraph 244 of the Complaint, Defendants admit that in this matter, the court heard argument on the CDE's motion for judgment on the pleadings and issued an order requiring Plaintiffs to file a First Amended Complaint adding the Attorney General and the State of California. The language of the order of the court speaks for itself. Defendants further admit that the Attorney General issued a Legal Alert on January 10, 2024, that speaks for itself. To the extent Plaintiffs purport to otherwise characterize the Legal Alert, Defendants deny said allegations. Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph with respect to the alleged actions of the California Attorney General, and on that basis deny each and every allegation contained therein.

245.   Answering Paragraph 245 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the alleged actions of the California Attorney General, and on that basis deny each and every allegation contained therein.

246.   Answering paragraph 246 of the Complaint, said paragraph contains conclusions of law which do not require an answer. The legal duties of the Defendants are set forth in relevant statutes that speak for themselves and are incapable of being admitted or denied. To the extent that Plaintiffs purport to otherwise characterize said statutes, Defendants deny said allegations. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

247.   Answering paragraph 247 of the Complaint, said paragraph contains conclusions of law and legal argument which do not require an answer. Any oral or written statements of EUSD speak for themselves and are incapable of being admitted or denied, and to the extent Plaintiffs purport to otherwise characterize said statements, Defendants deny said allegations. As for the allegation that the Attorney General is suing a school district for not following CDE's 2016 Legal Advisory and FAQs on gender

identity, Defendants affirmatively allege that the lawsuit did not mention the Legal Advisory, the lawsuit referred to the FAQs as making "general recommend[ations]," and this court acknowledged at the hearing on August 30, 2023 that the lawsuit did not allege that the school district in question was required to follow the FAQs. (Transcript, p. 71, ll. 2-9.) To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

248.    Answering paragraph 248 of the Complaint, said paragraph contains conclusions of law and legal argument which do not require an answer. To the extent Plaintiffs purport to characterize case law, the language and holding in the cited cases speak for themselves and are incapable of being admitted or denied. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

## VII.    CLAIMS FOR RELIEF

### A. First Claim for Relief: Violation of Free Speech Clause of First Amendment to U.S. Constitution: Compelled Speech & Viewpoint Discrimination (By Both Plaintiffs Against All Defendants).

249.    Answering paragraph 249 of the Complaint, Defendants reiterate their responses above as to each incorporated paragraph.

250.    Answering paragraph 250 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph. To the extent Plaintiffs purport to characterize constitutional provisions and case law, the language and holding in the cited constitutional provisions and cases speaks for itself and is incapable of being admitted or denied.

251.    Answering paragraph 251 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph. To the extent Plaintiffs purport to characterize

constitutional provisions and case law, the language and holding in the cited constitutional provisions and cases speaks for itself and is incapable of being admitted or denied.

252.    Answering paragraph 252 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph. To the extent Defendants Plaintiffs characterize constitutional provisions and case law, the language and holding in the cited constitutional provisions and cases speaks for itself and is incapable of being admitted or denied.

253.    Answering paragraph 253 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph. To the extent Plaintiffs purport to characterize constitutional provisions and case law, the language and holding in the cited constitutional provisions and cases speaks for itself and is incapable of being admitted or denied.

254.    Answering paragraph 254 of the Complaint, said paragraph contains conclusions of law which do not require an answer.  To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph. To the extent Plaintiffs purport to characterize case law, the language and holding in the cited case speaks for itself and is incapable of being admitted or denied.

255.    Answering paragraph 255 of the Complaint, said paragraph contains conclusions of law which do not require an answer.  To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph. To the extent Plaintiffs purport to characterize case law,

///

the language and holding in the cited case speak for itself and is incapable of being admitted or denied.

256.   Answering paragraph 256 of the Complaint, said paragraph contains conclusions of law which do not require an answer.  To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

257.   Answering paragraph 257 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

258.   Answering paragraph 258 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

259.   Answering paragraph 259 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

260.   Answering paragraph 260 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

261.   Answering paragraph 261 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

262.   Answering paragraph 262 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph

may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph. To the extent Plaintiffs purport to characterize case law, the language and holding in the cited case speaks for itself and is incapable of being admitted or denied.

263.   Answering paragraph 263 of the Complaint, said paragraph contains conclusions of law which do not require an answer.  To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

264.   Answering paragraph 264 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph. To the extent Plaintiffs purport to characterize case law, the language and holding in the cited cases speaks for itself and is incapable of being admitted or denied.

265.   Answering paragraph 265 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph. To the extent Plaintiffs purport to characterize case law, the language and holding in the cited cases speaks for itself and is incapable of being admitted or denied.

266.   Answering paragraph 266 of the Complaint, said paragraph contains conclusions of law which do not require an answer.  To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph. To the extent Plaintiffs purport to characterize case law, the language and holding in the cited cases speaks for itself and is incapable of being admitted or denied.

267.   Answering paragraph 267 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph

may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

268.   Answering paragraph 268 of the Complaint, said paragraph contains conclusions of law which do not require an answer.  To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

269.   Answering paragraph 269 of the Complaint, said paragraph contains conclusions of law which do not require an answer.  To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

270.   Answering paragraph 270 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

271.   Answering paragraph 271 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

**B. Second Claim for Relief: Violation of Free Exercise Clause of First Amendment to U.S. Constitution: Not Generally Applicable due to Categorical Exemptions (By Both Plaintiffs Against All Defendants).**

272.   Answering paragraph 272 of the Complaint, Defendants reiterate their responses above as to each incorporated paragraph.

273.   Answering paragraph 273 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph. To the extent Plaintiffs purport to characterize constitutional provisions and case law, the language and holding in the cited

///

constitutional provisions and case law speaks for itself and is incapable of being admitted or denied.

274.    Answering paragraph 274 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph. To the extent Plaintiffs purport to characterize constitutional provisions and case law, the language and holding in the cited constitutional provisions and case law speaks for itself and is incapable of being admitted or denied.

275.    Answering paragraph 275 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph. To the extent Plaintiffs purport to characterize case law, the language and holding in the cited case law speaks for itself and is incapable of being admitted or denied.

276.    Answering paragraph 276 of the Complaint, said paragraph contains conclusions of law which do not require an answer.  To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph. To the extent Plaintiffs purport to characterize case law, the language and holding in the cited case law speaks for itself and is incapable of being admitted or denied.

277.    Answering paragraph 277 of the Complaint, said paragraph contains conclusions of law which do not require an answer.  To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

278.    Answering paragraph 278 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph

///

may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

279.   Answering paragraph 279 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

280.   Answering paragraph 280 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

281.   Answering paragraph 281 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

282.   Answering paragraph 282 of the Complaint, said paragraph contains conclusions of law which do not require an answer.  To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph. To the extent Plaintiffs purport to characterize case law, the language and holding in the cited case law speaks for itself and is incapable of being admitted or denied.

283.   Answering paragraph 283 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

284.   Answering paragraph 284 of the Complaint, said paragraph contains conclusions of law which do not require an answer.  To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph. To the extent Plaintiffs purport to characterize case law, the

language and holding in the cited case law speaks for itself and is incapable of being admitted or denied.

285.   Answering paragraph 285 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph. To the extent Plaintiffs purport to characterize case law, the language and holding in the cited case law speaks for itself and is incapable of being admitted or denied.

286.   Answering paragraph 286 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph. To the extent Plaintiffs purport to characterize case law, the language and holding in the cited case law speaks for itself and is incapable of being admitted or denied.

287.   Answering paragraph 287 of the Complaint, said paragraph contains conclusions of law which do not require an answer.  To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

288.   Answering paragraph 288 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

289.   Answering paragraph 289 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

290.   Answering paragraph 290 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph

may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

**C. Third Claim for Relief: Violation of Free Exercise Clause of First Amendment to U.S. Constitution: Not Generally Applicable Due to Categorical Exemptions (By Both Plaintiffs Against All Defendants).**

291.    Answering paragraph 291 of the Complaint, Defendants reiterate their responses above as to each incorporated paragraph.

292.    Answering paragraph 292 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph. To the extent Plaintiffs purport to characterize case law, the language and holding in the cited case law speaks for itself and is incapable of being admitted or denied.

293.    Answering paragraph 293 of the Complaint, said paragraph contains conclusions of law which do not require an answer.  To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph. To the extent Plaintiffs purport to characterize case law, the language and holding in the cited case law speaks for itself and is incapable of being admitted or denied.

294.    Answering paragraph 294 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph. To the extent Plaintiffs purport to characterize case law, the language and holding in the cited case law speaks for itself and is incapable of being admitted or denied.

295.    Answering paragraph 295 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

296.   Answering paragraph 296 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

297.   Answering paragraph 297 of the Complaint, said paragraph contains conclusions of law which do not require an answer.  To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

298.   Answering paragraph 298 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

299.   Answering paragraph 299 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

300.   Answering paragraph 300 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph. To the extent that plaintiffs cite statutes, they speak for themselves and are incapable of being admitted or denied. To the extent that Plaintiffs purport to otherwise characterize said statutes, Defendants deny said allegations.

301.   Answering paragraph 301 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph. To the extent that plaintiffs cite dictionaries, they speak for themselves and are incapable of being admitted or denied. To the extent that Plaintiffs purport to otherwise characterize said dictionaries, Defendants deny said allegations.

302.   Answering paragraph 302 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

303.   Answering paragraph 303 of the Complaint, said paragraph contains conclusions of law which do not require an answer.  To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

304.   Answering paragraph 304 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph. To the extent Plaintiffs purport to characterize case law, the language and holding in the cited case law speaks for itself and is incapable of being admitted or denied.

305.   Answering paragraph 305 of the Complaint, said paragraph contains conclusions of law which do not require an answer.  To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

306.   Answering paragraph 306 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph. To the extent Plaintiffs purport to characterize case law, the language and holding in the cited case law speaks for itself and is incapable of being admitted or denied.

307.   Answering paragraph 307 of the Complaint, said paragraph contains conclusions of law which do not require an answer.  To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph. To the extent Plaintiffs purport to characterize case law, the

language and holding in the cited case law speaks for itself and is incapable of being admitted or denied.

308.   Answering paragraph 308 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph. To the extent Plaintiffs purport to characterize case law, the language and holding in the cited case law speaks for itself and is incapable of being admitted or denied.

309.   Answering paragraph 309 of the Complaint, said paragraph contains conclusions of law which do not require an answer.  To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

310.   Answering paragraph 310 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

311.   Answering paragraph 311 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

312.   Answering paragraph 312 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

**D. Fourth Claim for Relief: Declaratory Relief re: The California Department of Education's FAQ Page (By Both Plaintiffs Against All Defendants)**

313.   Answering paragraph 313 of the Complaint, Defendants reiterate their responses above as to each incorporated paragraph.

314.   Answering paragraph 314 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

315.   Answering paragraph 315 of the Complaint, with respect to the allegations about EUSD, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein. With respect to the allegations about the FAQs, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

316.   Answering paragraph 316 of the Complaint, said paragraph contains conclusions of law which do not require an answer. To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

317.   Answering paragraph 317 of the Complaint, said paragraph contains conclusions of law which do not require an answer.  To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

318.   Answering paragraph 318 of the Complaint, said paragraph contains conclusions of law which do not require an answer.  To the extent that said paragraph may be deemed to require an answer, answering Defendants deny each and every allegation of said paragraph.

## VIII.    PRAYER FOR RELIEF (COMPLAINT)

Defendants deny they deprived the Plaintiffs the enjoyment of any right under the U.S. Constitution. Defendants also deny that they committed any wrongful act or omission which caused Plaintiffs any injury or damage whatsoever and further deny that Plaintiffs are entitled to any relief.

## IX.   AFFIRMATIVE DEFENSES

**AS SEPARATE AND AFFIRMATIVE DEFENSES**, Defendants allege as follows:

### AFFIRMATIVE DEFENSE NO. 1:

### (Failure to State a Claim)

The Complaint fails to state a claim upon which relief can be granted.

### AFFIRMATIVE DEFENSE NO. 2:

### (Statute of Limitations)

The Complaint and each cause of action therein is barred by the applicable statute of limitations.

### AFFIRMATIVE DEFENSE NO. 3:

### (Subject Matter Jurisdiction)

The court lacks subject matter jurisdiction over the Complaint, including but not limited to, on the basis that Plaintiffs lack standing to bring the causes of action of the Complaint.

### AFFIRMATIVE DEFENSE NO. 4:

### (No Deprivation of Rights)

Answering Defendants did not deprive any person of any right, privilege or immunity guaranteed by the Constitution or laws of the United States.

### AFFIRMATIVE DEFENSE NO. 5:

### (Estoppel)

The conduct of Plaintiffs estops them from claiming the damages alleged in the Complaint.

### AFFIRMATIVE DEFENSE NO. 6:

### (No Interference with Plaintiffs' Constitutional Rights)

Defendants did not engage in any interference, or attempts to interfere, by threats, intimidation, violence or coercion with Plaintiffs' exercise or enjoyment of their constitutional rights.

### AFFIRMATIVE DEFENSE NO. 7:

### (Eleventh Amendment)

To the extent that Plaintiffs sue any Defendants in their official capacity, an action against a state official in his or her official capacity is tantamount to a suit against the State itself and is barred by the Eleventh Amendment.

### AFFIRMATIVE DEFENSE NO. 8:

### (*Res* Judicata)

Defendants are informed and believe and, based thereon, allege that some or all of the claims asserted in the Complaint are barred by the doctrine of res judicata.

### AFFIRMATIVE DEFENSE NO. 9:

### (Failure to Mitigate)

At all relevant times, Plaintiffs failed to mitigate, minimize, and/or avoid injury and damages, if any.

### AFFIRMATIVE DEFENSE NO. 10:

### (Waiver)

Defendants are informed and believe and, based thereon, allege that Plaintiffs executed a waiver and release and/or otherwise agreed to release and waive its rights to some or all of the claims asserted in the Complaint.

### AFFIRMATIVE DEFENSE NO. 11:

### (Attorney's Fees)

Answering Defendants will be entitled to reasonable attorney fees and costs of suit upon prevailing within the meaning of 42 U.S.C. § 1988.

### AFFIRMATIVE DEFENSE NO. 12:

### (Laches)

Defendants are informed and believe and, based thereon, allege that Plaintiffs waited an unreasonable period of time before asserting their claims, if any, against Defendants, and are barred from asserting such claims under the doctrine of laches.

///

## AFFIRMATIVE DEFENSE NO. 13:

### (Claim for Declaratory Relief not an Independent Cause of Action)

The fourth cause of action states that it is for "declaratory relief." However, declaratory relief is a remedy, not an independent cause of action. *Rosenfeld v. JP Morgan Chase Bank*, N.A., 732 F. Supp. 2d 952, 975 (N.D. Cal. 2010).

## AFFIRMATIVE DEFENSE NO. 14:

### (Immunity)

State Defendants are immune from suit.

## AFFIRMATIVE DEFENSE NO. 15:

### (Lack of Proximate Cause)

The sole or proximate cause of any of the wrongs alleged by Plaintiffs in the Complaint were and are the result of conduct by persons and/or entities other Defendants.

## AFFIRMATIVE DEFENSE NO. 16:

### (Reservation)

Because the Complaint is stated in conclusory terms, Defendants cannot fully anticipate all affirmative defenses that may be applicable to this matter and reserve the right to assert additional, separate affirmative defenses as may become appropriate in the future due to the discovery of additional facts or information.

## AFFIRMATIVE DEFENSE NO. 17:

### (Good Faith)

At all times herein, the State Defendants acted in good faith, fairly, for a lawful purpose, and reasonably under the circumstances.

## AFFIRMATIVE DEFENSE NO. 18:

### (No immediate danger)

Plaintiffs fail to state facts sufficient to indicate that they have sustained or are in immediate danger of sustaining some direct injury or irreparable harm which entitles

///

them to injunctive relief. Plaintiffs have adequate remedies at law against any alleged violation of law.

## AFFIRMATIVE DEFENSE NO. 19:

### (Case or controversy)

The Complaint fails to state a case or controversy.

## AFFIRMATIVE DEFENSE NO. 20:

### (Discretionary Acts)

To the extent that any specific acts or decisions of the State Defendants are alleged, they are discretionary in nature, and cannot be properly controlled or directed by injunctive relief as a matter of law.

## AFFIRMATIVE DEFENSE NO. 21:

### (Misjoinder)

The Complaint improperly joins the State Defendants.

## X.    PRAYER

WHEREFORE, Defendants pray for judgment against Plaintiffs as follows:

1. Plaintiffs take nothing by the Complaint;

2. Defendants be awarded costs of suit incurred herein;

3. Defendants be awarded reasonable attorney's fees incurred herein pursuant to 42 U.S.C. § 1988;

4. Defendants be awarded such other and further relief as the Court may deem necessary and proper.

Dated: February 12, 2024

LEN GARFINKEL
General Counsel
BRUCE YONEHIRO
Assistant General Counsel

By:    /s/ Christopher Mandarano
CHRISTOPHER MANDARANO
Deputy General Counsel
Attorney for State-level Defendants