# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MIRABELLI, an individual, and LORI ANN WEST, and individual,<br><br>               Plaintiffs,<br><br>v.<br><br>MARK OLSON, in his official capacity as President of the EUSD Board of Education, et al.,<br><br>               Defendants. | Case No.: 3:23-cv-00768-BEN-VET<br><br>**ORDER GRANTING APPLICATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO RAISE DISCOVERY DISPUTE** |

      Before the Court is the parties' Application for Extension of Time for Plaintiffs to Move to Compel Discovery Responses ("Application"). Doc. No. 115. Therein, the parties request that the Court grant Plaintiffs a 45-day extension to commence "the motion to compel process" related to certain Defendants' written discovery responses. *Id* at 2. Specifically, they request an extension from May 16, 2024 to July 1, 2024. *Id.* The Court interprets the parties' request as seeking an extension of the 45-day deadline to raise a discovery dispute with the Court pursuant to the procedures provided in the undersigned's Chambers Rules.

1 | Based on a review of the Application and the record, and good cause appearing, the parties' request to extend Plaintiffs' deadline to raise a discovery dispute is **GRANTED**. Plaintiffs shall raise with the Court any discovery dispute concerning Defendants' written discovery responses referenced in the Application by no later than **July 1, 2024**.

**IT IS SO ORDERED.**

Dated: May 15, 2024

_____
Honorable Valerie E. Torres
United States Magistrate Judge