Charles S. LiMandri, SBN 110841
  cslimandri@limandri.com
Paul M. Jonna, SBN 265389
  pjonna@limandri.com
Mark D. Myers, SBN 235719
  mmyers@limandri.com
Jeffrey M. Trissell, SBN 292480
  jtrissell@limandri.com
Milan L. Brandon II, SBN 326953
  mbrandon@limandri.com
LiMANDRI & JONNA LLP
P.O. Box 9120
Rancho Santa Fe, CA 92067
Telephone: (858) 759-9930
Facsimile: (858) 759-9938

Thomas Brejcha, *pro hac vice*\*
  tbrejcha@thomasmoresociety.org
Peter Breen, *pro hac vice*\*
  pbreen@thomasmorsociety.org
THOMAS MORE SOCIETY
309 W. Washington St., Ste. 1250
Chicago, IL 60606
Tel: (312) 782-1680
\*Application forthcoming

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MIRABELLI, an individual, and LORI ANN WEST, an individual,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MARK OLSON, in his official capacity as President of the EUSD Board of Education, et al.,<br><br>　　　　Defendants. | Case No.: 3:23-cv-0768-BEN-VET<br><br>**Notice of Motion and Plaintiffs' Motion for Leave to Amend the Complaint and Proceed Pseudonymously**<br><br>Judge:　　　　Hon. Roger T. Benitez<br>Courtroom:　　5A<br>Hearing Date:　July 22, 2024<br>Hearing Time:　10:30 a.m. |

**TO: THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on July 22, 2024 at 10:30 a.m., in Courtroom 5A of this Court, located at 221 West Broadway, San Diego, CA 92101, Plaintiffs Elizabeth Mirabelli and Lori Ann West, by and through counsel, will and hereby do move this Court pursuant to Fed. R. Civ. P. 15(a) for leave to amend the complaint, to add new plaintiffs, new claims, new defendants, and new class action allegations. Pursuant to *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1068 (9th Cir. 2000), the new individual plaintiffs also move for leave to proceed pseudonymously.

The proposed Second Amended Complaint makes the following changes:

(1) It adds two Title VII claims for Plaintiff Lori Ann West, following the EEOC's issuance of a right to sue letter on March 27, 2024, against new defendant the Escondido Union School District.

(2) It adds two additional Teacher Plaintiffs, Jane Roe and Jane Boe, who are asserting the same three 42 U.S.C. § 1983 Free Speech and Free Exercise of Religion claims against the EUSD Defendants and the state-level defendants.

(3) It adds two sets of Parent Plaintiffs, John and Jane Poe as well as John and Jane Doe, who are asserting three 42 U.S.C. § 1983 Free Exercise of Religion and Parental Rights claims against the state-level defendants.

(4) It adds Plaintiff Lakeside Union School District ("LSUSD") which is asserting two 28 U.S.C. § 2201 claims for declaratory relief against the state-level defendants.

(5) It adds class action allegations on behalf of the Teacher Plaintiffs, the Parent Plaintiffs, and Plaintiff LSUSD, seeking certification of five sub-classes seeking solely declaratory and injunctive relief under Fed. R. Civ. P. 23(b)(2) and (b)(1)(A).

(6) It adds new defendant Attorney General Rob Bonta, who was previously dismissed from this action without prejudice, based on the new claims, new

plaintiffs, and new class action allegations.

The motion for leave to amend is made on the grounds that amendment serves the interests of justice and amendment will not prejudice the defendants.

The motion for leave to proceed pseudonymously is made on the grounds that this case involves issues of gender identity among minors, such that various gender diverse minors are likely to suffer physical and emotional/mental retaliation if their identities become known. The pseudonymity of those minors can only be ensured by sealing the identities of their parents or teachers.

This motion is supported by the accompanying Memorandum of Points and Authorities, by the proposed Second Amended Complaint, by the declarations of Paul M. Jonna, Jane Roe, Jane Boe, John Doe, Jane Doe, John Poe, and Jane Poe, and by such further argument and evidence that may be adduced at any hearing on this matter or of which the Court may take judicial notice.

Respectfully submitted,

LiMANDRI & JONNA LLP

Dated: June 7, 2024         By: _____
Charles S. LiMandri
Paul M. Jonna
Mark D. Myers
Jeffrey M. Trissell
Milan L. Brandon II
Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

*Elizabeth Mirabelli v. Mark Olson, President of the EUSD Board of Education, et al.*
USDC Court Case No.: 3:23-cv-00768-BEN-WVG

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; my business address is P.O. Box 9120, Rancho Santa Fe, California 92067, and that I served the following document(s):

1. **Notice of Motion and Plaintiffs' Motion for Leave to Amend the Complaint and Proceed Pseudonymously;**
2. **Memorandum of Points & Authorities in Support of Plaintiffs' Motion for Leave to Amend the Complaint and Proceed Pseudonymously;**
3. **Declaration of Paul M. Jonna, Esq., in Support of Plaintiffs' Motion for Leave to Amend the Complaint and Proceed Pseudonymously**
4. **Declaration of Prospective Plaintiff Jane Roe in Support of Motion for Leave to Amend the Complaint and Proceed Pseudonymously;**
5. **Declaration of Prospective Plaintiff Jane Boe in Support of Motion for Leave to Amend the Complaint and Proceed Pseudonymously;**
6. **Declaration of Prospective Plaintiff John Poe in Support of Motion for Leave to Amend the Complaint and Proceed Pseudonymously;**
7. **Declaration of Prospective Plaintiff Jane Poe in Support of Motion for Leave to Amend the Complaint and Proceed Pseudonymously;**
8. **Declaration of Prospective Plaintiff John Doe in Support of Motion for Leave to Amend the Complaint and Proceed Pseudonymously;**
9. **Declaration of Prospective Plaintiff Jane Doe in Support of Motion for Leave to Amend the Complaint and Proceed Pseudonymously; and**
10. **[Proposed] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT FOR INDIVIDUAL PLAINTIFFS TO PROCEED PSEUDONYMOUSLY.**

on the interested parties in this action by placing a true copy in a sealed envelope, addressed as follows:

Len Garfinkel, Esq., General Counsel
Bruce Yonehiro, Assistant General Counsel
Paul Gant, Assistant General Counsel
Christopher Mandarano, Esq., Deputy Gen. Counsel
Virginia Cale, Deputy General Counsel
California Department of Education
1430 "N" Street, Suite 5319
Sacramento, CA 95814
Tel: 916-319-0860; Fax: 916-322-2549
E-Mail: lgarfinkel@cde.ca.gov
E-Mail: byonehiro@cde.ca.gov
E-Mail: pgant@cde.ca.gov
E-Mail: cmandarano@cde.ca.gov
E-Mail: vcale@cde.ca.gov
**Attorneys for State Defendants**

Emmanuelle Soichet, Esq.
Darrell W. Spence, Esq.
Kevin L. Quade, Esq.
Deputy Attorney General
California Department of Justice
455 Golden Gate Ave., Ste. 1100
San Francisco, CA 94102-7004
E-Mail: emmanuelle.soichet@doj.ca.gov
E-Mail: darrell.spence@doj.ca.gov
E-Mail: kevin.quade@doj.ca.gov
**Attorneys for Governor Gavin Newsom and Attorney General Ron Bont**

Daniel R. Shinoff, Esq.
Gil Abed, Esq.
Jack Sleeth, Esq.
Maurice Bumbu, Esq.
Artiano Shinoff
3636 Fourth Avenue, Suite 200
San Diego, CA 92103
Tel: 619-232-3122
E-Mail: Dshinoff@as7law.com
E-Mail: nlay@as7law.com
E-Mail: gabed@as7law.com
E-Mail: jsleeth@as7law.com
E-Mail: mbumbu@as7law.com
**Attorneys for EUSD Defendants**

**CERTIFICATE OF SERVICE - CONT'D**.

*Elizabeth Mirabelli v. Mark Olson, President of the EUSD Board of Education, et al.*

USDC Court Case No.: 3:23-cv-00768-BEN-WVG

__X__ **(BY ELECTRONIC MAIL)** I served a true copy, electronically on designated recipients via electronic transmission of said documents.

__X__ **(BY ELECTRONIC FILING/SERVICE)** I caused such document(s) to be Electronically Filed and/or Service using the ECF/CM System for filing and transmittal of the above documents to the above-referenced ECF/CM registrants.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct. Executed on June 7, 2024, at Rancho Santa Fe, California.

_____
Kathy Denworth