# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MIRABELLI, an individual, and LORI ANN WEST, and individual,<br><br>Plaintiffs,<br><br>v.<br><br>MARK OLSON, in his official capacity as President of the EUSD Board of Education, et al.,<br><br>Defendants. | Case No.: 3:23-cv-00768-BEN-VET<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINE TO COMPLETE DEPOSITION OF CALIFORNIA DEPARTMENT OF JUSTICE** |

Before the Court is Defendant Rob Bonta and Plaintiffs' Joint Motion to Continue Deadline to Complete Deposition of California Department of Justice ("Joint Motion"). Doc. No. 201. Therein, Defendant Bonta and Plaintiffs request an extension to depose a California Department of Justice ("CA DOJ") witness pursuant to Fed. R. Civ. P. 30(b)(6). *Id* at 2. Plaintiffs served the notice on January 15, 2025, but the CA DOJ witness is unavailable for deposition until March 7, 2025 due to preexisting work obligations. *Id.* The Court has ordered the parties to complete all fact discovery by February 14, 2025. Doc. No. 179 at 4. Therefore, Defendant Bonta and Plaintiffs seek an extension until March 14, 2025 to complete this deposition. Doc. No. 201 at 2.

1   Based on a review of the Joint Motion and the record, and good cause appearing, the
2   Court **GRANTS** the Joint Motion. Plaintiffs must depose the CA DOJ witness referenced
3   in the Joint Motion no later than **March 14, 2024**. All other fact discovery must be
4   completed by February 14, 2025 in accordance with the Second Amended Scheduling
5   Order. *See* Doc. No. 179 at 4.

6   **IT IS SO ORDERED.**

8   Dated:  February 3, 2025

Honorable Valerie E. Torres
United States Magistrate Judge