# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MIRABELLI, an individual, and LORI ANN WEST, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> MARK OLSON, in his official capacity as President of the EUSD Board of Education, et al., <br><br> Defendants. | Case No.: 3:23-cv-768-BEN-WVG <br><br> **CASE MANAGEMENT ORDER** |

    All parties are directed to deliver to the Clerk's Office for delivery to chambers printed courtesy copies of currently pending motions and briefs and future filings. *See* Electronic Case Filing Administrative Policies and Procedures Manual § 2(e) (Jan. 22, 2025 edition), "*Courtesy Copies for Judicial Officers*." Courtesy copies shall include an index and tabbed exhibits.

    Moreover, counsel shall indicate for each motion or brief whether artificial intelligence was used in the drafting, and if so, whether counsel has reviewed each case citation for accuracy.

    Courtesy copies shall be delivered within ten days of this Order.

Dated: September 8, 2025

_____
ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE

1

23-cv-00768-BEN-WVG