ROB BONTA
Attorney General of California
DARRELL W. SPENCE
Supervising Deputy Attorney General
JENNIFER A. BUNSHOFT (SBN 197306)
KEVIN L. QUADE (SBN 285197)
ANNE BUSACCA-RYAN (SBN 318295)
SHATTI A. HOQUE (SBN 350250)
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3377
 Fax:  (415) 703-5480
 E-mail:  Jennifer.Bunshoft@doj.ca.gov
*Attorneys for State Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELIZABETH MIRABELLI, an individual, and LORI ANN WEST, an individual,**<br><br>Plaintiffs,<br><br>v.<br><br>**MARK OLSON, in his official capacity as President of the EUSD Board of Education, et al. ,**<br><br>Defendants. | 3:23-cv-00768-BEN-VET<br><br>**DECLARATION OF MARIA AL-SHAMMA, ASW IN SUPPORT OF STATE DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON PROSPECTIVE RELIEF CLAIMS**<br><br>Date:  September 29, 2025<br>Time:  10:30 a.m.<br>Dept:  5a<br>Judge:  The Honorable Roger T. Benitez<br>Trial Date:<br>Action Filed:  April 27, 2023 |

I, Maria Al-Shamma, declare:

1.    I am over the age of 18 years, a resident of the State of California, and a U.S. citizen. I know the following facts based on my own personal knowledge, and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

1

**Background and Experience**

2.    I am a District School Social Worker and also serve as my district's LGBTQ Youth Liaison. I am also the parent of a transgender/nonbinary young person who came out to me first in 8th grade as a lesbian, and then during college as transgender/nonbinary.

3.    I graduated from the University of California, Irvine with a Bachelor of Arts in Psychology and from Smith College School for Social Work with a Masters of Social Work. I received my Pupil Personnel Services Credential (PPSC) from San Diego State University.

4.    Since 2014, I have worked as a School Social Worker in Escondido Union Elementary School District, Escondido Union High School District, Vista Unified School District, and Oceanside Unified School District.

5.    I have started and led multiple Gender Sexuality Alliances (GSAs) in the districts I have served. In Vista Unified, in addition to my regular job duties, I was asked by the superintendent to lead an LGBTQ Equity Team district wide and became the go-to person in the district for all LGBTQ questions and concerns. I helped create our "Name and Gender Marker" form, provided LGBTQ cultural competency and transgender/nonbinary supportive schools trainings to staff. Currently in Oceanside Unified, I am the Lead District Social Worker and LGBTQ Youth Liaison. In addition to my regular duties as a District Social Worker, I lead the LGBTQ Equity Team, support our GSA Advisors, co-lead a high school GSA and provide support and consultation to staff regarding trans/nonbinary students.

6.    For three years starting June 2015, I was the Director of Project Youth, a program of the North County LGBTQ Resource Center. This was a volunteer position in which I worked with a committee to plan and run programming for area LGBTQ youth. Since March of 2015, I have been on the Board of Directors of the North County LGBTQ Resource Center.

Declaration of Maria Al-Shamma, ASW, in support of State Defendants' Opposition to Plaintiffs' Motion for Summary Judgment (3:23-cv-00768-BEN-VET)

7. In June of 2017, I completed training to become a national Welcoming Schools trainer and have since trained many school staff in California, Utah, and Arizona.

8. In 2018, along with the Executive Director of the North County LGBTQ Resource Center, I formulated and then implemented a program called "Unicorn Homes," which is a foster program for LGBTQ youth who have become or at risk of becoming homeless due mostly to family rejection.

9. Between 2020 and 2025, I won several awards including Certificated Person of the Year for Vista High School, Healthcare Person of the Year by the Vista Chamber of Commerce, and the Lighthouse Award for Excellence in Student Supports by the San Diego County Office of Education. I have been awarded the San Diego County Social Worker of the year twice by the San Diego County Office of Education.

10. Between 2018 and 2025, I have presented multiple times at conferences including: Gender Odyssey, Time to Thrive National Conference (Human Rights Campaign), California Association of School Social Workers, California Teachers Association LGBTQ Issues Conference, California Association of Supervisors of Child Welfare and Attendance Conference, and the Association of California School Administrators Lead with Pride Conference.

## My Role as a School Social Worker

11. My statements below are based on both personal and professional experiences in schools, at the North County LGBTQ Resource Center, and through Welcoming Schools professional development trainings. They represent my own experiences and are not being made on behalf of any place I have worked either for pay or as a volunteer.

12. I will hide the identity of any youth I mention below. When used, the word "parent(s)" can mean parents, caregivers or guardians.

13.   According to the School Social Work Association of America, "School Social Workers are trained mental health professionals with a masters degree in social work who provide services related to a person's social, emotional and life adjustment to school and/or society. School Social workers are the link between the home, school, and community in providing direct as well as indirect services to students, families, and school personnel to promote and support students' academic and social success."

14.   As a School Social Worker, I have the ability to work with any and all students who may need support for any reason.

15.   School Social Workers often work with the most vulnerable or marginalized youth. In my experience, LGBTQ youth and youth perceived to be part of the LGBTQ community are often some of the most vulnerable and marginalized students on school campuses.

## Coming Out

16.   Many LGBTQ youth have come out to me during my time as a School Social Worker. Coming out is different for every person.

17.   Many LGBTQ folks find that they are actually coming out their entire lives, in every new work place, with new friends and so forth. Coming out can be an important moment or time for people as the possibility of rejection or harm is present. At the end of 8th grade, my middle child came out to me as lesbian. I was the first person they told, and they were still uncertain and questioning at that time—a very typical part of self discovery. Then during their sophomore year in college, they came out to me again, this time as transgender/nonbinary.

18.   These moments when my child came out to me are some of the most important and meaningful moments in my life which I will not ever forget. It is an honor and privilege when a person comes out to another person. It can be beautiful and met with love, respect, and affirmation. But it can be painful if met with rejection, disbelief, or anger.

4

19. If my child had entrusted an adult at school with this information before me, and that person—whether a counselor, teacher, or administrator—had called to share this news with me before my child was able to, it would have robbed my child of being able to tell me their truth in the time and way which was right for them. It would also have robbed me of the privilege of learning this information directly from my child.

20. As a School Social Worker, when a youth comes out to me, my first priority is their safety. Based on research and my own experience, I know that students who identify as part of the LGBTQ community are harassed at high rates, and also have a much higher rate of suicide ideation than other populations of youth.

21. After a student divulges this information to me, I first want to know who else they have told, if anyone. If they have already told a family member, I ask how that is going and if they are supported and affirmed in their identity—and most importantly if they feel safe in their home. If they have not told anyone in their family, I would like to know more about why they have not yet done so. Sometimes youth are practicing first with a safe person at school as they would very much like to come out to their family in a way that feels good. This is very typical for youth as they strive to please and be loved by their parents.

22. Some youth have asked questions to their family members about public people who are part of the LGBTQ community to see how their family reacts. This can give them an idea as to whether or not they would be accepted by their family. For instance, a few years before coming out to me, I had mentioned to my child that if they heard a student calling another student "gay" that they should say something because that was hurtful and not okay, and if they said nothing they would be complicit. I told them that it's okay to be gay. This led them to believe it would be safe to come out to me.

Declaration of Maria Al-Shamma, ASW, in support of State Defendants' Opposition to Plaintiffs' Motion for Summary Judgment (3:23-cv-00768-BEN-VET)

23.    When a student has not yet come out to their family, I work with them to see if there is a way to do so safely. We can think through various ways to do this, and I always offer to be present for the student if that feels safest.

24.    A middle school student I once worked with came out as transgender to myself and their school counselor. The student had been doing fairly well in general, but had been struggling with his identity. He was so excited to share with us that he realized he was transgender. He felt that finally he understood what was happening and why he was feeling what he was feeling. It was an exciting and happy moment for him. The student wanted to tell his parents at school with us present. Because in this situation the student had not mentioned his gender identity to them at all but also told us that they were very religious and did not generally have positive feelings towards people in the LGBTQ community, I talked with him about safety and the pros and cons of coming out to his parents. We role played different ways to tell his parents and possible responses from them. The student delayed telling his parents for about 3 weeks while we practiced and reviewed the possible outcomes. Ultimately the student decided to move forward as he could not imagine that his parents would treat him with anything other than love, even if they did not really understand what being transgender meant. The counselor and I sat with the student and his parents at the school, and when the subject was brought up, one of the parents got up and walked out of the room. The other was angry with the student. The student sat with his head in his hands sobbing. The parent who left walked back into the room and told the counselor and me that we had made her child this way and she would remove the child from our school. They did move the child to another school within our district, which meant that the child lost all of the support he had at his home school. As the child moved through the schools in our district, I was able to follow his journey. The student struggled emotionally and was hospitalized for suicidal ideation or attempts multiple times. The student was then in a classroom for students with high mental health needs. The few times I saw the

6

student again, he did not feel safe at home as his affirmed self and had to revert to dressing as the gender his parents believed.

25.   Even in the best-case scenarios when a youth comes out to their family as transgender or nonbinary and their family is loving and accepting, the life of a transgender youth is often very difficult. The harassment and bullying they receive at school from peers and even at times from staff can be incredibly harmful. The Trevor Project's 2023 National Survey of LGBTQ youth found that roughly half of transgender and nonbinary youth seriously considered attempting suicide in the past year. Of the more than 30 transgender/nonbinary youth who I have worked with or known, four have died by suicide.

**Communicating with Parents**

26.   The narrative that school personnel are keeping secrets from parents is false. The vast majority of the LGBTQ youth I have worked with have already told one or both of their parents about their identity. Also in my experience, many of the students received a negative response from their parents after telling them their gender identity the first time. Fearing for their own safety and/or not wanting to be rejected by their parents, they either recant or just don't ever bring it up again.

27.   If a student comes out to me and they say they have not yet told their parents, I work with them to let their parents know, if and when it is safe for them to do so. I let the youth lead me in how and when is the best way to talk with their parents. In the best case scenario, when a child starts to question their gender identity or sexual orientation, their parents would be some of the first people to know and would be supportive of their child's emerging identity.

28.   In my experience, the vast majority of students who are expressing their gender identity or sexual orientation at school but not at home are in secondary schools. I have seen many students express their identity at school despite the possibility that their parents will discover this and be angry because the risk of their

Declaration of Maria Al-Shamma, ASW, in support of State Defendants' Opposition to Plaintiffs' Motion for Summary Judgment (3:23-cv-00768-BEN-VET)

parents finding out is outweighed by how they feel when they are able to express their gender identity and be affirmed at least at school.

29.   In my years of experience, there has only been one elementary student (5th grade) who asked to use a different name and pronoun at school without telling her parent. That student had in fact told her parent of her transgender identity, but the parent did not allow the student to express this.

### Unsupportive Parents

30.   Based on my experience, when youth come out to unsupportive parents the risks are high. If youth are not supported at home, and worse if they are harassed at home for their identity, and they also experience harassment when they go to school, they can become vulnerable, feel very alone and hopeless. This can lead to thoughts of suicide. Sometimes a family rejecting their LGBTQ child includes either kicking them out of their home, or the youth running away from a home that has become intolerable to them emotionally.

31.   I worked with a 14-year-old youth in high school who had told his parent that he was transgender. The parent was not accepting at all for religious reasons. For this youth, using an affirming name and pronoun as well as dressing in a way that felt right for his gender identity outweighed the harassment he received at home from his mother and older sibling. One evening, the youth decided to run away from what he was experiencing at home. Late at night, he walked about 5 miles to a friend's house, through some unsafe neighborhoods. Thankfully the student was not harmed, and his friend's family received him with open arms. Ultimately the youth was returned home where he was not treated well. He was failing all of his classes and generally not doing well while all of this was happening and at times, he was experiencing suicidal ideation and engaged in self-harm (cutting).

32.   As reported in the National Network for Youth, approximately 40% of homeless youth in the United States describe themselves as part of the LGBTQ

8

community. Two of the reasons that youth say they ran away or became homeless are because of family rejection of their identity and no longer feeling safe at home and because of being kicked out by their families.

33. Because of the number of youth I knew who had unsupportive parents, and the concern of them becoming homeless (which makes them vulnerable for sex trafficking, drug use, and violence), I helped create a new program through the North County LGBTQ Resource Center where I was on the Board of Directors as well as the Director of Project Youth. The program is called "Unicorn Homes" and we partner with Child welfare Services and San Diego Youth Services to identify and train families who are supportive of LGBTQ youth. Those families then serve as a foster family for LGBTQ youth who are at risk of becoming or are already experiencing homelessness. When the youth is a minor, the goal is always reunification. Though the program is no longer able to serve minors, during the time in which it did so, Unicorn Homes helped more than 85 minors in North San Diego County.

34. I have heard a false narrative that medical transitions happen on school campuses. In all of my experience—which includes employment at four local school districts, working with school social workers from across the state of California, and working with educators from across the country—I am unaware of any medical transitions (providing hormones or conducting surgeries) being performed at schools. The only types of transitions that I am aware of on school campuses are what is known as "social transitions"—when a student goes by the name and pronoun that affirms their identity and perhaps also wears clothing that affirms them. And the only times we support social transitions in schools are when students directly ask school personnel to do this.

### Risks of an Outing Policy

35. I believe every person whether LGBTQ or questioning their gender identity deserves and has the right to keep this information private until they decide

9

who it is safe to tell and when. Living in their own homes, youth understand their own families. Imposing a time to come out, as well as who gets to tell a family the youth's story, not only robs the family of the opportunity to discuss the issue without school personnel being part of the family discussion, it also robs the youth of the ability to share important information with their family in a way that is best for them.

36.    Based on my experience, I know that any sort of forced outing policy will bring incredible risk to some of our most vulnerable youth who will quickly realize that staff are no longer safe people for them to come out to. They may then keep their thoughts about their identity, possible thoughts of self-harm, and bullying or harassment they experience to themselves, thus not getting the help or support they may need.

37.    Even accidental or unintentional outings, and "re-outings" can cause great harm. Another student I worked with who had a non-supportive parent and thus hid her identity at home was accidentally outed to her mom by an administrator when she and her girlfriend had an argument that required disciplinary action. The student's mom became furious when the student returned home because she found out she was dating another girl. The student decided she needed to leave home and got on a bus to Los Angeles and spent two nights in a public park. After she returned home, she felt both unsafe at home, and then also unsafe at school where she knew she could be accidentally outed again.

38.    Any sort of policy or law that requires or allows adults to out youth to their parents unnecessarily puts youth in harm's way. Based on my experience, I believe it is false to assume that such a policy would allow parents and children to discuss this without the school getting between them. These types of policies would place school personnel directly between youth and their parents, potentially causing harm to a child who—if allowed to wait to tell their family when it is safe—might be saved from the trauma, as well as very real consequences of family rejection.

10

Some youth may decide to wait to come out to their parents until they are over 18 years old and able to be independent and not necessarily subject to the negative impact of family rejection.

39. I fear that if forced outing policies are in place for some or all school personnel, youth will quickly realize that staff are no longer safe people for them to come out. They may then keep their thoughts about their identity, possible thoughts of self-harm, and bullying or harassment they experience to themselves. I worked with one transgender high school student whose family was not at all accepting of this identity, so at home, he kept his identity to himself, but at school he used a different name and pronoun. There was one day when he experienced intense harassment by another student who loudly and publicly yelled "are you a boy or a girl?" repeatedly until stopped by a staff member. My student was very upset about this event. I asked if this had ever happened to him before. He let me know that it happens all the time. When I asked why he had not ever reported it to the administration, he said that he knew the administration would tell his dad about what other students were saying when harassing him and this would make his dad very angry because he would know that my student was "being trans" at school.

40. Many of the LGBTQ youth I have worked with have told me that in their classrooms, they look for some sort of sign of allyship from their teachers. They are searching for a rainbow flag, or a sticker on the teacher's computer, water bottle or on their lanyard. Students tell me they feel safer with teachers and other staff who show a visible sign of allyship and also who speak up when they witness harassment or hear LGBTQ slurs. LGBTQ students seek these teachers out for safety, support, and care. Policies that would force teachers to out students to their families would quickly take away the few safe people that students can find on

///

///

///

11

campuses. Once students know that even allied staff will have to out them, they may feel that they have nobody to talk to if they are experiencing harassment, discrimination, or, worse, thoughts of suicide. My greatest fear is that the rates of suicide attempts will go even higher than their already very high rate.

41. For all of the reasons stated above, it is my belief that any policies that allow forced outings of LGBTQ students will cause unnecessary harm to an already vulnerable population of youth who are frequent targets of harassment and discrimination.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed in Encinitas, California, on July 16, 2025.

By: _____

Maria Al-Shamma, ASW #108385

12

Declaration of Maria Al-Shamma, ASW, in support of State Defendants' Opposition to Plaintiffs' Motion for Summary Judgment (3:23-cv-00768-BEN-VET)

Scanned with CamScanner

# CERTIFICATE OF SERVICE

Case Name:  **Mirabelli et al. v. Olson, et al.**          Case No.  **3:23-cv-00768-BEN-VET**

I hereby certify that on <u>September 8, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DECLARATION OF MARIA AL-SHAMMA, ASW IN SUPPORT OF STATE DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON PROSPECTIVE RELIEF CLAIMS**

I certify that **all** participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct, and that this declaration was executed on <u>September 8, 2025</u>, at Los Angeles, California.

Anthony Conklin
Declarant

*Anthony Conklin*
Signature

SA2024300204
67921457.docx