ROB BONTA
Attorney General of California
DARRELL W. SPENCE (SBN: 248011)
Supervising Deputy Attorney General
SHATTI A. HOQUE (SBN: 350250)
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3884
 Fax:  (415) 703-5480
 E-mail:  Shatti.Hoque@doj.ca.gov
*Attorneys for State Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELIZABETH MIRABELLI, an individual, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**MARK OLSON, in his official capacity as President of the EUSD Board of Education, et al.,**<br><br>Defendants. | 3:23-cv-00768-BEN-VET<br><br>**OBJECTION TO DECLARATION OF JANE BOE**<br><br>Date:  September 29, 2025<br>Time:  10:30 a.m.<br>Dept:  5a<br>Judge:  The Honorable Roger T. Benitez<br>Trial Date:  Not Set<br>Action Filed:  April 27, 2023 |

Defendant Rob Bonta, in his official capacity as Attorney General of California, Defendant Tony Thurmond, in his official capacity as California Superintendent of Public Instruction, and the State Board of Education Members in their official capacities (collectively, State Defendants), submit the following objection to the declaration of Plaintiff Jane Boe (ECF No. 247-4), filed in support of Plaintiffs' renewed motion for summary judgment.  ECF No. 247.

1

| NO. | MATERIAL OBJECTED TO | OBJECTIONS |
|---|---|---|
| 1 | While I understand that the CDE has removed the legal advisory and FAQ page from their website, I also understand that the CDE continues to assert that they accurately described the law that school districts must follow.<br><br>Declaration of Jane Boe, ¶ 16, lines 21-23. | The underlined statements lack foundation.  *See* Fed R. Evid. 602. |
| 2 | I also understand that EUSD has tried to change its policies to come into compliance with this Court's understanding of the law, but that the State has taken the position that EUSD's new policies are illegal.<br><br>Declaration of Jane Boe, ¶ 16, lines 23-26. | The underlined statements lack foundation.  *See* Fed R. Evid. 602. |
| 3 | I urge the court to rule in favor of Plaintiffs' renewed motion for summary judgment so that parents can regain control of their children's upbringing, and teachers can once again focus on educating students, rather than inculcating them with ideological gender theory or fearing for their jobs should they fail to comply.<br><br>Declaration of Jane Boe, ¶ 19, lines 12-15. | The underlined statements lack foundation.  *See* Fed R. Evid. 602. |

Dated:  September 8, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
DARRELL W. SPENCE
Supervising Deputy Attorney General

SHATTI A. HOQUE
Deputy Attorney General
*Attorneys for State Defendants*

SA2024300204

3

# CERTIFICATE OF SERVICE

Case Name: **Mirabelli et al. v. Olson, et al.**   Case No.   **3:23-cv-00768-BEN-VET**

I hereby certify that on <u>September 8, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## OBJECTION TO DECLARATION OF JANE BOE

I certify that **all** participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct, and that this declaration was executed on <u>September 8, 2025</u>, at Los Angeles, California.

Anthony Conklin
Declarant

*Anthony Conklin*
Signature

SA2024300204
67921457.docx