ROB BONTA
Attorney General of California
DARRELL W. SPENCE (SBN: 248011)
Supervising Deputy Attorney General
SHATTI A. HOQUE (SBN: 350250)
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3884
 Fax:  (415) 703-5480
 E-mail:  Shatti.Hoque@doj.ca.gov
*Attorneys for State Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

<table>
<tr><td>

**ELIZABETH MIRABELLI, an individual, et al.,**

Plaintiffs,

**v.**

**MARK OLSON, in his official capacity as President of the EUSD Board of Education, et al.,**

Defendants.

</td><td>

3:23-cv-00768-BEN-VET

**OBJECTION TO DECLARATION OF JANE POE**

Date:      September 29, 2025
Time:     10:30 a.m.
Dept:     5a
Judge:    The Honorable Roger T. Benitez
Trial Date:  Not Set
Action Filed:    April 27, 2023

</td></tr>
</table>

1

Defendant Rob Bonta, in his official capacity as Attorney General of California, Defendant Tony Thurmond, in his official capacity as California Superintendent of Public Instruction, and the State Board of Education Members in their official capacities (collectively, State Defendants), submit the following objection to the declaration of Plaintiff Jane Poe (ECF No. 247-6), filed in support of Plaintiffs' renewed motion for summary judgment.  ECF No. 247.

| NO. | MATERIAL OBJECTED TO | OBJECTIONS |
|---|---|---|
| 1 | The "GATE" teacher informed us of our daughter's involvement in the PRISM club, but did not tell us anything about the club (we did not realize it was the gay club) or that our daughter was the President.<br><br>Declaration of Jane Poe, ¶ 7, lines 17-19. | The underlined statement is hearsay without an exception.  *See* Fed. R. Evid. 801-802. |
| 2 | A doctor at Fremont Hospital informed us that our daughter was diagnosed with gender dysphoria and identified as a boy at school, which is the first time anyone had told us. While in the hospital, our daughter told us over the phone that she believed she was a boy.<br><br>Declaration of Jane Poe, ¶ 9, lines 1-4. | The underlined statements are hearsay without an exception.  *See* Fed. R. Evid. 801-802. |
| 3 | On September 13, 2023, our daughter was discharged from Fremont Hospital and we brought her home. In the next week, she slowly opened up to us, and soon revealed to us that her teachers at her middle school had been using her preferred name and pronouns since the seventh grade.<br>Declaration of Jane Poe, ¶ 10, lines 7-10. | The underlined statement is hearsay without an exception.  *See* Fed. R. Evid. 801-802. |
| 4 | Upon learning the school socially transitioned our daughter without our | The underlined statement is hearsay without an |

2

| | | |
|---|---|---|
| | knowledge and consent, my husband and I attended an in-person meeting with the school principal and school psychologist to ask if they were calling our daughter by a different name or using different pronouns. <u>They said, "no," and indicated their practice of using preferred names was limited to nicknames, such as "Johnny" for the first name "John."</u><br><br>Declaration of Jane Poe, ¶ 11, lines 18-23. | exception.  *See* Fed. R. Evid. 801-802. |
| 5 | <u>In that email, they appeared primarily concerned with their own liability for doing the wrong thing—not at all about helping my husband and me with a difficult situation.</u><br><br>Declaration of Jane Poe, ¶ 21, lines 11-13. | The underlined statements lack foundation.  *See* Fed R. Evid. 602. |
| 6 | <u>Various emails over the next few months confirmed that Yosemite Valley was continuing to use our daughter's preferred male name and pronouns in violation of our instructions and in violation of our religious beliefs.  True and correct copies of two such emails are attached as Exhibit Poe-G and Exhibit Poe-H.</u><br><br>Declaration of Jane Poe, ¶ 23; Exhibit Poe-G; Exhibit Poe-H. | The underlined statements are hearsay without an exception.  *See* Fed. R. Evid. 801-802.  The two exhibits mentioned— two emails attached to the Declaration of Plaintiff Jane Poe as Exhibit Poe-G and Exhibit Poe-H—are also hearsay without an exception.  *See* Fed. R. Evid. 801-802. |

Dated:  September 8, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
DARRELL W. SPENCE
Supervising Deputy Attorney General

SHATTI A. HOQUE
Deputy Attorney General
*Attorneys for State Defendants*

SA2024300204

4

Objection to Declaration of Jane Poe (3:23-cv-00768-BEN-VET)

## CERTIFICATE OF SERVICE

Case Name:  **Mirabelli et al. v. Olson, et al.**      Case No.  **3:23-cv-00768-BEN-VET**

I hereby certify that on <u>September 8, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## OBJECTION TO DECLARATION OF JANE POE

I certify that **all** participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct, and that this declaration was executed on <u>September 8, 2025</u>, at Los Angeles, California.

| Anthony Conklin | *Anthony Conklin* |
|---|---|
| Declarant | Signature |

SA2024300204
67921457.docx