ROB BONTA
Attorney General of California
DARRELL W. SPENCE (SBN: 248011)
Supervising Deputy Attorney General
SHATTI A. HOQUE (SBN: 350250)
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3884
 Fax:  (415) 703-5480
 E-mail:  Shatti.Hoque@doj.ca.gov
*Attorneys for State Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELIZABETH MIRABELLI, an individual, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**MARK OLSON, in his official capacity as President of the EUSD Board of Education, et al.,**<br><br>Defendants. | 3:23-cv-00768-BEN-VET<br><br>**OBJECTION TO DECLARATION OF JANE ROE**<br><br>Date:  September 29, 2025<br>Time:  10:30 a.m.<br>Dept:  5a<br>Judge:  The Honorable Roger T. Benitez<br>Trial Date:  Not Set<br>Action Filed:  April 27, 2023 |

1

Defendant Rob Bonta, in his official capacity as Attorney General of California, Defendant Tony Thurmond, in his official capacity as California Superintendent of Public Instruction, and the State Board of Education Members in their official capacities (collectively, State Defendants), submit the following objection to the declaration of Plaintiff Jane Roe (ECF No. 247-5), filed in support of Plaintiffs' renewed motion for summary judgment.  ECF No. 247.

| NO. | MATERIAL OBJECTED TO | OBJECTIONS |
|---|---|---|
| 1 | Shortly after the training, I spoke with some of my colleagues about their feelings towards the new policies. Understandably, many like myself were scared to openly discuss this topic given the stakes, but many understood my belief that it was wrong and anti-family. Others told me stories that their students were messaging them directly begging not to "out" them to their parents.<br><br>Declaration of Jane Roe, ¶ 14, lines 26-28, 1-2. | The underlined statements lack foundation.  *See* Fed R. Evid. 602.  Additionally, they are hearsay without an exception.  *See* Fed. R. Evid. 801-802. |
| 2 | Additionally, it was my understanding that no one has been granted a religious accommodation exempting them from these policies.<br><br>Declaration of Jane Roe, ¶ 19, lines 4-5. | The underlined statement lacks foundation.  *See* Fed R. Evid. 602. Additionally, it is hearsay without an exception.  *See* Fed. R. Evid. 801-802. |
| 3 | Another colleague and friend left teaching following targeted harassment and retaliation against her for failing to follow the EUSD policies, asking too many questions, and speaking her mind.<br><br>Declaration of Jane Roe, ¶ 19, lines 7-9. | The underlined statements lack foundation.  *See* Fed R. Evid. 602. |

2

| 4 | I urge the court to rule in favor of Plaintiffs' renewed motion for summary judgment so that parents can regain control of their children's upbringing, and teachers can once again focus on educating students, rather than inculcating them with ideological gender theory or fearing for their jobs should they fail to comply. I hope to be able to once again speak freely with my student's families, parents, and guardians without facing discrimination for my beliefs.<br><br>Declaration of Jane Roe, ¶ 23, lines 17-22. | The underlined statements lack foundation.  *See* Fed R. Evid. 602. |

Dated:  September 8, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
DARRELL W. SPENCE
Supervising Deputy Attorney General

SHATTI A. HOQUE
Deputy Attorney General
*Attorneys for State Defendants*

SA2024300204

3

# CERTIFICATE OF SERVICE

Case Name:    **Mirabelli et al. v. Olson, et al.**         Case    **3:23-cv-00768-BEN-VET**
                                                             No.

I hereby certify that on <u>September 8, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## OBJECTION TO DECLARATION OF JANE ROE

I certify that **all** participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct, and that this declaration was executed on <u>September 8, 2025</u>, at Los Angeles, California.

|  |  |
|---|---|
| Anthony Conklin | *Anthony Conklin* |
| Declarant | Signature |

SA2024300204
67921457.docx