ROB BONTA
Attorney General of California
DARRELL W. SPENCE (SBN: 248011)
Supervising Deputy Attorney General
SHATTI A. HOQUE (SBN: 350250)
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3884
 Fax:  (415) 703-5480
 E-mail:  Shatti.Hoque@doj.ca.gov
*Attorneys for State Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELIZABETH MIRABELLI, an individual, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**MARK OLSON, in his official capacity as President of the EUSD Board of Education, et al.,**<br><br>Defendants. | 3:23-cv-00768-BEN-VET<br><br>**OBJECTION TO DECLARATION OF JOHN POE**<br><br>Date:        September 29, 2025<br>Time:        10:30 a.m.<br>Dept:        5a<br>Judge:       The Honorable Roger T. Benitez<br>Trial Date:  Not Set<br>Action Filed:        April 27, 2023 |

1

Defendant Rob Bonta, in his official capacity as Attorney General of California, Defendant Tony Thurmond, in his official capacity as California Superintendent of Public Instruction, and the State Board of Education Members in their official capacities (collectively, State Defendants), submit the following objection to the declaration of Plaintiff John Poe (ECF No. 247-7), filed in support of Plaintiffs' renewed motion for summary judgment.  ECF No. 247.

| NO. | MATERIAL OBJECTED TO | OBJECTIONS |
| --- | --- | --- |
| 1 | The "GATE" teacher informed us of our daughter's involvement in the PRISM club, but did not tell us anything about the club (we did not realize it was the gay club) or that our daughter was the President.<br><br>Declaration of John Poe, ¶ 7, lines 17-19. | The underlined statement is hearsay without an exception.  *See* Fed. R. Evid. 801-802. |
| 2 | A doctor at Fremont Hospital informed us that our daughter was diagnosed with gender dysphoria and identified as a boy at school, which is the first time anyone had told us. While in the hospital, our daughter told us over the phone that she believed she was a boy.<br><br>Declaration of John Poe, ¶ 9, lines 1-4. | The underlined statements are hearsay without an exception.  *See* Fed. R. Evid. 801-802. |
| 3 | In the next week, she slowly opened up to us, and soon revealed to us that her teachers at her middle school had been using her preferred name and pronouns since the seventh grade.<br><br>Declaration of John Poe, ¶ 10, lines 7-9. | The underlined statement is hearsay without an exception.  *See* Fed. R. Evid. 801-802. |
| 4 | Upon learning the school socially transitioned our daughter without our knowledge and consent, my wife and I | The underlined statement is hearsay without an |

2

| | | |
|---|---|---|
| | attended an in-person meeting with the school principal and school psychologist to ask if they were calling our daughter by a different name or using different pronouns. They said, "no," and indicated their practice of using preferred names was limited to nicknames, such as "Johnny" for the first name "John."<br><br>Declaration of John Poe, ¶ 11, lines 17-22. | exception.  *See* Fed. R. Evid. 801-802. |
| 5 | [W]e discovered handwritten letters and emails from her teachers using her preferred name and pronouns. An example of one such email from a teacher to my wife, using our daughter's preferred name and pronouns, is attached to my wife's declaration as Exhibit Poe-A.<br><br>Declaration of John Poe, ¶ 11, lines 23-27. | The underlined statements are hearsay without an exception.  *See* Fed. R. Evid. 801-802.  The purported email (Exhibit Poe-A) itself is hearsay. |
| 6 | [M]y wife noticed that our daughter wrote a name on her homework assignments that was not her own, but she did not confront her directly. Additionally, my wife would occasionally hear teachers referring to our daughter by a different name. When my wife finally asked her about it, she said "that's my name."<br><br>Declaration of John Poe, ¶ 15, lines 2-6. | The underlined statements are hearsay without an exception.  *See* Fed. R. Evid. 801-802.<br><br>The underlined statements also lack foundation, as the declarant is simply retelling what is wife told him.  See Fed R. Evid. 602. |
| 7 | In that email, the administrator block-quoted large portions of the CDE's FAQ guidance, and summed up her conclusion with the following statement: "We cannot share the gender identity of the student with the parent even if that gender identity is expressed openly in class." A | The underlined statements are hearsay without an exception.  *See* Fed. R. Evid. 801-802.  The purported email (Exhibit Poe-B) itself is hearsay. |

| | | |
|---|---|---|
| | true and correct copy of this email is attached to my wife's declaration as Exhibit Poe-B<br><br>Declaration of John Poe, ¶ 16, lines 12-17. | |
| 8 | [O]ur daughter emailed her teachers to state that she was a "trans guy" and to ask that they use her preferred pronouns and names. That email was dated August 21, 2024, at 3:07 p.m. A true and correct copy of her email to her teacher Mrs. Glauner is attached to my wife's declaration as Exhibit Poe-C.<br><br>Declaration of John Poe, ¶ 17, lines 19-22. | The underlined statements are hearsay without an exception. *See* Fed. R. Evid. 801-802. The purported email (Exhibit Poe-C) itself is hearsay. |
| 9 | In that email, they appeared primarily concerned with their own liability for doing the wrong thing—not at all about helping my wife and me with a difficult situation.<br><br>Declaration of John Poe, ¶ 21, lines 12-14. | The underlined statements lack foundation. *See* Fed R. Evid. 602. |
| 10 | Also in August 2024, our daughter had a meltdown, refusing to get out of bed or talk to either my husband or me. I refused to leave her room until she talked with me, which caused her to physically attack me and forcefully push me out of the room.<br><br>Declaration of John Poe, ¶ 22, lines 17-20. | The underlined statements lack foundation. *See* Fed R. Evid. 602. The declarant is the "husband," and it appears this is Plaintiff Jane Poe's testimony. |
| 11 | [O]ur daughter has told us that she wants to be taken to a gender transition clinic for medical interventions affirming her identity.<br><br>Declaration of John Poe, ¶ 27, lines 16-17. | The underlined statement is hearsay without an exception. *See* Fed. R. Evid. 801-802. |

4

Dated:  September 8, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
DARRELL W. SPENCE
Supervising Deputy Attorney General

SHATTI A. HOQUE
Deputy Attorney General
*Attorneys for State Defendants*

SA2024300204

Objection to Declaration of John Poe (3:23-cv-00768-BEN-VET)

## CERTIFICATE OF SERVICE

Case Name:  **Mirabelli et al. v. Olson, et al.**        Case No.  **3:23-cv-00768-BEN-VET**

I hereby certify that on <u>September 8, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## OBJECTION TO DECLARATION OF JOHN POE

I certify that **all** participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct, and that this declaration was executed on <u>September 8, 2025</u>, at Los Angeles, California.

Anthony Conklin                    *Anthony Conklin*
Declarant                             Signature

SA2024300204
67921457.docx