ROB BONTA
Attorney General of California
DARRELL W. SPENCE (SBN: 248011)
Supervising Deputy Attorney General
SHATTI A. HOQUE (SBN: 350250)
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3884
 Fax:  (415) 703-5480
 E-mail:  Shatti.Hoque@doj.ca.gov
*Attorneys for State Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELIZABETH MIRABELLI, an individual, et al.,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**MARK OLSON, in his official capacity as President of the EUSD Board of Education, et al.,**<br><br>Defendants. | 3:23-cv-00768-BEN-VET<br><br>**OBJECTION TO DECLARATION OF LORI ANN WEST**<br><br>Date:          September 29, 2025<br>Time:          10:30 a.m.<br>Dept:          5a<br>Judge:         The Honorable Roger T. Benitez<br>Trial Date:   Not Set<br>Action Filed:     April 27, 2023 |

1

Defendant Rob Bonta, in his official capacity as Attorney General of California, Defendant Tony Thurmond, in his official capacity as California Superintendent of Public Instruction, and the State Board of Education Members in their official capacities (collectively, State Defendants), submit the following objection to the declaration of Plaintiff Lori Ann West (ECF No. 247-3), filed in support of Plaintiffs' renewed motion for summary judgment.  ECF No. 247.

| NO. | MATERIAL OBJECTED TO | OBJECTION |
|---|---|---|
| 1 | However, without relief from this Court, any other school district at which I am serving as a guest/substitute teacher would likely require me to abide by the same Parental Exclusion Policies that EUSD implemented (and which this Court enjoined). This is because those policies are being imposed upon school districts by the State, and several school districts that sought to pass Parental Notification Policies were subject to state enforcement actions, Thus, regardless of my new role as a guest/substitute teacher, I will continue needing prospective relief and now primarily need injunctive relief against the California Department of Education.<br><br>Declaration of Lori Ann West, ¶ 53, lines 21-28. | The underlined statements lack foundation.  *See* Fed R. Evid. 602. |

2

Dated:  September 8, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
DARRELL W. SPENCE
Supervising Deputy Attorney General

SHATTI A. HOQUE
Deputy Attorney General
*Attorneys for State Defendants*

SA2024300204

3

# CERTIFICATE OF SERVICE

Case Name:   **Mirabelli et al. v. Olson, et al.**          Case No.   **3:23-cv-00768-BEN-VET**

I hereby certify that on <u>September 8, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## OBJECTION TO DECLARATION OF LORI ANN WEST

I certify that **all** participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct, and that this declaration was executed on <u>September 8, 2025</u>, at Los Angeles, California.

|  |  |
|---|---|
| Anthony Conklin | *Anthony Conklin* |
| Declarant | Signature |

SA2024300204
67921457.docx