ROB BONTA
Attorney General of California
DARRELL W. SPENCE
Supervising Deputy Attorney General
JENNIFER A. BUNSHOFT (SBN 197306)
KEVIN L. QUADE (SBN 285197)
ANNE BUSACCA-RYAN (SBN 318295)
SHATTI A. HOQUE (SBN 350250)
Deputy Attorneys General
 1300 I Street, Suite 125
 Sacramento, CA 95814
 Telephone: (916) 210-7693
 Fax: (916) 324-8835
 E-mail: Kevin.Quade@doj.ca.gov
*Attorneys for State Education Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELIZABETH MIRABELLI, an individual, and LORI ANN WEST, an individual,**<br><br>Plaintiffs,<br><br>v.<br><br>**MARK OLSON, in his official capacity as President of the EUSD Board of Education, et al.,**<br><br>Defendants. | 3:23-cv-00768-BEN-VET<br><br>**STATE EDUCATION DEFENDANTS' NOTICE OF WITHDRAWAL OF MOOTNESS ARGUMENT PERTAINING TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: November 17, 2025<br>Time: 10:30 a.m.<br>Courtroom: 5A<br>Judge: Hon. Roger T. Benitez<br><br>Action Filed: April 27, 2023 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant Tony Thurmond, in his official capacity as California Superintendent of Public Instruction, and the State Board of Education Members in their official capacities (collectively, State Education Defendants), hereby withdraw their argument in the opposition to Plaintiffs' pending summary judgment motion that claims against the State Education

1

Defendants are moot following the California Department of Education's rescission of Frequently Asked Questions (FAQ) guidance pertaining to disclosure of students' private information pertain to gender identity. *See* ECF 256 at 17.

Dated: November 14, 2025                    Respectfully submitted,

                                                          ROB BONTA
                                                          Attorney General of California
                                                          DARRELL W. SPENCE
                                                          Supervising Deputy Attorney General
                                                          JENNIFER A. BUNSHOFT
                                                          ANNE BUSACCA-RYAN
                                                          SHATTI A. HOQUE
                                                          Deputy Attorneys General

*/s/ Kevin L. Quade*

KEVIN L. QUADE
Deputy Attorney General
*Attorneys for State Defendants*

2

State Education Defendants' Notice of Withdrawal of Mootness Argument Pertaining to Plaintiffs' Motion for Summary Judgment (3:23-cv-00768-BEN-VET)

# CERTIFICATE OF SERVICE

Case Name:   **Mirabelli et al. v. Olson, et al.**          No.   **3:23-cv-00768-BEN-VET**

I hereby certify that on November 14, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STATE EDUCATION DEFENDANTS' NOTICE OF WITHDRAWAL OF MOOTNESS ARGUMENT PERTAINING TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on November 14, 2025, at Sacramento, California.

|  |  |
|---|---|
| Kevin L. Quade | /s/ Kevin L. Quade |
| Declarant | Signature |