ROB BONTA
Attorney General of California
DARRELL W. SPENCE
Supervising Deputy Attorney General
State Bar No. 248011
 1300 I Street, Suite 125
 Sacramento, CA 95814
 Telephone:  (916) 210-6089
 Fax:  (916) 324-5567
 E-mail:  Darrell.Spence@doj.ca.gov
*Attorneys for State Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELIZABETH MIRABELLI, an Individual, and LORI ANN WEST, an individual,**<br><br>Plaintiffs,<br><br>v.<br><br>**MARK OLSON, in his official capacity as President of the EUSD Board of Education, et al.,**<br><br>Defendants. | 3:23-cv-00768-BEN-VET<br><br>**STATE DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO EX PARTE APPLICATION FOR ADMINISTRATIVE STAY OR STAY OF PERMANENT INJUNCTION PENDING APPEAL**<br><br>Judge: The Honorable Roger T. Benitez<br>Trial Date: None Set<br>Action Filed: 4/27/2023 |

A stay of the permanent injunction pending appeal is warranted, because there are serious questions going to the merits of the unprecedented and sweeping constitutional relief that the Court has afforded Plaintiffs, and an injunction prohibiting the enforcement of duly enacted state laws is per se irreparable harm to the State. *See Abbott v. Perez*, 585 U.S. 579, 602 n.17 (2018); *Maryland v. King*, 567 U.S. 1301, 1303 (2012); *New Motor Vehicle Bd. of Cal. v. Orrin W. Fox Co.*, 434 U.S. 1345, 1351 (1977). Plaintiffs argue that State Defendants should have appealed the 2023 preliminary injunction in this case (ECF No. 42), and not doing

1

so disqualifies State Defendants from seeking a stay pending appeal now. But that preliminary injunction merely covered two teachers at a local school district, did not cover any parent plaintiffs, and was not a statewide injunction. *See* ECF No. 42. The Court's permanent injunction is an entirely different injunction. *See* ECF No. 308.

The Court recognizes that the legal questions central to this case are "particularly contentious" and are of "great and growing national importance." ECF No. 307 at 5-6. Because of the serious questions going to the merits, along with the irreparable harm to the State, the Court should immediately grant the requested stay pending appeal, or grant a 14-day administrative stay. If the Court decides to order full briefing and a hearing on State Defendants' request for a stay, it should—at a minimum—issue an immediate administrative stay pending its receipt and consideration of full briefing and argument, to avoid emergency proceedings in the Ninth Circuit on this matter.

Dated: December 23, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
CHERYL FEINER
Senior Assistant Attorney General

*S/ Darrell W. Spence*

DARRELL W. SPENCE
Supervising Deputy Attorney General
*Attorneys for State Defendants*

# CERTIFICATE OF SERVICE

Case Name:   **Mirabelli et al. v. Olson, et al.**   No.   **3:23-cv-00768-BEN-VET**

I hereby certify that on <u>December 23, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STATE DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO EX PARTE APPLICATION FOR ADMINISTRATIVE STAY OR STAY OF PERMANENT INJUNCTION PENDING APPEAL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>December 23, 2025</u>, at Sacramento, California.

|  |  |
|:---:|:---:|
| Christopher R. Irby | */s/ Christopher R. Irby* |
| Declarant | Signature |