Charles S. LiMandri, SBN 110841
cslimandri@limandri.com
Paul M. Jonna, SBN 265389
pjonna@limandri.com
Jeffrey M. Trissell, SBN 292480
jtrissell@limandri.com
William T. Duke, SBN 361823
wduke@limandri.com
LiMANDRI & JONNA LLP
P.O. Box 9120
Rancho Santa Fe, CA 92067
Telephone: (858) 759-9930
Facsimile: (858) 759-9938

Thomas Brejcha, *pro hac vice**
tbrejcha@thomasmoresociety.org
Peter Breen, *pro hac vice**
pbreen@thomasmorsociety.org
THOMAS MORE SOCIETY
309 W. Washington St., Ste. 1250
Chicago, IL 60606
Tel: (312) 782-1680
*Application forthcoming

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ELIZABETH MIRABELLI, an individual, on behalf of herself and all others similarly situated; LORI ANN WEST, an individual, on behalf of herself and all others similarly situated; et al.,

Plaintiffs,

v.

MARK OLSON, in his official capacity as President of the EUSD Board of Education, et al.,

Defendants.

Case No.: 3:23-cv-0768-BEN-VET

**Joint Motion for 28-Day Extension of Deadlines to File Bill of Costs and Motion for Attorneys' Fees**

Judge: Hon. Roger T. Benitez
Courtroom: 5A

Action filed: April 27, 2023

**TO: THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs and Defendants California Attorney General Rob Bonta, California State Superintendent of Public Instruction Tony Thurmand, and the members of the California State Board of Education ("State Defendants"), by and through their respective undersigned counsel, hereby jointly move and stipulate that this Court continue the current deadlines for filing the bill of costs and motion for attorneys' fees **by 28 days to February 2, 2026**.

In support of this stipulated continuance, undersigned counsel declares and states as follows, which is based on counsels' personal knowledge for matters concerning their actions and information and belief for matters concerning opposing counsel's actions:

1. On December 22, 2025, the Court granted Plaintiffs' motion for summary judgment and entered a class-wide permanent injunction. *See* Dkt. Nos. 307 & 308.

2. U.S. District Court for the Southern District Local Rule 54.1 provides that "[w]ithin fourteen (14) days after entry of judgment, the party in whose favor a judgment for costs is awarded or allowed by law, and who claims costs, must file with the Clerk the bill of costs, together with a notice of when the Clerk will hear the application," placing the current filing deadline on **Monday, January 5th, 2025**.

3. Additionally, Federal Rule of Civil Procedure 54(d)(2)(b) requires that, unless provided by statute or court order, a motion for attorney's fees must "be filed no later than 14 days after the entry of judgment." Thus, the current deadline to bring a motion for attorney's fees is also **Monday, January 5th, 2025**.

4. Since the entry of judgment on **December 22, 2025**, the parties have been expeditiously engaged in appellate briefing, including Defendants' emergency motion for stay pending appeal and for an immediate administrative stay filed in the United States Court of Appeals for the Ninth Circuit on **December 24, 2025**. *See*

Case No. 25-8056, Dkt. No. 7.1.

5. The recent and upcoming holidays have reduced, and are expected to further reduce, the number of days available for Plaintiffs to draft their motion for attorney's fees and prepare a bill of costs.

6. Federal Rule of Civil Procedure 16(b)(4) provides that "[a] schedule may be modified only for good cause and with the judge's consent."

7. In light of the foregoing, Plaintiffs and the State Defendants respectfully request that the Court issue an Order granting a 28-day continuance of Plaintiffs' **January 5, 2026** deadlines to bring a motion for attorney's fees and file a bill of cost to **February 2, 2026**.

8. This stipulated continuance does not constitute a waiver of any rights.

Pursuant to 28 U.S.C. § 1746, undersigned counsel declares under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

LiMANDRI & JONNA LLP

Dated: December 31, 2025 By: ______________________

Charles S. LiMandri
Paul M. Jonna
Jeffrey M. Trissell
William T. Duke
Attorneys for Plaintiffs

STATE DEFENDANTS

Dated: December 31, 2025 By: /s/ Darrell Spence

Rob Bonta
Darrell W. Spence
Jennifer A. Bunshoft
Kevin L. Quade
Attorneys for State Defendants

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to attorneys for Defendants and that I have obtained their authorization to affix their electronic signatures to this document.

Respectfully submitted,

LiMANDRI & JONNA LLP

Dated: December 31, 2025 By: ______________________

Charles S. LiMandri
Paul M. Jonna
Jeffrey M. Trissell
William T. Duke
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

***Elizabeth Mirabelli v. Mark Olson, President of the EUSD Board of Education, et al.***

USDC Court Case No.: 3:23-cv-00768-BEN-VET

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; my business address is P.O. Box 9120, Rancho Santa Fe, California 92067, and that I served the following document(s):

- **Joint Motion for 28-Day Extension of Deadlines to File Bill of Costs and Motion for Attorneys' Fees.**

on the interested parties in this action by placing a true copy in a sealed envelope, addressed as follows:

Darrell Spence, Superv. Dep. Att'y Gen.
Kevin L. Quade, Dep. Att'y Gen.
California Department of Justice
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-6089
E-Mail: Darrell.Spence@doj.ca.gov
E-Mail: kevin.quade@doj.ca.gov
E-Mail: Julie.Veroff@doj.ca.gov
E-Mail: Helen.Hong@doj.ca.gov
E-Mail: Samuel.Harbourt@doj.ca.gov
E-Mail: Joshua.Klein@doj.ca.gov

Darin L. Wessel, Dep. Att'y Gen.
California Department of Justice
600 W Broadway Ste 1800
San Diego, CA 92101-3375
Telephone: (619) 738-9125
E-Mail: Darin.Wessel@doj.ca.gov
**Attorneys for CDE Defendants**

Emmanuelle Soichet, Dep. Att'y Gen.
Jennifer Bunshoft, Dep. Att'y Gen.
Shatti Hoque, Dep. Att'y Gen.
California Department of Justice
455 Golden Gate Ave., Ste. 1100
San Francisco, CA 94102-7004
E-Mail: emmanuelle.soichet@doj.ca.gov
E-Mail: Jennifer.Bunshoft@doj.ca.gov
E-Mail: shatti.hoque@doj.ca.gov

Daniel R. Shinoff, Esq.
Jack Sleeth, Esq.
Maurice Bumbu, Esq.
Lauren Cambronero, Esq.
Artiano Shinoff
3636 Fourth Avenue, Suite 200
San Diego, CA 92103
Tel: 619-232-3122
E-Mail: dshinoff@as7law.com
E-Mail: nlay@as7law.com
E-Mail: jsleeth@as7law.com
E-Mail: mbumbu@as7law.com
E-Mail: lcambronero@as7law.com
**Attorneys for EUSD Defendants**

__X__ **(BY ELECTRONIC FILING/SERVICE)** I caused such document(s) to be Electronically Filed and/or Service using the ECF/CM System for filing and transmittal of the above documents to the above-referenced ECF/CM registrants.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct. Executed on December 31, 2025, at Rancho Santa Fe, California.

Rebecca M. Oakley