UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ELIZABETH MIRABELLI, an individual, on behalf of herself and all others similarly situated; LORI ANN WEST, an individual, on behalf of herself and all others similarly situated; et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MARK OLSON, in his official capacity as President of the EUSD Board of Education, et al.,<br><br>    Defendants. | Case No.: 3:23-cv-0768-BEN-VET<br><br>**Order Continuing Plaintiffs' Bill of Costs and Motion for Attorney's Fees Deadlines**<br><br>Judge:     Hon. Roger T. Benitez<br>Courtroom:  5A |
|---|---|

**ORDER**

Pending before the Court is a joint motion to continue Plaintiffs' bill of costs and motion for attorney's fees deadlines. Good cause appearing, the Court **GRANTS** the joint motion and **ORDERS** the deadlines for Plaintiff to file a bill of costs with the Court and bring a motion for attorney's fees to be continued to **February 2, 2026.**

**IT IS SO ORDERED**

DATED:   January 2, 2026

**HON. ROGER T. BENITEZ**
United States District Judge