FILED

JAN 16 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ELIZABETH MIRABELLI, an individual; et al., | No. 25-8056 |
| Plaintiffs - Appellees, | D.C. No. 3:23-cv-00768-BEN-VET Southern District of California, San Diego |
| v. | ORDER |
| ROB BONTA, in his official capacity as Attorney General of California; et al., | |
| Defendants - Appellants, | |
| and | |
| MARK OLSON, in his official capacity as President of the EUSD Board of Education; et al., | |
| Defendants. | |

Before: MURGUIA, Chief Judge, and HURWITZ and MENDOZA, Circuit Judges.

Appellants are directed to file a response to the Motion for Reconsideration En Banc (Doc. 14) within 21 days of the date of this order. The response shall not exceed 15 pages or 4,200 words.