| | |
|---|---|
| Charles S. LiMandri, SBN 110841<br>  cslimandri@limandri.com<br>Paul M. Jonna, SBN 265389<br>  pjonna@limandri.com<br>Jeffrey M. Trissell, SBN 292480<br>  jtrissell@limandri.com<br>William T. Duke, SBN 361823<br>  wduke@limandri.com<br>LiMANDRI & JONNA LLP<br>P.O. Box 9120<br>Rancho Santa Fe, CA 92067<br>Telephone: (858) 759-9930<br>Facsimile: (858) 759-9938 | Peter Breen, *pro hac vice*<br>  pbreen@thomasmoresociety.org<br>THOMAS MORE SOCIETY<br>309 W. Washington St., Ste. 1250<br>Chicago, IL 60606<br>Tel: (312) 782-1680<br><br><br>*Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MIRABELLI, an individual, on behalf of herself and all others similarly situated; LORI ANN WEST, an individual, on behalf of herself and all others similarly situated; et al.,<br><br>         Plaintiffs,<br><br>         v.<br><br>MARK OLSON, in his official capacity as President of the EUSD Board of Education, et al.,<br><br>         Defendants. | Case No.: 3:23-cv-0768-BEN-VET<br><br>**NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**<br><br>Judge:         Hon. Roger T. Benitez<br>Courtroom:   5A<br>Hearing Date: March 9, 2026<br>Hearing Time: 10:30 a.m. |

Notice of Motion & Plaintiffs' Motion for Attorneys' Fees

**TO: THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on March 9, 2026 at 10:30 a.m., in Courtroom 5A of this Court, located at 221 West Broadway, San Diego, CA 92101, Plaintiffs Elizabeth Mirabelli, Lori Ann West, Jane Roe, Jane Boe, John Poe, Jane Poe, John Doe, and Jane Doe, by and through counsel, will and hereby do move this Court for their reasonably incurred attorneys' fees and non-taxable costs pursuant to 42 U.S.C. § 1988. This consists of a lodestar of **$3,641,325.30** with a 1.25 multiplier, totaling **$4,551,656.63**, along with non-taxable costs of **$20,755.10.** Fees incurred after Friday, January 30, 2026, will be submitted on reply.

Plaintiffs' motion for attorneys' fees is made on the grounds that Plaintiffs are the prevailing party in this action brought pursuant to 42 U.S.C. § 1983. This motion is additionally made on the ground that counsel's time incurred is reasonable, and the hourly rate is appropriate for San Diego County, and thus a full award of fees is appropriate. In addition, due to unique aspects of this case, a modest multiplier of 1.25 is appropriate.

This motion is supported by the accompanying Memorandum of Points and Authorities, by the declaration of Paul M. Jonna, Esq., and all exhibits attached thereto, and by such further argument and evidence that may be adduced at any hearing on this matter or of which the Court may take judicial notice.

Respectfully submitted,

LiMANDRI & JONNA LLP

Dated: February 2, 2026     By: /s/ Charles S. LiMandri
Charles S. LiMandri
Paul M. Jonna
Jeffrey M. Trissell
William T. Duke
Attorneys for Plaintiffs

2
NOTICE OF MOTION & PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

# CERTIFICATE OF SERVICE

***Elizabeth Mirabelli v. Mark Olson, President of the EUSD Board of Education, et al.***

USDC Court Case No.: 3:23-cv-00768-BEN-VET

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; my business address is P.O. Box 9120, Rancho Santa Fe, California 92067, and that I served the following document(s):

- **NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR ATTORNEYS' FEES;**
- **MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES;**
- **DECLARATION OF PAUL M. JONNA, ESQ., IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES; and**
- **[Proposed] ORDER AWARDING ATTORNEYS' FEES.**

on the interested parties in this action by placing a true copy in a sealed envelope, addressed as follows:

Darrell Spence, Superv. Dep. Att'y Gen.
Kevin L. Quade, Dep. Att'y Gen.
California Department of Justice
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-6089
E-Mail: Darrell.Spence@doj.ca.gov
E-Mail: kevin.quade@doj.ca.gov
E-Mail: Julie.Veroff@doj.ca.gov
E-Mail: Helen.Hong@doj.ca.gov
E-Mail: Samuel.Harbourt@doj.ca.gov
E-Mail: Joshua.Klein@doj.ca.gov

Darin L. Wessel, Dep. Att'y Gen.
California Department of Justice
600 W Broadway Ste 1800
San Diego, CA 92101-3375
Telephone: (619) 738-9125
E-Mail: Darin.Wessel@doj.ca.gov
**Attorneys for CDE Defendants**

Emmanuelle Soichet, Dep. Att'y Gen.
Jennifer Bunshoft, Dep. Att'y Gen.
Shatti Hoque, Dep. Att'y Gen.
California Department of Justice
455 Golden Gate Ave., Ste. 1100
San Francisco, CA 94102-7004
E-Mail: emmanuelle.soichet@doj.ca.gov
E-Mail: Jennifer.Bunshoft@doj.ca.gov
E-Mail: shatti.hoque@doj.ca.gov

Daniel R. Shinoff, Esq.
Jack Sleeth, Esq.
Maurice Bumbu, Esq.
Lauren Cambronero, Esq.
Artiano Shinoff
3636 Fourth Avenue, Suite 200
San Diego, CA 92103
Tel: 619-232-3122
E-Mail: dshinoff@as7law.com
E-Mail: nlay@as7law.com
E-Mail: jsleeth@as7law.com
E-Mail: mbumbu@as7law.com
E-Mail: lcambronero@as7law.com
**Attorneys for EUSD Defendants**

__X__ **(BY ELECTRONIC MAIL)** I served a true copy, electronically on designated recipients via electronic transmission of said documents.

__X__ **(BY ELECTRONIC FILING/SERVICE)** I caused such document(s) to be Electronically Filed and/or Service using the ECF/CM System for filing and transmittal of the above documents to the above-referenced ECF/CM registrants.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct. Executed on February 2, 2026, at Rancho Santa Fe, California.

_____
Kathy Denworth