ROB BONTA
Attorney General of California
DARRELL W. SPENCE
Supervising Deputy Attorney General
HANNAH NAYLOR
Deputy Attorney General
State Bar No. 360691
600 West Broadway, Suite 1800
San Diego, CA 92101
Telephone: (619) 321-5553
Fax: (916) 732-7920
E-mail: Hannah.Naylor@doj.ca.gov
*Attorneys for State Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELIZABETH MIRABELLI, an individual, and LORI ANN WEST, an individual,**<br>Plaintiffs,<br>**v.**<br>**MARK OLSON, in his official capacity as President of the EUSD Board of Education, et al.,**<br>Defendants. | 3:23-cv-00768-BEN-VET<br>**PROOF OF SERVICE OF EX PARTE REQUEST TO STAY BRIEFING AND HEARING ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND BILL OF COSTS, OR IN THE ALTERNATIVE FOR AN EXTENSION OF TIME TO RESPOND**<br>Courtroom: 5A<br>Judge: The Honorable Roger T. Benitez<br>Action Filed: April 27, 2023 |

# CERTIFICATE OF SERVICE

Case Name: **Mirabelli et al. v. Olson, et al.** No. **3:23-cv-00768-BEN-VET**

I hereby certify that on February 5, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **EX PARTE REQUEST TO STAY BRIEFING AND HEARING ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND BILL OF COSTS, OR IN THE ALTERNATIVE FOR AN EXTENSION OF TIME TO RESPOND**

- **DECLARATION OF DARRELL W. SPENCE PURSUANT TO LOCAL RULE 83.3(g)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on February 11, 2026, at San Francisco, California.

| G. Guardado | */s/ G. Guardado* |
| --- | --- |
| Declarant | Signature |

SA2024300204
85574434

**Subject: Activity in Case 3:23-cv-00768-BEN-VET Mirabelli et al v. Olson et al Motion to Stay**

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Southern District of California**

## Notice of Electronic Filing

The following transaction was entered by Naylor, Hannah on 2/5/2026 at 8:24 PM PST and filed on 2/5/2026

**Case Name:** Mirabelli et al v. Olson et al
**Case Number:** 3:23-cv-00768-BEN-VET
**Filer:** Rob Bonta
Linda Darling-Hammond
Francisco Escobedo
Cynthia Glover Woods
Brenda Lewis
James J. McQuillen
Sharon Olken
Gabriela Orozco-Gonzalez
Kim Pattillo Brownson
Haydee Rodriguez
Tony Thurmond
Alison Yoshimoto-Towery
**WARNING: CASE CLOSED on 12/22/2025**
**Document Number:** 327

**Docket Text:**

**Ex Parte MOTION to Stay re [323] MOTION for Attorney Fees , [322] Bill of Costs *Or in the Alternative for an Extension of Time to Respond* by Rob Bonta, Linda Darling-Hammond, Francisco Escobedo, Cynthia Glover Woods, Brenda Lewis, James J. McQuillen, Sharon Olken, Gabriela Orozco-Gonzalez, Kim Pattillo Brownson, Haydee Rodriguez, Tony Thurmond, Alison Yoshimoto-Towery. (Attachments: # (1) Declaration of Darrell W. Spence Pursuant to Local Rule 83.3(g))(Naylor, Hannah)**

**3:23-cv-00768-BEN-VET Notice has been electronically mailed to:**

Andrew Z. Edelstein andrew.edelstein@doj.ca.gov

Charles S. LiMandri cslimandri@limandri.com, jtrissell@limandri.com, kdenworth@limandri.com

Christopher N. Mandarano cmandarano@cde.ca.gov

Daniel R Shinoff dshinoff@as7law.com, bfregoso@as7law.com, ddavis@as7law.com, jestrada@as7law.com, lcambronero@as7law.com, mfrazer@as7law.com, nlay@as7law.com

Darin Lee Wessel darin.wessel@doj.ca.gov, Graciela.Lopez@doj.ca.gov

Darrell Warren Spence darrell.spence@doj.ca.gov, christopher.irby@doj.ca.gov

Emmanuelle Soichet Emmanuelle.Soichet@doj.ca.gov, Claudine.Santos@doj.ca.gov

Hannah Naylor hannah.naylor@doj.ca.gov, ashley.muniz@doj.ca.gov, julie.trin@doj.ca.gov, karina.ramirez@doj.ca.gov

Jack M Sleeth , Jr jsleeth@as7law.com, nlay@as7law.com

Jeffrey M. Trissell jtrissell@limandri.com

Jennifer Ann Bunshoft jennifer.bunshoft@doj.ca.gov, adriana.trujillo@doj.ca.gov

Kevin Lee Quade kevin.quade@doj.ca.gov

Leonard Bruce Garfinkel lgarfinkel@cde.ca.gov

Paul Michael Jonna pjonna@limandri.com, jtrissell@limandri.com, kdenworth@limandri.com, roakley@limandri.com

Paul Ray Gant pgant@cde.ca.gov, tmcclory@cde.ca.gov

Peter Christopher Breen pbreen@thomasmoresociety.org, docketing@thomasmoresociety.org

Shatti Afshana Hoque shatti.hoque@doj.ca.gov, Stephanie.AtwoodBell@doj.ca.gov

Virginia Gay Cale vcale@cde.ca.gov

**3:23-cv-00768-BEN-VET Notice has been delivered by other means to:**

Rebecca Patricia Feil

California Department of Education

1430 N Street

Suite 5319

Sacramento, CA 95814-5901

The following document(s) are associated with this transaction:

**Document description:**Main Document

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1106146653 [Date=2/5/2026] [FileNumber=20286795-0

] [807f1383484b0c2e3911c3030645656929210aa61304048e0e17ccf3d7e58113623

328f1d6e705a0669e655b21616816e56a729bd9d945ee7c11e2d0fdd96a38]]

**Document description:** Declaration of Darrell W. Spence Pursuant to Local Rule 83.3(g)

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1106146653 [Date=2/5/2026] [FileNumber=20286795-1

] [aba893af5efb7b923eb72876eddb45d7ae7d30abb199b314f6ffa5bfb845274e827

b821b8b018838065f2be210a50715fb99061c54047998128b38b91368b0a5]]