1  ROB BONTA
   Attorney General of California
2  DARRELL W. SPENCE
   Supervising Deputy Attorney General
3  KATHERINE BRUCK (SBN: 342536)
   Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102
5   Telephone: (415) 229-0125
    Email: Katherine.Bruck@doj.ca.gov
6  *Attorneys for State Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELIZABETH MIRABELLI, an individual, and LORI ANN WEST, an individual,**<br><br>Plaintiffs,<br><br>v.<br><br>**MARK OLSON, in his official capacity as President of the EUSD Board of Education, et al.,**<br><br>Defendants. | 3:23-cv-00768-BEN-VET<br><br>**NOTICE OF APPEARANCE**<br><br>Judge:  The Honorable Roger T. Benitez<br><br>Action Filed: 4/27/2023 |

**TO THE COURT'S CLERK AND ALL PARTIES OF RECORD:**

Please take notice that Deputy Attorney General Katherine Bruck of the California Office of the Attorney General represents Rob Bonta, in his official capacity as California Attorney General; Tony Thurmond, in his official capacity as Superintendent of Public Instruction; and the members of the State Board of

1

1  Education, in their official capacities.  Ms. Bruck's contact information is as
2  follows:
3      Katherine Bruck, Deputy Attorney General
4      455 Golden Gate Avenue, Suite 11000
5      San Francisco, CA 94102
6      Telephone: (415) 229-0125
7      Email: Katherine.Bruck@doj.ca.gov

10  Dated:  February 13, 2026        Respectfully submitted,

ROB BONTA
Attorney General of California
DARRELL W. SPENCE
Supervising Deputy Attorney General

/s/ Katherine Bruck

KATHERINE BRUCK
Deputy Attorney General
*Attorneys for State Defendants*

## CERTIFICATE OF SERVICE

Case Name:  **Mirabelli et al. v. Olson, et al.**    No.   **3:23-cv-00768-BEN-VET**

I hereby certify that on February 13, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEARANCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on February 13, 2026, at San Francisco, California.

|  |  |
|---|---|
| Avery Luo | *Avery Luo* |
| Declarant | Signature |

SA2024300204
44964008