Rob Bonta
Attorney General of California
Darrell W. Spence
Supervising Deputy Attorney General
Katherine Bruck (SBN: 342536)
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102
 Telephone: (415) 229-0125
 Fax: (916) 732-7920
 E-mail: Katherine.Bruck@doj.ca.gov
*Attorneys for State Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELIZABETH MIRABELLI, an individual, and LORI ANN WEST, an individual,**<br><br>Plaintiffs,<br><br>v.<br><br>**MARK OLSON, in his official capacity as President of the EUSD Board of Education, et al.,**<br><br>Defendants. | 3:23-cv-00768-BEN-VET<br><br>**DECLARATION OF KATHERINE BRUCK IN SUPPORT OF STATE DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**<br><br>Date: March 9, 2026<br>Time: 10:30 a.m.<br>Courtroom: 5A<br>Judge: The Honorable Roger T. Benitez<br>Action Filed: April 27, 2023 |

I, Katherine Bruck, declare:

1. I am an attorney licensed to practice before the courts of the State of California and a Deputy Attorney General employed by the Office of the Attorney General, counsel of record for State Defendants in this matter. I am admitted to practice before the United States District Court for the Southern District Court of California.

2. I reviewed the evidence submitted by Plaintiffs' counsel in support of

1

the Motion for Attorneys' Fees.

3. I prepared a spreadsheet of all billing entries I believe to be associated with the prosecution of Plaintiffs' Title VII claims against EUSD. This spreadsheet was provided to State Defendants' attorneys' fees expert, James Schratz, whose declaration includes a summation of the claimed fees associated with those billing entries. A spreadsheet of the billing entries I identified as associated with Plaintiffs' Title VII claims against EUSD is attached to Mr. Schratz's declaration as Exhibit 33.

4. The spreadsheet I provided to Mr. Schratz included all time entries from timekeepers Norman D. Grissom ("NDG") and Frank J. Coughlin ("FJC"), who were the employment attorneys handling the employment discrimination claims.

5. I also identified employment-related time entries by conducting keyword searches for the following terms: "Shinoff" (the last name of the EUSD attorney handling the employment discrimination matter), "Coughlin" (the last name of employment attorney Frank J. Coughlin), "accommodation," "investigation," "EUSD," "Title VII," "EEOC," "employ," "leave," "Title VII," "administrative," "grievance," and "Andrew" (the first name of Plaintiff Mirabelli's husband, who, based on my review of the billing records, appears to have been involved in the prosecution of the employment claims, for example by providing information to counsel). I reviewed the entries identified via keyword searches prior to including them on the spreadsheet.

6. I also included in the spreadsheet all billing entries prior to entry number 193. Based on my review of the billing records, the billing entries prior to entry number 193 all appear to pertain to pre-litigation work on the employment discrimination claims. I used billing entry number 193 as the cutoff because that entry states "Assess parties to name in complaint," and is shortly followed by billing entry number 196, which states "Further research on necessary joinder of

2

Bruck Decl. ISO State Defs.' Opp'n to Mot. for Attorneys' Fees  (3:23-cv-0768-BEN-VET)

California Department of Education under FRCP 19." *See* ECF No. 323-2 at 46. My interpretation of these billing records is that Plaintiffs' counsel first considered naming State Defendants as parties on or about February 6, 2023, the date associated with billing entry number 193.

7.   I also included in the spreadsheet other billing entries which, based on my manual review, were associated solely with the employment discrimination claims against EUSD. For example, I included billing entries associated with Plaintiff Mirabelli's work performance, protests at EUSD schools, and Plaintiffs' 2023 contempt application against EUSD regarding employment issues.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in San Carlos, California, on February 23, 2026.

By:  *Katherine Bruck*
KATHERINE BRUCK

3

Bruck Decl. ISO State Defs.' Opp'n to Mot. for Attorneys' Fees  (3:23-cv-0768-BEN-VET)

## CERTIFICATE OF SERVICE

Case Name:  **Mirabelli et al. v. Olson, et al.**　　　No.　3:23-cv-00768-BEN-VET

I hereby certify that on February 23, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DECLARATION OF KATHERINE BRUCK IN SUPPORT OF STATE DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on February 13, 2026, at San Francisco, California.

|  |  |
|---|---|
| Christopher R. Irby | *S/ Christopher R. Irby* |
| Declarant | Signature |

SA2024300204
44964008