| | |
|---|---|
| 1 | ROB BONTA<br>Attorney General of California |
| 2 | DARRELL W. SPENCE<br>Supervising Deputy Attorney General |
| 3 | KATHERINE BRUCK (SBN: 342536)<br>Deputy Attorney General |
| 4 | 455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102 |
| 5 | Telephone: (415) 229-0125<br>Fax: (916) 732-7920 |
| 6 | E-mail: Katherine.Bruck@doj.ca.gov |
| 7 | *Attorneys for State Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELIZABETH MIRABELLI, an individual, and LORI ANN WEST, an individual,**<br><br>Plaintiffs,<br><br>v.<br><br>**MARK OLSON, in his official capacity as President of the EUSD Board of Education, et al.,**<br><br>Defendants. | 3:23-cv-00768-BEN-VET<br><br>**NOTICE OF LODGING OF CORRECTED DECLARATION OF JAMES SCHRATZ**<br><br>Date: March 9, 2026<br>Time: 10:30 a.m.<br>Courtroom: 5A<br>Judge: The Honorable Roger T. Benitez<br>Action Filed: April 27, 2023 |

PLEASE TAKE NOTICE that on February 23, 2026, State Defendants filed the Declaration of James Schratz (ECF No. 333-2) in support of State Defendants' Opposition to Plaintiffs' Motion for Attorneys' Fees (ECF No. 333).

Due to a technical error in the electronic filing process, the PDF file located at ECF No. 333-2 is corrupted and cannot be opened.

Accordingly, State Defendants hereby lodge the attached Declaration of James Schratz, which is identical in substance to the version which State Defendants attempted to file earlier today.

1

This filing is submitted solely to correct a technical defect, and no substantive changes have been made.

Dated: February 23, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
DARRELL W. SPENCE
Supervising Deputy Attorney General

/s/ Katherine Bruck

KATHERINE BRUCK
Deputy Attorney General
*Attorneys for State Defendants*

# CERTIFICATE OF SERVICE

Case Name:   <u>Mirabelli et al. v. Olson, et al.</u>          No.   <u>3:23-cv-00768-BEN-VET</u>

I hereby certify that on <u>February 23, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **NOTICE OF LODGING OF CORRECTED DECLARATION OF JAMES SCHRATZ**

2. **DECLARATION OF JAMES P. SCHRATZ IN SUPPORT OF STATE DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>February 23, 2026</u>, at San Francisco, California.

|  |  |
|---|---|
| J. Sissov | /s/ J. Sissov |
| Declarant | Signature |

SA2024300204