Rob Bonta
Attorney General of California
Darrell W. Spence
Supervising Deputy Attorney General
Katherine Bruck
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102
 Telephone: (415) 229-0125
 Fax: (916) 732-7920
E-mail: Katherine.Bruck@doj.ca.gov
*Attorneys for State Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELIZABETH MIRABELLI, an individual, and LORI ANN WEST, an individual,**<br><br>Plaintiffs,<br><br>v.<br><br>**MARK OLSON, in his official capacity as President of the EUSD Board of Education, et al.,**<br><br>Defendants. | 3:23-cv-00768-BEN-VET<br><br>**STATE DEFENDANTS' NOTICE OF WITHDRAWAL OF PREVAILING PARTY ARGUMENT PERTAINING TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**<br><br>Date:         March 9, 2026<br>Time:         1:00 p.m.<br>Courtroom: 5A<br>Judge:        Hon. Roger T. Benitez<br><br>Action Filed:     April 27, 2023 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant Tony Thurmond, in his official capacity as California Superintendent of Public Instruction, the State Board of Education Members in their official capacities, and Rob Bonta, in his official capacity as California Attorney General (collectively, State Defendants), hereby withdraw the argument that Plaintiffs are not the prevailing party made in opposition to Plaintiffs' Motion for Attorneys' Fees (*see* Dkt No. 333) in light of the Supreme Court's order issued today, March 2, 2026, vacating the Ninth

1

State Defendants' Notice of Withdrawal of Prevailing Party Argument Pertaining to Plaintiffs' Motion for Attorneys' Fees (3:23-cv-00768-BEN-VET)

1  Circuit's stay of the permanent injunction. *See Mirabelli v. Bonta*, No. 25A810,
2  607 U.S. ___ (2026).

4  Dated:  March 2, 2026                Respectfully submitted,

   ROB BONTA
   Attorney General of California
   DARRELL W. SPENCE

   /s/ Katherine Bruck

   KATHERINE BRUCK
   Deputy Attorney General
   *Attorneys for State Defendants*

2

State Defendants' Notice of Withdrawal of Prevailing Party Argument Pertaining to Plaintiffs'
Motion for Attorneys' Fees (3:23-cv-00768-BEN-VET)

# CERTIFICATE OF SERVICE

Case Name:   **Mirabelli et al. v. Olson, et al.**   No.   **3:23-cv-00768-BEN-VET**

I hereby certify that on March 2, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STATE DEFENDANTS' NOTICE OF WITHDRAWAL OF PREVAILING PARTY ARGUMENT PERTAINING TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on March 2, 2026, at Sacramento, California.

| Christopher R. Irby | *S/ Christopher R. Irby* |
|---|---|
| Declarant | Signature |

SA2024300204
AG Cert of Service CM ECF no paper filers.docx