Charles S. LiMandri, SBN 110841
  cslimandri@limandri.com
Paul M. Jonna, SBN 265389
  pjonna@limandri.com
Jeffrey M. Trissell, SBN 292480
  jtrissell@limandri.com
William T. Duke, SBN 361823
  wduke@limandri.com
LiMANDRI & JONNA LLP
P.O. Box 9120
Rancho Santa Fe, CA 92067
Telephone: (858) 759-9930
Facsimile: (858) 759-9938

Peter Breen, *pro hac vice*
  pbreen@thomasmoresociety.org
THOMAS MORE SOCIETY
309 W. Washington St., Ste. 1250
Chicago, IL 60606
Tel: (312) 782-1680

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MIRABELLI, an individual, on behalf of herself and all others similarly situated; LORI ANN WEST, an individual, on behalf of herself and all others similarly situated; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MARK OLSON, in his official capacity as President of the EUSD Board of Education, et al.,<br><br>Defendants. | Case No.: 3:23-cv-0768-BEN-VET<br><br>**RESPONSE TO COURT'S MINUTE ORDER OF MARCH 4, 2026**<br><br>Judge:         Hon. Roger T. Benitez<br>Courtroom:  5A<br>Hearing Date: March 9, 2026<br>Hearing Time: 10:30 a.m. |

On March 4, 2026, the Court ordered the parties to submit a filing identifying by docket and page number where the Attorney General's January 11, 2024, Legal Alert titled "Forced Disclosure Policies re: Transgender and Gender Nonconforming Students" appears in the docket. Dkt. 339. Plaintiffs now submit that filing.

The Legal Alert was first attached as Exhibit 36 to Plaintiffs' First Amended Complaint filed on January 29, 2024. *See* Dkt. 80 at 319-327. When Defendant Bonta moved to dismiss the FAC, he also included the Legal Alert as Exhibit 5 to a request for judicial notice. *See* Dkt. 97 at 49-53. When Plaintiffs filed their Second Amended Complaint on August 13, 2024, it was again attached—this time as Exhibit 39. *See* Dkt. 133 at 383-91.

The Legal Alert was not included in Plaintiffs' original motion for summary judgment filed on August 16, 2024. But it was included with Plaintiffs' renewed motion for summary judgment filed on July 16, 2025. *See* Dkt. 247-17 at 242-50. At that time, it was submitted alongside the deposition of the Attorney General's Rule 30(b)(6) designee, who also discussed it at length. *See, e.g.*, Dkt. 247-17 at 79-82.

Respectfully submitted,

LiMANDRI & JONNA LLP

Dated: March 6, 2026      By: _____
Charles S. LiMandri
Paul M. Jonna
Jeffrey M. Trissell
William T. Duke
Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

*Elizabeth Mirabelli v. Mark Olson, President of the EUSD Board of Education, et al.*

USDC Court Case No.: 3:23-cv-00768-BEN-VET
_____

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; my business address is P.O. Box 9120, Rancho Santa Fe, California 92067, and that I served the following document(s):

- **RESPONSE TO COURT'S MINUTE ORDER OF MARCH 4, 2026.**

on the interested parties in this action by placing a true copy in a sealed envelope, addressed as follows:

| | |
|---|---|
| Darrell Spence, Superv. Dep. Att'y Gen.<br>Kevin L. Quade, Dep. Att'y Gen.<br>California Department of Justice<br>1300 I Street, Suite 125<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>Telephone: (916) 210-6089<br>E-Mail: Darrell.Spence@doj.ca.gov<br>E-Mail: kevin.quade@doj.ca.gov<br>E-Mail: Julie.Veroff@doj.ca.gov<br>E-Mail: Helen.Hong@doj.ca.gov<br>E-Mail: Samuel.Harbourt@doj.ca.gov<br>E-Mail: Joshua.Klein@doj.ca.gov<br><br>Darin L. Wessel, Dep. Att'y Gen.<br>California Department of Justice<br>600 W Broadway Ste 1800<br>San Diego, CA 92101-3375<br>Telephone: (619) 738-9125<br>E-Mail: Darin.Wessel@doj.ca.gov<br>**Attorneys for CDE Defendants** | Emmanuelle Soichet, Dep. Att'y Gen.<br>Jennifer Bunshoft, Dep. Att'y Gen.<br>Shatti Hoque, Dep. Att'y Gen.<br>California Department of Justice<br>455 Golden Gate Ave., Ste. 1100<br>San Francisco, CA 94102-7004<br>E-Mail: emmanuelle.soichet@doj.ca.gov<br>E-Mail: Jennifer.Bunshoft@doj.ca.gov<br>E-Mail: shatti.hoque@doj.ca.gov<br><br>Daniel R. Shinoff, Esq.<br>Jack Sleeth, Esq.<br>Maurice Bumbu, Esq.<br>Lauren Cambronero, Esq.<br>Artiano Shinoff<br>3636 Fourth Avenue, Suite 200<br>San Diego, CA 92103<br>Tel: 619-232-3122<br>E-Mail: dshinoff@as7law.com<br>E-Mail: nlay@as7law.com<br>E-Mail: jsleeth@as7law.com<br>E-Mail: mbumbu@as7law.com<br>E-Mail: lcambronero@as7law.com<br>**Attorneys for EUSD Defendants** |

__X__ **(BY ELECTRONIC MAIL)** I served a true copy, electronically on designated recipients via electronic transmission of said documents.

__X__ **(BY ELECTRONIC FILING/SERVICE)** I caused such document(s) to be Electronically Filed and/or Service using the ECF/CM System for filing and transmittal of the above documents to the above-referenced ECF/CM registrants.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct. Executed on March 6, 2026, at Rancho Santa Fe, California.

_____
Kathy Denworth