ROB BONTA
Attorney General of California
DARRELL W. SPENCE (SBN: 248011)
Supervising Deputy Attorney General
JENNIFER A. BUNSHOFT (SBN: 197306)
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3377
 Fax:  (415) 703-5480
 E-mail:  Jennifer.Bunshoft@doj.ca.gov
*Attorneys for State Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELIZABETH MIRABELLI, an individual, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**MARK OLSON, in his official capacity as President of the EUSD Board of Education, et al.,**<br><br>Defendants. | 3:23-cv-00768-BEN-VET<br><br>**RESPONSE TO COURT'S REQUEST FOR RECORD LOCATIONS RE: ATTORNEY GENERAL'S LEGAL ALERT**<br><br>Date:        March 9, 2025<br>Time:       1:00 p.m.<br>Dept:        5A<br>Judge:      The Honorable Roger T. Benitez<br><br>Trial Date:   Not Set<br>Action Filed:   4/27/2023 |

Defendant Rob Bonta, in his official capacity as Attorney General of California, Defendant Tony Thurmond, in his official capacity as California Superintendent of Public Instruction, and the State Board of Education Members in their official capacities (collectively, State Defendants), submit the following response to the Court's minute order, dated March 4, 2026, directing the parties to indicate in a filing those places where the Attorney General's January 11, 2024 Legal Alert concerning Forced Disclosure Policies re: Transgender and Gender Nonconforming Students (Legal Alert) appears in the court record, by docket

number and page number.  Based on their review of the records, State Defendants have identified the following locations where the Legal Alert appears as an exhibit, as well as additional locations where the Legal Alert is cited and/or discussed in briefing:

**Places in the Court Record Where the Legal Alert Appears as an Exhibit:**

| ECF Number | Page Numbers | Document Title |
|---|---|---|
| 80 | 324-227(Exh. 36); *See also* 61:8-15 | First Amended Complaint |
| 97 | 50-53 (Exh. 5) 2:17-21 | Defendant Bonta's Request for Judicial Notice in Support of Motion to Dismiss |
| 118-3 | 399-402 (Exh. 39 to Exhibit 1) | Declaration of Paul Jonna in Support of Motion for Leave to Amend the Complaint – Exhibit 1 |
| 133 | 388-391 (Exh. 39) | Second Amended Complaint |
| 214 | 117-120 (Exh. 11) | Plaintiff' Ex Parte Application for Leave to Supplement their Opposition to the CDE Defendants' Motion to Dismiss |
| 247-17 | 247-250 (Exh. E-15) | Plaintiffs' Renewed Motion for Summary Judgment – Exhibit Series E |
| 339 | 4-8; *See also* 3:12-15 | Defendants' Response to Court's Questions During 3/2/26 Hearing |

**Places in the Court Record Where the Legal Alert is Discussed/Cited, But Not Included as Exhibit:**

| ECF Number | Page Numbers | Document Title |
|---|---|---|
| 96 | 8 fn 1; 11:4-8; 20-21 fn 2 | Defendant Bonta's Motion to Dismiss the First Amended Complaint |
| 97-1 | 2:22-27 | Declaration of Emmanuelle Soichet in Support of Defendant Bonta's Motion to Dismiss |
| 98 | 4 fn 3; 18:15-22 | Plaintiffs' Memorandum of Points and Authorities in Opposition to Newsom and Bonta's Motion to Dismiss |
| 101 | 5:21-22 | Reply in Support of Defendant Bonta's Motion to Dismiss |
| 118 | 83:20-27 | Notice of Motion and Plaintiffs' Motion for Leave to Amend the Complaint |

| 156-1 | 23:22-25 | Memorandum of Points and Authorities in support of Defendants' Motion to Dismiss Second Amended Complaint |
|---|---|---|
| 165 | 13:15-19 | Defendants' Opposition to Motion for Preliminary Injunction |
| 247-13 | 4:19-22 (referencing Exh. E-15) | Declaration of Paul Jonna in Support of Motion for Summary Judgment |
| 247-17 | Exh. E (Numerous references to Legal Alert in Deposition of Attorney General's PMK Laura Faer) | Plaintiffs' Renewed Motion for Summary Judgment – Exhibit Series E |
| 256 | 15 fn. 1; 31:7-15 | Defendants' Opposition to Motion for Summary Judgment |

Dated: March 6, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
DARRELL W. SPENCE
Supervising Deputy Attorney General

*/s/ Jennifer Bunshoft*

JENNIFER A. BUNSHOFT
Deputy Attorney General
*Attorneys for State Defendants*

SA2024300204

# CERTIFICATE OF SERVICE

Case Name:   **Mirabelli et al. v. Olson, et al.**         No.   **3:23-cv-00768-BEN-VET**

I hereby certify that on **March 6, 2026,** I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**RESPONSE TO COURT'S REQUEST FOR RECORD LOCATIONS RE: ATTORNEY GENERAL'S LEGAL ALERT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **March 6, 2026,** at Los Angeles, California.

| A. Trujillo | /s/A. Trujillo |
|---|---|
| Declarant | Signature |

SA2024300204
68301976