FILED

MAR 9 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ELIZABETH MIRABELLI, an individual; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of California; et al., <br><br> Defendants - Appellants, <br><br> and <br><br> MARK OLSON, in his official capacity as President of the EUSD Board of Education; et al., <br><br> Defendants. | No. 25-8056 <br><br> D.C. No. 3:23-cv-00768-BEN-VET <br> Southern District of California, San Diego <br><br> ORDER |

Before: MURGUIA, Chief Judge, and HURWITZ and MENDOZA, Circuit Judges.

Judges Murguia and Mendoza vote to deny the Motion for Reconsideration En Banc and Judge Hurwitz so recommends.

The full court has been advised of the Motion for Reconsideration En Banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 40.

The Motion for Reconsideration En Banc is DENIED (Doc. 14).