ROB BONTA
Attorney General of California
DARRELL W. SPENCE (SBN: 248011)
Supervising Deputy Attorney General
JENNIFER A. BUNSHOFT (SBN: 197306)
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 510-3377
 Fax: (415) 703-5480
 E-mail: Jennifer.Bunshoft@doj.ca.gov
*Attorneys for State Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELIZABETH MIRABELLI, an individual, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**MARK OLSON, in his official capacity as President of the EUSD Board of Education, et al.,**<br><br>Defendants. | 3:23-cv-00768-BEN-VET<br><br>**STATE DEFENDANTS' RESPONSE REGARDING PROPOSED AMENDED INJUNCTION**<br><br>Date: March 9, 2025<br>Time: 1:00 p.m.<br>Dept: 5A<br>Judge: The Honorable Roger T. Benitez<br><br>Trial Date: Not Set<br>Action Filed: 4/27/2023 |

Defendant Rob Bonta, in his official capacity as Attorney General of California, Defendant Tony Thurmond, in his official capacity as California Superintendent of Public Instruction, and the State Board of Education Members in their official capacities (collectively, State Defendants), submit the following response to the Court's minute order, dated March 9, 2026, directing the State Defendants to inform the Court whether the terms of the Amended Injunction are acceptable by March 10, 2026 at 5 p.m.

1

1     State Defendants appreciate the Court's willingness to add the Court's
2 proposed paragraph 5 to the Injunction, but are not prepared to withdraw their
3 pending emergency motion in the Ninth Circuit at this time.
4     State Defendants will alert the Ninth Circuit of the Court's proposed language
5 that would be added as paragraph 5 to the Injunction.

Dated: March 10, 2026                       Respectfully submitted,

ROB BONTA
Attorney General of California
DARRELL W. SPENCE
Supervising Deputy Attorney General

*/s/ Jennifer Bunshoft*

JENNIFER A. BUNSHOFT
Deputy Attorney General
*Attorneys for State Defendants*

SA2024300204

# CERTIFICATE OF SERVICE

Case Name:  **Mirabelli et al. v. Olson, et al.**          No.    **3:23-cv-00768-BEN-VET**

I hereby certify that on March 10, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STATE DEFENDANTS' RESPONSE REGARDING PROPOSED AMENDED INJUNCTION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on March 10, 2026, at Los Angeles, California.

| A. Trujillo | /s/ A. Trujillo |
|---|---|
| Declarant | Signature |

SA2024300204
68308759