Charles S. LiMandri, SBN 110841
  cslimandri@limandri.com
Paul M. Jonna, SBN 265389
  pjonna@limandri.com
Jeffrey M. Trissell, SBN 292480
  jtrissell@limandri.com
William T. Duke, SBN 361823
  wduke@limandri.com
LiMANDRI & JONNA LLP
P.O. Box 9120
Rancho Santa Fe, CA 92067
Telephone: (858) 759-9930
Facsimile: (858) 759-9938

Peter Breen, *pro hac vice*
  pbreen@thomasmoresociety.org
THOMAS MORE SOCIETY
309 W. Washington St., Ste. 1250
Chicago, IL 60606
Tel: (312) 782-1680

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MIRABELLI, an individual, on behalf of herself and all others similarly situated; LORI ANN WEST, an individual, on behalf of herself and all others similarly situated; et al., <br><br> Plaintiffs, <br><br> v. <br><br> MARK OLSON, in his official capacity as President of the EUSD Board of Education, et al., <br><br> Defendants. | Case No.: 3:23-cv-0768-BEN-VET <br><br> **SECOND SUPPLEMENTAL DECLARATION OF PAUL M. JONNA, ESQ., IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES** <br><br> Judge:     Hon. Roger T. Benitez <br> Courtroom:    5A |

I, Paul M. Jonna, Esq., declare and state as follows:

1.      I am an attorney at law duly licensed to practice in the State of California and in the Southern District of California. I am a Partner with LiMandri & Jonna LLP, and am counsel of record for Plaintiffs in this action. The matters discussed below are based on my own personal knowledge. I could and would testify to them if called upon to do so in court.

2.      On February 2, 2026, Plaintiffs filed their motion for attorneys' fees. That motion was accompanied by a declaration from me identifying our fees incurred from September 7, 2022 through January 30, 2026. *See* Dkt. 323-2. On February 26, 2026, Plaintiffs filed their reply papers and included a supplemental declaration from me showing our time incurred from January 31, 2026 through February 26, 2026. *See* Dkt. 336-1.

3.      On March 24, 2026, this Court set a hearing on State Defendants' ex parte application to modify the permanent injunction. In that order, the Court stated that "[i]f Plaintiffs intend to seek attorneys fees for responding to the States ex parte motion, they shall file their fee request no later than 10:00 a.m. on Monday, March 30, 2026." *See* Dkt. 360.

4.      Attached hereto as **Exhibit 28** is a printout of an excel sheet containing that supplemental time incurred at the district court level since February 27, 2026. To be clear, none of the declarations submitted to date, including this one, have included the substantial amount of time Plaintiffs have spent litigating before the Ninth Circuit and the U.S. Supreme Court. Exhibit 28 includes one additional timekeeper, Shawn A. McMillan, Esq., whose hours are being sought at the rate of $1,050 per hour.

5.      The subsequently incurred fees increase the total lodestar to $4,337,704.20. Imposing the 10% voluntary reduction to account for any potential over-billing lowers the lodestar to $3,903,933.78. Adding a 1.25 multiplier brings the lodestar to $4,879,917.23.

6.    Attached hereto as Exhibit 29 are additional non-taxable costs in the form of Mr. Breen's travel costs for the March 9, 2026, motion for attorneys' fees hearing and his travel costs for the March 30, 2026. hearing. Those costs total $2,585.39.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on March 29, 2026, in Rancho Santa Fe, California.

_____
Paul M. Jonna, Esq.

2D SUPPL. DECL. OF PAUL. M. JONNA, ESQ.,
ISO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

EXHIBIT 28

| Timekeeper | Initials | 2026 Rate | Hours |
|---|---|---|---|
| Principals/Executives | | | |
| Charles S. LiMandri (1983) (42 years) (L&J) | CSL | $1,512 | 102.2 |
| Paul M. Jonna (2009) (16 years) (L&J) | PMJ | $1,368 | 1071.8 |
| Peter C. Breen (2000) (25 years) (TMS) | PCB | $1,368 | 53 |
| Joan M. Mannix (1989) (36 years) (TMS) | JMM | $1,368 | 32.2 |
| H. Tomás Gómez-Arostegui (1997) (28 years) (Solo) | TGA | $1,368 | 10 |
| Frank J. Coughlin (1993) (32 years) (Solo) | FJC | $1,050 | 53.2 |
| Norman D. Grissom (2005) (17 years) (Solo) | NDG | $1,050 | 67.9 |
| Shawn A. McMillan (2000) (25 years) | SAM | $1,050 | 4.2 |
| Senior Attorneys | | | |
| Mark D. Myers (2001) (24 years) (L&J) | MDM | $1,278 | 87.6 |
| Jeffrey M. Trissell (2013) (12 years) (L&J) | JMT | $1,050 | 1938.6 |
| Robert E. Weisenburger (2015) (10 yrs) (L&J) | REW | $1,050 | 9.4 |
| Mary Catherine Martin (2003) (22 yrs) (TMS) | MCM | $1,278 | 3.8 |
| Matthew F. Heffron (1984) (41 years) (TMS) | MFH | $1,278 | 20 |
| Michael G. McHale (2009) (16 years) (TMS) | MGH | $1,050 | 17.6 |
| Associates/Staff Counsel | | | |
| Joshua A. Youngkin (2011) (14 years) (L&J) | JAY | $840 | 16.2 |
| Milan L. Brandon (2016) (9 years) (L&J) | MLB | $840 | 88.4 |
| Brian M. McPherson (2022) (3 years) (L&J) | BMM | $610 | 45 |
| William T. Duke (2024) (1 year) (L&J) | WTD | $450 | 140.8 |
| Christopher J. Galiardo (2015) (10 yrs) (TMS) | CJG | $840 | 19.1 |
| Support | | | |
| Kathy Denworth (Paralegal) (L&J) | KD | $240 | 100 |
| Robert Muldowney (Paralegal) (L&J) | RM | $240 | 60 |
| Rebecca Oakley (Paralegal) (L&J) | RO | $240 | 42.4 |
| Kate Howell (Paralegal) (L&J) | KH | $240 | 0.2 |
| Matthew Zavaro (Law Clerk) (L&J) | MZ | $300 | 66 |
| Amelia Knapp (Paralegal) (TMS) | AK | $240 | 3.45 |

| No. | Date | Atty. | Description | Hrs. | Rate | Fees |
|---|---|---|---|---|---|---|
| 4052 | 02/27/26 | PMJ | Prepare outline for motion for attorneys' fees hearing. | 0.80 | $1,368.00 | $1,094.40 |
| 4053 | 02/27/26 | PMJ | Prepare for motion for attorneys' fees hearing. | 1.80 | $1,368.00 | $2,462.40 |
| 4054 | 02/27/26 | CSL | Multiple e-mail correspondence regarding motion for attorneys' fees issue; Conference with Mr. Jonna regarding same. | 0.40 | $1,512.00 | $604.80 |
| 4055 | 02/28/26 | PMJ | Continue working on outline for motion for attorneys' fees hearing. | 1.60 | $1,368.00 | $2,188.80 |
| 4056 | 02/28/26 | PMJ | Additional preparation for motion for attorneys' fees hearing; Continue working on outline for same. | 1.00 | $1,368.00 | $1,368.00 |
| 4057 | 03/01/26 | PMJ | Review and respond to client e-mail correspondence regarding ████ ████ | 0.20 | $1,368.00 | $273.60 |
| 4058 | 03/01/26 | PMJ | Continue working on outline for motion for attorneys' fees hearing. | 0.80 | $1,368.00 | $1,094.40 |
| 4059 | 03/01/26 | PMJ | Continue to prepare for motion for attorneys' fees hearing. | 1.20 | $1,368.00 | $1,641.60 |
| 4060 | 03/01/26 | JMT | Review outline for oral argument on motion for attorneys' fees; call with Paul Jonna about same. | 0.80 | $1,050.00 | $840.00 |
| 4061 | 03/02/26 | PMJ | Prepare for hearing on motion for fees | 0.40 | $1,368.00 | $547.20 |
| 4062 | 03/02/26 | JMT | Telephone conference to chambers about Paul Jonna's illness. | 0.20 | $1,050.00 | $210.00 |
| 4063 | 03/02/26 | JMT | E-mail correspondence to opposing counsel about Paul Jonna's illness. | 0.20 | $1,050.00 | $210.00 |
| 4064 | 03/02/26 | PMJ | Call with clerk and e-mail correspondence to counsel regarding motion for fees hearing | 0.20 | $1,368.00 | $273.60 |
| 4065 | 03/02/26 | PMJ | Prepare for hearing on motion for fees | 0.20 | $1,368.00 | $273.60 |
| 4066 | 03/02/26 | PMJ | Prepare for hearing on motion for fees | 0.60 | $1,368.00 | $820.80 |
| 4067 | 03/02/26 | PMJ | Prepare for and attend brief motion for fees hearing during which Court | 0.80 | $1,368.00 | $1,094.40 |

2

| No. | Date | Atty. | Description | Hrs. | Rate | Fees |
|---|---|---|---|---|---|---|
| | | | continues the hearing and directs counsel to address some preliminary issues. | | | |
| 4068 | 03/02/26 | JMT | Prepare for and attend brief motion for fees hearing during which Court continues the hearing and directs counsel to address some preliminary issues. | 0.80 | $1,050.00 | $420.00 |
| 4069 | 03/02/26 | CSL | Telephone conference with Mr. Jonna regarding hearing on motion for attorneys' fees; Emails regarding same. | 1.00 | $1,512.00 | $1,512.00 |
| 4070 | 03/03/26 | PMJ | Multiple strategy meetings with team regarding next steps regarding appeal and motion for fees | 0.60 | $1,368.00 | $820.80 |
| 4071 | 03/03/26 | JMT | E-mail correspondence to Paul Jonna about issue regarding non-taxable costs. | 0.40 | $1,050.00 | $420.00 |
| 4072 | 03/03/26 | PMJ | Assess next steps regarding resolving issue with bill of costs | 0.20 | $1,368.00 | $273.60 |
| 4073 | 03/03/26 | JMT | Work on ex parte application regarding non-taxable costs. | 1.00 | $1,050.00 | $1,050.00 |
| 4074 | 03/03/26 | PMJ | Review status report filed by counsel for the Attorney General responding to the Court's questions at the March 2 hearing | 0.20 | $1,368.00 | $273.60 |
| 4075 | 03/04/26 | JMT | Draft ex parte application to supplement motion for attorneys' fees with additional non-taxable costs | 0.80 | $1,050.00 | $840.00 |
| 4076 | 03/04/26 | JMT | Draft letter to Darrell Spence regarding compliance with permanent injunction. | 1.00 | $1,050.00 | $1,050.00 |
| 4077 | 03/04/26 | JMT | Review new case, Galette v. NJ Transit Corp and its affect on EUSD's sovereign immunity argument. | 0.40 | $1,050.00 | $420.00 |
| 4078 | 03/04/26 | PMJ | Review and approve draft ex parte application regarding non taxable costs | 0.20 | $1,368.00 | $273.60 |

| No. | Date | Atty. | Description | Hrs. | Rate | Fees |
|---|---|---|---|---|---|---|
| 4079 | 03/04/26 | PMJ | Review and revise letter to Attorneys Spence and Veroff regarding compliance with permanent injunction | 0.20 | $1,368.00 | $273.60 |
| 4080 | 03/04/26 | JMT | Finalize ex parte application to supplement motion for fees. | 0.20 | $1,050.00 | $210.00 |
| 4081 | 03/04/26 | PMJ | Assess next steps regarding state's compliance with trial court order | 0.20 | $1,368.00 | $273.60 |
| 4082 | 03/04/26 | JMT | Research into where the Attorney General's Legal Alert is cited in the docket. | 0.60 | $1,050.00 | $630.00 |
| 4083 | 03/04/26 | KD | Review and finalize ex parte application to supplement motion for attorneys' fees with additional litigation costs, declaration of Paul Jonna, and proposed order; File with court and serve opposing counsel with same; E-mail correspondence to Judge Benitez with proposed order. | 0.40 | $240.00 | $96.00 |
| 4084 | 03/04/26 | KD | E-mail correspondence to attorney service to deliver courtesy copy of ex parte application to supplement motion for attorneys' fees with additional litigation costs and supporting papers to Judge Benetiz. | 0.20 | $240.00 | $48.00 |
| 4085 | 03/04/26 | JMT | Redraft of letter to opposing counsel. | 1.20 | $1,050.00 | $1,260.00 |
| 4086 | 03/04/26 | PMJ | Assess response to Judge Benitez order regarding docket locations for AG Legal Alert | 0.20 | $1,368.00 | $273.60 |
| 4087 | 03/04/26 | JMT | Review order for supplemental briefing; research and emails regarding same. | 0.60 | $1,050.00 | $630.00 |
| 4088 | 03/04/26 | PMJ | Review and revise settlement demand letter to Attorney Spence | 0.20 | $1,368.00 | $273.60 |
| 4089 | 03/04/26 | JMT | Edits to settlement letter to Attorney General. | 0.20 | $1,050.00 | $210.00 |
| 4090 | 03/04/26 | MGM | Review P. Jonna and J. Trissell motion to supplement fee petition in | 0.40 | $1,050.00 | $420.00 |

4

| No. | Date | Atty. | Description | Hrs. | Rate | Fees |
|---|---|---|---|---|---|---|
|  |  |  | district court, correspond w/ them re: same |  |  |  |
| 4091 | 03/05/26 | PMJ | Review and revise letter to opposing counsel regarding compliance with court order and settlement | 0.20 | $1,368.00 | $273.60 |
| 4092 | 03/05/26 | JMT | Edits to settlement letter to Mr. Spence. | 0.60 | $1,050.00 | $630.00 |
| 4093 | 03/05/26 | PMJ | Review and analyze response to ex parte application to supplemental motion for attorneys fees with additional litigation costs | 0.20 | $1,368.00 | $273.60 |
| 4094 | 03/05/26 | JMT | Further edits to settlement letter to Spence. | 0.20 | $1,050.00 | $210.00 |
| 4095 | 03/05/26 | JMT | Review opposition to ex parte and draft reply. | 0.20 | $1,050.00 | $210.00 |
| 4096 | 03/05/26 | PMJ | Review and revise correspondence to counsel regarding compliance with court order; discuss same with Mr. Trissell | 0.40 | $1,368.00 | $547.20 |
| 4097 | 03/05/26 | JMT | Edits to letter to Darrell Spence. | 0.60 | $1,050.00 | $630.00 |
| 4098 | 03/05/26 | PMJ | Review final edits to settlement letter to Spence | 0.20 | $1,368.00 | $273.60 |
| 4099 | 03/05/26 | PMJ | Review and analyze letter from Attorney Veroff | 0.20 | $1,368.00 | $273.60 |
| 4100 | 03/05/26 | JMT | Further edits to letter to Attorney General. | 1.80 | $1,050.00 | $1,890.00 |
| 4101 | 03/05/26 | JMT | Call with Peter Breen and Paul Jonna about how to respond to Attorney General's inquiry about modification of the stay order. | 0.60 | $1,050.00 | $630.00 |
| 4102 | 03/05/26 | JMT | Draft reply in support of ex parte to supplement fees motion with costs. | 0.80 | $1,050.00 | $840.00 |
| 4103 | 03/05/26 | PMJ | Review and revise settlement demand letter regarding appeal and next steps | 0.40 | $1,368.00 | $547.20 |
| 4104 | 03/05/26 | JMT | Draft response to Judge Benitez's March 4, 2026 minute order. | 0.40 | $1,050.00 | $420.00 |

5

| No. | Date | Atty. | Description | Hrs. | Rate | Fees |
|---|---|---|---|---|---|---|
| 4105 | 03/06/26 | PMJ | Review and approve response to Judge Benitez' order regarding Attorney General alert | 0.20 | $1,368.00 | $273.60 |
| 4106 | 03/06/26 | JMT | Work on reply in support of ex parte for costs. | 2.20 | $1,050.00 | $2,310.00 |
| 4107 | 03/06/26 | PMJ | Review and analyze CSBA guidance document | 0.20 | $1,368.00 | $273.60 |
| 4108 | 03/06/26 | PMJ | Review and approve reply in support of motion to supplements costs | 0.20 | $1,368.00 | $273.60 |
| 4109 | 03/06/26 | KD | Review and finalize reply in support of ex parte application to supplement motion for attorneys' fees and supplemental declaration of Paul Jonna; File with court and serve opposing counsel with same. | 0.40 | $240.00 | $96.00 |
| 4110 | 03/06/26 | KD | Review and finalize response to court's minute order of March 4, 2026; File with court and serve opposing counsel with same. | 0.40 | $240.00 | $96.00 |
| 4111 | 03/06/26 | JMT | All plaintiff meeting about ███ ███ | 0.60 | $1,050.00 | $630.00 |
| 4112 | 03/06/26 | PMJ | Provide clients with ███ ███ | 0.80 | $1,368.00 | $1,094.40 |
| 4113 | 03/07/26 | PMJ | Call with client regarding ███ ███ | 0.20 | $1,368.00 | $273.60 |
| 4114 | 03/07/26 | PMJ | Prepare for hearing on motion for fees | 0.20 | $1,368.00 | $273.60 |
| 4115 | 03/07/26 | PMJ | Prepare for hearing on motion for fees | 0.40 | $1,368.00 | $547.20 |
| 4116 | 03/07/26 | PMJ | Prepare for attorneys fees hearing | 0.20 | $1,368.00 | $273.60 |
| 4117 | 03/08/26 | PMJ | Prepare for hearing on motion for attorneys fees | 0.80 | $1,368.00 | $1,094.40 |
| 4118 | 03/08/26 | JMT | Conference with Paul Jonna and Peter Breen to prepare for fees hearing. | 0.80 | $1,050.00 | $840.00 |
| 4119 | 03/08/26 | PCB | Conference with Paul Jonna and Jeff Trissell to prepare for fees hearing | 0.80 | $1,368.00 | $1,094.40 |

| No. | Date | Atty. | Description | Hrs. | Rate | Fees |
|---|---|---|---|---|---|---|
| 4120 | 03/08/26 | PCB | Travel to San Diego for motion for attorneys' fees hearing. | 5.00 | $1,368.00 | $6,840.00 |
| 4121 | 03/09/26 | PMJ | Prepare for hearing on motion for attorneys fees | 1.20 | $1,368.00 | $1,641.60 |
| 4122 | 03/09/26 | PMJ | Travel to and from and attend hearing on motion for attorneys fees; argue motion | 6.00 | $1,368.00 | $8,208.00 |
| 4123 | 03/09/26 | JMT | Travel to and from and attend hearing on motion for attorneys' fees. | 6.00 | $1,050.00 | $6,300.00 |
| 4124 | 03/09/26 | PCB | Travel to and from and attend hearing on motion for attorneys' fees. | 6.00 | $1,368.00 | $8,208.00 |
| 4125 | 03/09/26 | MGM | Correspond w/ P.Breen re: district court fees hearing and arguments, colluquy re: modifying injunction terms | 0.20 | $1,050.00 | $210.00 |
| 4126 | 03/10/26 | PCB | Travel back from San Diego after motion for attorneys' fees hearing. | 5.00 | $1,368.00 | $6,840.00 |
| 4127 | 03/10/26 | PMJ | Follow up regarding motion for attorneys fees and next steps | 0.20 | $1,368.00 | $273.60 |
| 4128 | 03/12/26 | PMJ | Assess case status and next steps with team | 0.20 | $1,368.00 | $273.60 |
| 4129 | 03/12/26 | PMJ | Review e-mail correspondence from Tom Brejcha regarding case status | 0.20 | $1,368.00 | $273.60 |
| 4130 | 03/17/26 | PMJ | E-mail correspondence to opposing counsel regarding settlement | 0.20 | $1,368.00 | $273.60 |
| 4131 | 03/17/26 | JMT | Draft proposed e-mail correspondence to Attorney Veroff; research regarding duties of teachers. | 0.80 | $1,050.00 | $840.00 |
| 4132 | 03/17/26 | PMJ | E-mail correspondence with Julie Veroff regarding settlement | 0.20 | $1,368.00 | $273.60 |
| 4133 | 03/18/26 | PMJ | Prepare for status conference | 0.20 | $1,368.00 | $273.60 |
| 4134 | 03/18/26 | PMJ | Review and respond to call from Darrell Spence regarding proposed ex parte application to modify injunction before district court | 0.20 | $1,368.00 | $273.60 |

7

| No. | Date | Atty. | Description | Hrs. | Rate | Fees |
|---|---|---|---|---|---|---|
| 4135 | 03/19/26 | JMT | Research into  settlements against local school districts. | 0.20 | $1,050.00 | $210.00 |
| 4136 | 03/19/26 | JMT | Call with ▮▮▮▮▮▮▮ regarding settlement of employment claims in this context. | 0.40 | $1,050.00 | $420.00 |
| 4137 | 03/19/26 | CSL | Review article on Ninth Circuit Court of Appeal denial of State's motion to modify permanent injunction; Review State's motion to modify permanent injunction to Judge Benitez. | 1.00 | $1,512.00 | $1,512.00 |
| 4138 | 03/20/26 | PMJ | Call clerk regarding ex parte opposition | 0.20 | $1,368.00 | $273.60 |
| 4139 | 03/20/26 | PMJ | Assess case status and next steps regarding settlement | 0.20 | $1,368.00 | $273.60 |
| 4140 | 03/20/26 | JMT | Work on opposition to ex parte application to modify permanent injunction. | 1.40 | $1,050.00 | $1,470.00 |
| 4141 | 03/20/26 | JMT | Review new Los Angeles Times article. | 0.20 | $1,050.00 | $210.00 |
| 4142 | 03/20/26 | PMJ | Review and analyze state defendants' ex parte motion to modify injunction | 0.20 | $1,368.00 | $273.60 |
| 4143 | 03/20/26 | JMT | Work on opposition to ex parte. | 5.00 | $1,050.00 | $5,250.00 |
| 4144 | 03/20/26 | PMJ | Review law of standard for child abuse | 0.20 | $1,368.00 | $273.60 |
| 4145 | 03/21/26 | PMJ | Review and revise opposition to ex parte application to modify the injunction before the district court | 0.60 | $1,368.00 | $820.80 |
| 4146 | 03/21/26 | JMT | Edits to opposition to ex parte regarding stay pending appeal. | 1.00 | $1,050.00 | $1,050.00 |
| 4147 | 03/21/26 | PMJ | Make final edits to opposition to modify district court injunction | 0.20 | $1,368.00 | $273.60 |
| 4148 | 03/21/26 | CJG | Email to/from Joan Mannix re: Jeff Trissell's draft opposition to CA new ex parte motion | 0.10 | $840.00 | $84.00 |
| 4149 | 03/22/26 | PCB | Review draft opposition to modify permanent injunction; conference | 2.80 | $1,368.00 | $3,830.40 |

| No. | Date | Atty. | Description | Hrs. | Rate | Fees |
|---|---|---|---|---|---|---|
| | | | with Michael McHale regarding same; propose revisions to same. | | | |
| 4150 | 03/22/26 | MGM | Review draft opposition to modify permanent injunction; conference with Peter Breen regarding same; edits to same. | 5.00 | $1,050.00 | $5,250.00 |
| 4151 | 03/23/26 | PMJ | Review and analyze ACLU Know Your Rights Page regarding Mirabelli v Bonta | 0.20 | $1,368.00 | $273.60 |
| 4152 | 03/23/26 | JMT | Review TMS proposed edits to opposition to ex parte. | 0.20 | $1,050.00 | $210.00 |
| 4153 | 03/23/26 | PMJ | Calls and e-mail correspondence with team regarding opposition to motion to modify injunction | 0.20 | $1,368.00 | $273.60 |
| 4154 | 03/23/26 | JMT | Conference with TMS and Paul Jonna about opposition to ex parte. | 0.60 | $1,050.00 | $630.00 |
| 4155 | 03/23/26 | PMJ | Call with team regarding proposed edits to injunction language for motion before district court | 0.80 | $1,368.00 | $1,094.40 |
| 4156 | 03/23/26 | JMT | Edits to opposition to ex parte. | 1.40 | $1,050.00 | $1,470.00 |
| 4157 | 03/23/26 | PMJ | Review and analyze ███ memorandum on Mirabelli decision | 0.20 | $1,368.00 | $273.60 |
| 4158 | 03/23/26 | PMJ | Review and revise proposed injunction language; call with team regarding same | 2.40 | $1,368.00 | $3,283.20 |
| 4159 | 03/23/26 | PMJ | Multiple calls and e-mail correspondence with team regarding edits to injunction language | 2.00 | $1,368.00 | $2,736.00 |
| 4160 | 03/23/26 | JMT | Work on opposition to ex parte; lengthy call with TMS about same. | 3.40 | $1,050.00 | $3,570.00 |
| 4161 | 03/23/26 | PMJ | Assess opposition to Attorney General's motion to modify injunction | 0.80 | $1,368.00 | $1,094.40 |
| 4162 | 03/23/26 | JMT | Further call regarding Peter Breen's edits to opposition. | 2.60 | $1,050.00 | $2,730.00 |
| 4163 | 03/23/26 | PMJ | Further calls regarding Peter Breen's edits to opposition; research and discuss same. | 3.00 | $1,368.00 | $4,104.00 |

9

| No. | Date | Atty. | Description | Hrs. | Rate | Fees |
|---|---|---|---|---|---|---|
| 4164 | 03/23/26 | PMJ | Assess edits to permanent injunction with team | 2.20 | $1,368.00 | $3,009.60 |
| 4165 | 03/23/26 | PMJ | Review final edits to injunction language | 0.20 | $1,368.00 | $273.60 |
| 4166 | 03/23/26 | KD | Exchange telephone calls and text messages with Mr. Trissell regarding filing opposition to ex parte application to modify the preliminary injunction | 0.20 | $240.00 | $48.00 |
| 4167 | 03/23/26 | CSL | Conference with Mr. Trissell regarding new Ninth Circuit Court of Appeal cases | 0.40 | $1,512.00 | $604.80 |
| 4168 | 03/23/26 | PCB | Multiple lengthy calls regarding edits to opposition to modify permanent injunction; legal research regarding child welfare laws; edits to proposed injunctive language. | 7.00 | $1,368.00 | $9,576.00 |
| 4169 | 03/23/26 | MGM | Multiple lengthy calls regarding edits to opposition to modify permanent injunction; legal research regarding child welfare laws; edits to proposed injunctive language. | 7.00 | $1,050.00 | $7,350.00 |
| 4170 | 03/23/26 | CJG | Editing draft opposition to CA ex parte motion | 1.50 | $840.00 | $1,260.00 |
| 4171 | 03/23/26 | CJG | Teams call re: draft opposition | 0.60 | $840.00 | $504.00 |
| 4172 | 03/23/26 | CJG | Reviewing new draft of opposition to CA ex parte motion | 0.20 | $840.00 | $168.00 |
| 4173 | 03/23/26 | CJG | Numerous lengthy calls re: drafting new injunction language for opposition to CA ex parte motion, research re CA child welfare codes, follow-up emails | 5.00 | $840.00 | $4,200.00 |
| 4174 | 03/24/26 | PMJ | Review summary of CA child welfare laws | 0.20 | $1,368.00 | $273.60 |
| 4175 | 03/24/26 | KD | Review and finalize opposition to ex parte application to modify the permanent injunction and declaration of Paul Jonna; File with court; E-mail correspondence to opposing counsel with same; Email | 0.40 | $240.00 | $96.00 |

10

| No. | Date | Atty. | Description | Hrs. | Rate | Fees |
|---|---|---|---|---|---|---|
| | | | to attorney service for delivery of courtesy copy to court. | | | |
| 4176 | 03/24/26 | PMJ | Assess case strategy and next steps with team | 0.20 | $1,368.00 | $273.60 |
| 4177 | 03/24/26 | PMJ | Assess CPS and juvenile law issues in preparation for hearing on motion to modify injunction; discuss with subject matter experts | 1.00 | $1,368.00 | $1,368.00 |
| 4178 | 03/24/26 | CSL | Review notice of hearing on defendant's motion to modify preliminary injunction. | 0.20 | $1,512.00 | $302.40 |
| 4179 | 03/24/26 | CJG | Reviewing Peter Breen's email re: Welfare and Institutions Code | 0.10 | $840.00 | $84.00 |
| 4180 | 03/24/26 | CJG | Research into CA child abuse mandatory reporting system and process | 0.50 | $840.00 | $420.00 |
| 4181 | 03/25/26 | JMT | Review Attorney General's reply in support of ex parte to modify permanent injunction. | 0.20 | $1,050.00 | $210.00 |
| 4182 | 03/25/26 | PMJ | Assess CPS and Juvenile law issues with team in advance of motion hearing to modify injunction | 0.20 | $1,368.00 | $273.60 |
| 4183 | 03/25/26 | PMJ | Call with ███████████ regarding modification to injunction | 1.40 | $1,368.00 | $1,915.20 |
| 4184 | 03/25/26 | RO | Telephone call from ██████ ██ regarding how the recent rulings affect the school districts; E-mail correspondence to Mr. Trissell regarding same. | 0.20 | $240.00 | $48.00 |
| 4185 | 03/25/26 | JMT | Call with ████████████ and litigation team about ex parte to modify permanent injunciton | 0.60 | $1,050.00 | $630.00 |
| 4186 | 03/25/26 | PMJ | Assess edits to injunction to prepare for Monday's hearing | 0.40 | $1,368.00 | $547.20 |
| 4187 | 03/25/26 | CSL | Telephone conference with ██████ ██████ regarding referral of child custody attorney; Conference with Mr. Jonna regarding motion to modify permanent injunction. | 1.00 | $1,512.00 | $1,512.00 |

11

| No. | Date | Atty. | Description | Hrs. | Rate | Fees |
|---|---|---|---|---|---|---|
| 4188 | 03/25/26 | CJG | Update email to Joan Mannix and Tom Brejcha | 0.10 | $840.00 | $84.00 |
| 4189 | 03/25/26 | CJG | Reviewing new opposition language to CA ex parte motion | 0.20 | $840.00 | $168.00 |
| 4190 | 03/25/26 | CJG | Reviewing new opposition language to CA ex parte motion | 0.10 | $840.00 | $84.00 |
| 4191 | 03/26/26 | PMJ | Call with Child Dependency Expert to discuss hearing on motion to modify injunction; e-mail correspondence regarding same | 0.80 | $1,368.00 | $1,094.40 |
| 4192 | 03/26/26 | PMJ | E-mail correspondence with team to assess possible modifications to injunction | 0.20 | $1,368.00 | $273.60 |
| 4193 | 03/26/26 | PMJ | Assess next steps regarding modification to injunction. | 0.20 | $1,368.00 | $273.60 |
| 4194 | 03/26/26 | PMJ | Review proposed edits to injunction language | 0.20 | $1,368.00 | $273.60 |
| 4195 | 03/26/26 | PMJ | Call with CPS lawyers to prepare for hearing on motion to modify injunction | 1.00 | $1,368.00 | $1,368.00 |
| 4196 | 03/26/26 | PMJ | Assess proposed edits to injunction language | 0.60 | $1,368.00 | $820.80 |
| 4197 | 03/27/26 | PMJ | Call with team to discuss sur-reply and edits to injunction | 0.20 | $1,368.00 | $273.60 |
| 4198 | 03/27/26 | PMJ | Assess modifications to proposed injunction and CPS laws | 0.40 | $1,368.00 | $547.20 |
| 4199 | 03/27/26 | PMJ | Assess CPS/dependency rules to preparing for hearing | 0.40 | $1,368.00 | $547.20 |
| 4200 | 03/27/26 | JMT | Work on supplemental opposition to motion to modify permanent injunction. | 7.60 | $1,050.00 | $7,980.00 |
| 4201 | 03/27/26 | PMJ | Call with Shawn McMillan regarding submitting declaration. | 1.20 | $1,368.00 | $1,641.60 |
| 4202 | 03/27/26 | PMJ | Call with Erin Friday regarding submitting declaration. | 0.60 | $1,368.00 | $820.80 |

12

| No. | Date | Atty. | Description | Hrs. | Rate | Fees |
|---|---|---|---|---|---|---|
| 4203 | 03/27/26 | PMJ | Multiple calls and emails with TMS team regarding proposed injunctive language | 0.80 | $1,368.00 | $1,094.40 |
| 4204 | 03/27/26 | PMJ | Review draft supplemental opposition to ex parte to modify permanent injunction; edit same; draft new injunction language; and draft declarations. | 1.20 | $1,368.00 | $1,641.60 |
| 4205 | 03/27/26 | SAM | Conference with Paul Jonna and Jeff Trissell regarding juvenile dependency law; forward materials; edit declaration. | 3.60 | $1,050.00 | $3,780.00 |
| 4206 | 03/27/26 | CJG | Phone call with Peter re: proposed draft language | 0.60 | $840.00 | $504.00 |
| 4207 | 03/27/26 | CJG | CA statutory research into child abuse mandatory reporting | 1.30 | $840.00 | $1,092.00 |
| 4208 | 03/27/26 | CJG | CA statutory research into child abuse mandatory reporting | 0.20 | $840.00 | $168.00 |
| 4209 | 03/28/26 | PMJ | Review re-draft of supplemental opposition papers circulated by Mr. Trissell; edit same. | 0.80 | $1,368.00 | $1,094.40 |
| 4210 | 03/28/26 | SAM | Final edits to declaration; sign same. | 0.60 | $1,050.00 | $630.00 |
| 4211 | 03/28/26 | PCB | Review draft of supplemental opposition papers circulated by Mr. Trissell; edit same. | 0.80 | $1,368.00 | $1,094.40 |
| 4212 | 03/28/26 | MGM | Review draft of supplemental opposition papers circulated by Mr. Trissell; edit same. | 0.80 | $1,050.00 | $840.00 |
| 4213 | 03/28/26 | CSL | Review draft of supplemental opposition papers circulated by Mr. Trissell; edit same. | 0.80 | $1,512.00 | $1,209.60 |
| 4214 | 03/28/26 | JMT | Final edits to supplemental opposition to modify permanent injunction. | 1.20 | $1,050.00 | $1,260.00 |
| 4215 | 03/28/26 | JMT | Prepare supplemental attorneys' fees submission; review bills and draft declaration | 2.80 | $1,050.00 | $2,940.00 |
| 4216 | 03/28/26 | PMJ | Review and edit supplemental attorneys' fees submission. | 0.60 | $1,368.00 | $820.80 |

| No. | Date | Atty. | Description | Hrs. | Rate | Fees |
|---|---|---|---|---|---|---|
| 4217 | 03/29/26 | PCB | Travel to San Diego for hearing on motion to modify the permanent injunction. (Future Estimate) | 5.00 | $1,368.00 | $6,840.00 |
| 4218 | 03/29/26 | PMJ | Prepare for hearing on motion to modify the permanent injunction. (Future Estimate) | 3.00 | $1,368.00 | $4,104.00 |
| 4219 | 03/30/26 | PCB | Prepare for and attend hearing on motion to modify the permanent injunction (Future Estimate) | 4.00 | $1,368.00 | $5,472.00 |
| 4220 | 03/30/26 | PMJ | Prepare for and attend hearing on motion to modify the permanent injunction (Future Estimate) | 4.00 | $1,368.00 | $5,472.00 |
| 4221 | 03/30/26 | JMT | Prepare for and attend hearing on motion to modify the permanent injunction (Future Estimate) | 4.00 | $1,050.00 | $4,200.00 |
| 4222 | 03/31/26 | PCB | Travel from San Diego for hearing on motion to modify the permanent injunction. (Future Estimate) | 5.00 | $1,368.00 | $6,840.00 |

ORIGINAL HOURS: 3,807.15

ORIGINAL FEES: $4,045,917

1ST SUBSEQUENT HOURS: 54.40

1ST SUBSEQUENT FEES: $60,808.80

2ND SUBSEQUENT HOURS: 191.50

2ND SUBSEQUENT FEES: $230,978.40

**TOTAL HOURS: 4053.05**

**TOTAL FEES: $4,337,704.20**

14

EXHIBIT 29

HILTON SAN DIEGO DEL MAR
15575 JIMMY DURANTE BLVD
DEL MAR, CA  92014
United States of America
TELEPHONE 858-792-5200    • FAX 858-792-9538
Reservations
www.hilton.com or 1 800 HILTONS

BREEN, PETER

WHEATON IL  60189
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 2026/Q2DS |
| Arrival Date: | 3/8/2026  7:25:00 PM |
| Departure Date: | 3/10/2026 11:51:00 AM |
| Adult/Child: | 2/0 |
| Cashier ID: | MABKIN |
| Room Rate: | 203.67 |
| AL: | |
| HH # | ████████ DIAMOND |
| VAT # | |
| Folio No/Che | 1041052 A |

Confirmation Number: 3429373687

HILTON SAN DIEGO DEL MAR 3/16/2026 12:39:00 PM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 3/8/2026 | 6727943 | GUEST ROOM | $170.17 |
| 3/8/2026 | 6727943 | OCCUPANCY TAX | $19.99 |
| 3/8/2026 | 6727943 | SD TOURISM DISTRICT ASSESSMENT | $3.40 |
| 3/8/2026 | 6727943 | CA TOURISM ASSESSMENT | $0.33 |
| 3/9/2026 | 6728324 | COASTAL KITCHEN | $37.33 |
| 3/9/2026 | 6728683 | GUEST ROOM | $203.67 |
| 3/9/2026 | 6728683 | OCCUPANCY TAX | $23.93 |
| 3/9/2026 | 6728683 | SD TOURISM DISTRICT ASSESSMENT | $4.07 |
| 3/9/2026 | 6728683 | CA TOURISM ASSESSMENT | $0.40 |
| 3/10/2026 | 6729071 | AX *1008 | ($463.29) |
| 3/16/2026 | 6733658 | HILTON HONORS F&B CREDIT | ($30.00) |
| 3/16/2026 | 6729071 | AX *1008 | $30.00 |
| | | **BALANCE** | $0.00 |

THANK YOU FOR STAYING WITH US @ THE HILTON SAN DIEGO/DEL MAR.  FOR QUESTIONS REGARDING YOUR FOLIO PLEASE
CONTACT US AT FRONTDESK@DELMARHILTON.COM

CREDIT CARD DETAIL

| | | | |
|---|---|---|---|
| APPR CODE | 151901 | MERCHANT ID | 26344 |
| CARD NUMBER | AX *1008 | EXP DATE | 12/28 |
| TRANSACTION ID | 6729071 | TRANS TYPE | Sale |

 Gmail

**Peter Breen** ███████████████

---

**Your receipt for rides on March 8**

1 message

---

**Lyft Receipts** <no-reply@lyftmail.com>

Mon, Mar 9, 2026 at 8:23 AM

To: ████████████████



# Your total charges for March 8

  March 8, 2026 2:31 PM

$72.25
Ride fare

●**Pickup**  2:31 PM
████████████████ Wheaton, IL 60189, United States

●**Drop-off**  3:04 PM
10000 W O'Hare Ave, Chicago, IL 60666, United States

---

  March 8, 2026 6:49 PM

$56.90
Ride fare

●**Pickup**  6:49 PM
3861 N Harbor Dr, San Diego, CA 92101, United States

●**Drop-off**  7:21 PM
15575 Jimmy Durante Blvd, Del Mar, CA 92014, United States

VISA  Visa *1903

**$129.15**

    Sun, Mar 29, 2026

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** [Visit the Travel-Ready Center](#), your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# LBRT5L

| Flight 1 of 1 UA745 | Class: United Economy (V) |
|---|---|
| Sun, Mar 08, 2026 | Sun, Mar 08, 2026 |
| **04:20 PM** | **07:00 PM** |
| Chicago, IL, US (ORD) | San Diego, CA, US (SAN) |

## Traveler Details

BREEN/PETER

eTicket number: **0167423434951**    Seats: ORD-SAN 15F

Frequent Flyer: UA-████████ Premier Platinum

## Purchase Summary

| | |
|---|---|
| Method of payment: | **American Express ending in 4545** |
| Date of purchase: | **Sat, Mar 07, 2026** |
| Airfare: | **365.58** |
| U.S. Transportation Tax: | **27.42** |
| U.S. Flight Segment Tax: | **5.30** |
| Passenger Civil Aviation Security Service Fee: | **5.60** |
| U.S. Passenger Facility Charge: | **4.50** |
| Total Per Passenger: | 408.40 USD |
| **Total:** | **408.40 USD** |

**Fare Rules**

 Gmail                                                              **Peter Breen** ███████████

## Your ride with Ara on March 9

1 message

**Lyft Receipts** <no-reply@lyftmail.com>                                    Tue, Mar 10, 2026 at 7:21 AM
To: ███████████



**YOUR RIDE TO 880 FRONT ST ON MARCH 9, 2026 AT 12:05 PM**

# Thanks for riding with Ara

Add tip          100% of tips go to drivers.

VISA  Visa *1903                                                            **$45.99**

| | |
|---|---:|
| Lyft fare (20.54mi, 24m 52s) | $35.39 |
| CA Driver Benefits Fee | $0.50 |
| Priority Pickup Upgrade | $4.00 |
| Clean Miles Standard Regulatory Fee | $0.09 |
| Tip | $8.00 |
| Credits | -$1.99 |

**You've already paid for this ride.**
This total may not match the charge on your account statement. The payment for this ride might be combined with any other rides you took on March 9, 2026. Keep in mind that the cost of this ride and the total charge may not reflect refunds, credits, or other changes.

## Your trip

- **Pickup**  12:05 PM
  15575 Jimmy Durante Blvd, Del Mar, CA

- **Drop-off**  12:30 PM
  880 Front St, San Diego, CA



## How Lyft prioritizes your safety

  Every Lyft ride has built-in safety features like real-time monitoring, emergency help, and tools like Location Sharing and Audio Recording - so you're always in control. Learn more

# Rides = rewards

You earn 5x total points on rides and get up to $120/year in ride credit by paying with your Chase Sapphire Reserve®, Chase Sapphire Reserve for Business℠, or J.P. Morgan Reserve® card. Terms apply

**Learn more**

 Gmail                                      **Peter Breen** ██████████████

## Your receipt for rides on March 10

1 message

**Lyft Receipts** <no-reply@lyftmail.com>                Wed, Mar 11, 2026 at 4:30 PM
To: ████████████████



# Your total charges for March 10

 March 10, 2026 5:33 AM                    $60.73
                                                            Ride fare

● **Pickup**  5:33 AM
   15575 Jimmy Durante Blvd, Del Mar, CA 92014, United States

● **Drop-off**  5:57 AM
   3861 N Harbor Dr, San Diego, CA 92101, United States

---

 March 10, 2026 1:43 PM                    $45.55
                                                            Ride fare

● **Pickup**  1:43 PM
   10000 W O'Hare Ave Chicago, IL 60666

● **Drop-off**  2:18 PM
   ███████████████ Wheaton, IL 60189, United States

**VISA**  Visa *1903                          **$106.28**

**UNITED** ⊕

Sun, Mar 29, 2026

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# LCK4TX

| Flight 1 of 1 UA2343 | Class: United Economy (V) |
|---|---|
| Tue, Mar 10, 2026 | Tue, Mar 10, 2026 |
| **07:00 AM** | **01:15 PM** |
| San Diego, CA, US (SAN) | Chicago, IL, US (ORD) |

### Traveler Details

BREEN/PETER

eTicket number: **0167423437230**

Seats: SAN-ORD 22A

Frequent Flyer: UA-██████ Premier Platinum

### Purchase Summary

| | |
|---|---|
| Method of payment: | **American Express ending in 0561** |
| Date of purchase: | **Sat, Mar 07, 2026** |
| Airfare: | **365.58** |
| U.S. Transportation Tax: | **27.42** |
| U.S. Flight Segment Tax: | **5.30** |
| Passenger Civil Aviation Security Service Fee: | **5.60** |
| U.S. Passenger Facility Charge: | **4.50** |
| Total Per Passenger: | 408.40 USD |
| **Total:** | **408.40 USD** |

**Fare Rules**

 Gmail

**Peter Breen** ████████████

---

## Your Mar-29-2026 Confirmation #███████859

---

**Hilton Hotels & Resorts Confirmed** <noreply@h6.hilton.com>

Sat, Mar 28, 2026 at 9:45 PM

To: ████████████



Hello PETER,

View Account →

Diamond Member  #████████

633,529 Points

# See you soon, PETER BREEN

Your reservation for Mar-29-2026 has been confirmed.

Confirmation #███████859



## Hilton San Diego Del Mar

 15575 Jimmy Durante Blvd
Del Mar CA 92014-1901 US
**Maps & Directions>>**

📞 +18587925200

| Sunday | 🌙 | Monday |
|---|---|---|
| **Mar 29** | **1** Night | **Mar 30** |
| Check In:  4:00 PM | | Check Out: 11:00 AM |

📅 Add to Calendar (iOS/Outlook)       📅 Add to Calendar (Other)

## Your Room Information

| | |
|---|---|
| **Guest Name:** | PETER BREEN |
| **Guests:** | 2 Adults |
| **Rooms:** | 1 |
| **Room Plan:** | 1 KING BED GUESTROOM |
| **Your Rate Information** | HILTON FOR BUSINESS |

**Rate per night**

| 29-Mar-2026 - 30-Mar-2026 | 199.29 USD |
|---|---|
| **Total for Stay per Room Rate** | **199.29 USD** |
| **Taxes** | 23.42 USD |
| **Mandatory Charge** | 4.37 USD |
| **Total price for Stay** | **227.08 USD** |

 **Modify Your Reservation >>**

## Plan Ahead With These Tips:

**Rate Rules and Cancellation Policy**

- There is a credit card required for this reservation.
- If you wish to cancel, please do by 11:59 p.m. on Mar-28-2026, to avoid cancellation penalty equal to the first night's room and tax.
- When you check in, a hold may be placed on your card for the full anticipated amount to be owed to the hotel, including estimated incidentals, through your date of check-out. Any such hold may not be released for 72 hours from the date of check-out or longer at the discretion of your card issuer.
- If the slider is used to select a Points and Money combination, that selection is final once your stay is booked.

**Important Notice**

Effective April 1st, cash will no longer be accepted as a payment method.

**Additional Information**

 We are a smoke-free hotel

 Gmail                                                          **Peter Breen** ████████████

---

## eTicket Itinerary and Receipt for Confirmation B9215F

---

**United Airlines** <Receipts@united.com>                     Sun, Mar 29, 2026 at 8:35 AM
To: ████████████



# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

Get ready for your trip: Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# B9215F

Flight 1 of 1 UA745                                          Class: United Economy (V)

Sun, Mar 29, 2026                                           Sun, Mar 29, 2026

# 04:15 PM                                                  # 06:51 PM

Chicago, IL, US (ORD)                                       San Diego, CA, US (SAN)

Traveler Details

BREEN/PETER
eTicket number: **0167429229504**                           Seats: ORD-SAN 21B
Frequent Flyer: UA-████████ Premier Platinum

Purchase Summary

| | |
|---|---|
| Method of payment: | **American Express ending in 6606** |
| Date of purchase: | **Sun, Mar 29, 2026** |

| | |
|---|---|
| Airfare: | **342.33** |
| U.S. Transportation Tax: | **25.67** |
| U.S. Flight Segment Tax: | **5.30** |
| Passenger Civil Aviation Security Service Fee: | **5.60** |
| U.S. Passenger Facility Charge: | **4.50** |

| | |
|---|---|
| Total Per Passenger: | 383.40 USD |

 **Peter Breen** ▮▮▮▮▮▮▮▮▮▮

## eTicket Itinerary and Receipt for Confirmation BWF1CV

**United Airlines** <Receipts@united.com>                Sun, Mar 29, 2026 at 11:09 AM
To: ▮▮▮▮▮▮▮▮▮▮

                Sun, Mar 29, 2026

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

Get ready for your trip: Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# BWF1CV

| Flight 1 of 1 UA2486 | Class: United Economy (V) |
|---|---|
| Mon, Mar 30, 2026 | Mon, Mar 30, 2026 |
| **04:49 PM** | **10:59 PM** |
| San Diego, CA, US (SAN) | Chicago, IL, US (ORD) |

Traveler Details

BREEN/PETERCHRISTOPHER
eTicket number: **0167429236396**                Seats: **SAN-ORD 21D**
Frequent Flyer: UA-▮▮▮▮▮▮ Premier Platinum

Purchase Summary

| Method of payment: | **Master Card ending in 8398** |
|---|---|
| Date of purchase: | **Sun, Mar 29, 2026** |

| | |
|---|---|
| Airfare: | **342.33** |
| U.S. Transportation Tax: | **25.67** |
| U.S. Flight Segment Tax: | **5.30** |
| Passenger Civil Aviation Security Service Fee: | **5.60** |
| U.S. Passenger Facility Charge: | **4.50** |

| | |
|---|---|
| Total Per Passenger: | 383.40 USD |

# CERTIFICATE OF SERVICE

*Elizabeth Mirabelli v. Mark Olson, President of the EUSD Board of Education, et al.*

USDC Court Case No.: 3:23-cv-00768-BEN-VET

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; my business address is P.O. Box 9120, Rancho Santa Fe, California 92067, and that I served the following document(s):

- **SECOND SUPPLEMENTAL DECLARATION OF PAUL M. JONNA, ESQ., IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES.**

on the interested parties in this action by placing a true copy in a sealed envelope, addressed as follows:

| | |
|---|---|
| Darrell Spence, Superv. Dep. Att'y Gen. | Emmanuelle Soichet, Dep. Att'y Gen. |
| Kevin L. Quade, Dep. Att'y Gen. | Jennifer Bunshoft, Dep. Att'y Gen. |
| California Department of Justice | Shatti Hoque, Dep. Att'y Gen. |
| 1300 I Street, Suite 125 | California Department of Justice |
| P.O. Box 944255 | 455 Golden Gate Ave., Ste. 1100 |
| Sacramento, CA 94244-2550 | San Francisco, CA 94102-7004 |
| Telephone: (916) 210-6089 | E-Mail: emmanuelle.soichet@doj.ca.gov |
| E-Mail: Darrell.Spence@doj.ca.gov | E-Mail: Jennifer.Bunshoft@doj.ca.gov |
| E-Mail: kevin.quade@doj.ca.gov | E-Mail: shatti.hoque@doj.ca.gov |
| E-Mail: Julie.Veroff@doj.ca.gov | |
| E-Mail: Helen.Hong@doj.ca.gov | Daniel R. Shinoff, Esq. |
| E-Mail: Samuel.Harbourt@doj.ca.gov | Jack Sleeth, Esq. |
| E-Mail: Joshua.Klein@doj.ca.gov | Maurice Bumbu, Esq. |
| | Lauren Cambronero, Esq. |
| Darin L. Wessel, Dep. Att'y Gen. | Artiano Shinoff |
| California Department of Justice | 3636 Fourth Avenue, Suite 200 |
| 600 W Broadway Ste 1800 | San Diego, CA 92103 |
| San Diego, CA 92101-3375 | Tel: 619-232-3122 |
| Telephone: (619) 738-9125 | E-Mail: dshinoff@as7law.com |
| E-Mail: Darin.Wessel@doj.ca.gov | E-Mail: nlay@as7law.com |
| **Attorneys for CDE Defendants** | E-Mail: jsleeth@as7law.com |
| | E-Mail: mbumbu@as7law.com |
| | E-Mail: lcambronero@as7law.com |
| | **Attorneys for EUSD Defendants** |

  X   **(BY ELECTRONIC MAIL)** I served a true copy, electronically on designated recipients via electronic transmission of said documents.

  X   **(BY ELECTRONIC FILING/SERVICE)** I caused such document(s) to be Electronically Filed and/or Service using the ECF/CM System for filing and transmittal of the above documents to the above-referenced ECF/CM registrants.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct. Executed on March 29, 2026, at Rancho Santa Fe, California.

_____
Kathy Denworth