**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIZABETH MIRABELLI, and LORI ANN WEST, individually and on behalf of herself and all others similarly situated, et al.,,, | ) Case No.:  23-CV-768-BEN-VET )<br>)<br>) **SUPPLEMENTAL ORDER ON**<br>) **ATTORNEYS FEES** |
| Plaintiff, | )<br>) **[ECF No. 323]** |
| v. | ) |
| MARK OLSON, in his official capacity as President of the EUSD Board of Education, et al.,, | )<br>)<br>)<br>) |
| Defendant. | ) |

Before the Court is Plaintiffs' Supplemental Motion for Attorneys' Fees (Doc. No. 363). For the reasons set forth below, the Court **GRANTS** Plaintiffs' supplemental Motion for Attorneys' fees.

///

///

///

///

///

-1-

The Court previously awarded $4,526,888 in attorneys' fees.  For the reasons granted in this Court's previous Order, the Court finds that the Plaintiffs' supplemental request for first subsequent fees of $60,808.80 for 54.40 hours and second subsequent fees of $230,978.40 for 191.50 hours is reasonable for Plaintiffs' work on the modifications of the permanent injunction and motion for attorneys' fees (see Doc. No. 323).  This is consistent with this Court's reasoning in its previous Order, for a total of **$291,787.20.**

    **IT IS SO ORDERED.**

DATED:    April 2, 2026

        **HON. ROGER T. BENITEZ**
        United States District Judge

-2-