

Office of the Clerk
# United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

## TIME SCHEDULE ORDER

Docket Number:          26-2334
Originating Case Number:  3:23-cv-00768-BAS-VET

Case Title:             Mirabelli, et al. v. Bonta, et al.

### 4/20/2026

| | |
|---|---|
| Brenda Lewis | Mediation Questionnaire due |
| Rob Bonta | Mediation Questionnaire due |
| Linda Darling-Hammond | Mediation Questionnaire due |
| Sharon Olken | Mediation Questionnaire due |
| Tony Thurmond | Mediation Questionnaire due |
| James J. McQuillen | Mediation Questionnaire due |
| Gabriela Orozco-Gonzalez | Mediation Questionnaire due |
| Anya Ayyappan | Mediation Questionnaire due |
| Kim Pattillo Brownson | Mediation Questionnaire due |
| Haydee Rodriguez | Mediation Questionnaire due |
| Cynthia Glover Woods | Mediation Questionnaire due |
| Alison Yoshimoto-Towery | Mediation Questionnaire due |
| Francisco Escobedo | Mediation Questionnaire due |

### 4/24/2026

| | |
|---|---|
| Tony Thurmond | Appeal Transcript Order Due |
| Sharon Olken | Appeal Transcript Order Due |
| James J. McQuillen | Appeal Transcript Order Due |
| Cynthia Glover Woods | Appeal Transcript Order Due |

Gabriela Orozco-Gonzalez     Appeal Transcript Order Due
Haydee Rodriguez     Appeal Transcript Order Due
Rob Bonta     Appeal Transcript Order Due
Francisco Escobedo     Appeal Transcript Order Due
Kim Pattillo Brownson     Appeal Transcript Order Due
Anya Ayyappan     Appeal Transcript Order Due
Linda Darling-Hammond     Appeal Transcript Order Due
Alison Yoshimoto-Towery     Appeal Transcript Order Due
Brenda Lewis     Appeal Transcript Order Due

**5/26/2026**

Kim Pattillo Brownson     Appeal Transcript Due
Cynthia Glover Woods     Appeal Transcript Due
Gabriela Orozco-Gonzalez     Appeal Transcript Due
Brenda Lewis     Appeal Transcript Due
James J. McQuillen     Appeal Transcript Due
Linda Darling-Hammond     Appeal Transcript Due
Sharon Olken     Appeal Transcript Due
Alison Yoshimoto-Towery     Appeal Transcript Due
Tony Thurmond     Appeal Transcript Due
Haydee Rodriguez     Appeal Transcript Due
Rob Bonta     Appeal Transcript Due
Francisco Escobedo     Appeal Transcript Due
Anya Ayyappan     Appeal Transcript Due

**7/6/2026**

Francisco Escobedo     Appeal Opening Brief Due
Linda Darling-Hammond     Appeal Opening Brief Due
Gabriela Orozco-Gonzalez     Appeal Opening Brief Due
Brenda Lewis     Appeal Opening Brief Due
James J. McQuillen     Appeal Opening Brief Due
Alison Yoshimoto-Towery     Appeal Opening Brief Due
Sharon Olken     Appeal Opening Brief Due
Rob Bonta     Appeal Opening Brief Due
Haydee Rodriguez     Appeal Opening Brief Due
Anya Ayyappan     Appeal Opening Brief Due

| | |
|---|---|
| Tony Thurmond | Appeal Opening Brief Due |
| Cynthia Glover Woods | Appeal Opening Brief Due |
| Kim Pattillo Brownson | Appeal Opening Brief Due |

**8/3/2026**

| | |
|---|---|
| Jane Roe | Appeal Answering Brief Due |
| Elizabeth Mirabelli | Appeal Answering Brief Due |
| John Doe | Appeal Answering Brief Due |
| Lori Ann West | Appeal Answering Brief Due |
| Jane Poe | Appeal Answering Brief Due |
| Jane Doe | Appeal Answering Brief Due |
| John Poe | Appeal Answering Brief Due |
| Jane Boe | Appeal Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief.  See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

Mediation Questionnaire is available here. More information about the Mediation Program is available here.

**If the opening brief is not filed by the deadline, the court may dismiss this case.  *See* 9th Cir. R. 42-1.**