# SUPPLEMENTAL CERTIFICATE OF SERVICE

Case Name:   **Mirabelli et al. v. Olson, et al.**   No.   **3:23-cv-00768-BEN-VET**

I hereby certify that on April 17, 2026, I electronically served the following documents on Plaintiffs' counsel via email:

**EX PARTE REQUEST TO STAY EXECUTION OF ATTORNEYS' FEES ORDERS PENDING APPEAL (ECF No. 377)**

**DECLARATION OF KATHERINE BRUCK (ECF No. 377-1)**

**DECLARATION OF DARRELL SPENCE (ECF No. 377-2)**

**PROPOSED ORDER GRANTING EX PARTE REQUEST**

I emailed these documents to counsel of record for the Plaintiffs at the following email addresses, with return receipt requested:

**Paul Jonna: pjonna@limandri.com**

**Charles LiMandri: climandri@limandri.com**

**Jeffrey Trissell: jtrissell@limandri.com**

**Peter Breen: pbreen@thomasmoresociety.org**

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on April 17, 2026, at Sacramento, California.

| Darrell Spence | /s/ Darrell Spence |
|:---:|:---:|
| Declarant | Signature |

SA2024300204
45040729