# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

ELIZABETH MIRABELLI, *et al*.,

Plaintiffs,

v.

MARK OLSON, *et al*.,

Defendants.

Case No. 23-cv-0768-BAS-VET

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' EX PARTE MOTION TO STAY EXECUTION OF ATTORNEY'S FEES ORDERS PENDING APPEAL (ECF No. 377)**

In two previous orders, Judge Benitez awarded Plaintiffs attorney's fees. (ECF Nos. 364, 366.) The total fee award is $4,818,675.20. (*Id*.) Defendants appealed the attorney's fees orders. (ECF No. 370.)

Presently before the Court is Defendants' ex parte motion to stay the attorney's fees orders pending appeal. (ECF No. 377.) Defendants seek an unsecured stay of the attorney's fees orders. (*Id*.)

Plaintiffs opposed. (ECF No. 379.) But Plaintiffs agreed to a 60-day stay to meet and confer with Defendants.

23cv0768

Accordingly, the Court **GRANTS IN PART** and **DENIES IN PART** Defendants' motion. Specifically, the Court grants a 60-day stay of the attorney's fees orders, lasting until June 26, 2026.

If a longer stay is required, Defendants shall file a noticed motion. Defendants are reminded that they must comply with this Court's Standing Order to meet and confer before filing a noticed motion before the Court.

**IT IS SO ORDERED.**

**DATED: April 27, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

23cv0768