**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIZABETH MIRABELLI, *et al.*,<br><br>                              Plaintiffs,<br><br>        v.<br><br>MARK OLSON, *et al.*,<br><br>                              Defendants. | Case No. 23-cv-0768-BAS-VET<br><br>**ORDER CONTINUING STAY OF EXECUTION OF ATTORNEY'S FEES ORDERS PENDING APPEAL** |

In two previous orders, Judge Benitez awarded Plaintiffs attorney's fees. (ECF Nos. 364, 366.) The total fee award is $4,818,675.20. (*Id*.) Defendants appealed the attorney's fees orders. (ECF No. 370.)

Defendants then filed an ex parte motion to stay the attorney's fees orders pending appeal. (ECF No. 377.) Defendants seek an unsecured stay of the attorney's fees orders. (*Id*.) Plaintiffs opposed. (ECF No. 379.) But Plaintiffs agreed to a 60-day stay to meet and confer with Defendants. The Court granted a 60-day stay of the attorney's fees orders, lasting until June 26, 2026. (ECF No. 382.)

Defendants then filed a noticed motion to stay execution of attorney's fees pending appeal, which has been fully briefed. (ECF Nos. 384, 386, 389.)

23cv0768

Needing time to familiarize itself with the issues and arguments, the Court sua sponte **EXTENDS THE STAY** for sixty (60) days, until **August 14, 2026**. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.").

**IT IS SO ORDERED.**

**DATED: June 16, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 2 -

23cv0768